# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL POMPEO, *et al.*,<br><br>Defendants. | Civil Action No. 1:18-cv-01388-TSC |

## **[PROPOSED] ORDER**

Before the Court is a Plaintiffs' Motion for Class Certification (ECF No. 3). Upon consideration of the motion, the opposition, and reply, the arguments of counsel, and the entire record herein, it is hereby:

ORDERED that Plaintiffs' Motion for Class Certification is DENIED.

Dated: _____          _____
                                                            HON. TANYA S. CHUTKAN
                                                            United States District Judge