**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED, | )<br>)<br>)<br>)<br>) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL POMPEO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

Civil Action No. 1:18-cv-01388-TSC

**DEFENDANTS' NOTICE OF ERRATA
RELATING TO THEIR MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants, by and through undersigned counsel, respectfully file this Notice of Errata relating to its memorandum of points and authorities in opposition to Plaintiffs' motion for class certification, ECF No. 27.  In footnote 8, Defendants erroneously said that all plaintiffs in *Nine Iraqis v. Kerry*, 168 F. Supp. 3d 268 (D.D.C. 2016) had applied for an immigrant visa.  In fact, one plaintiff in that case had not submitted an application for an immigrant visa.  Thus, Defendants ask that the Court not consider this footnote.  Undersigned counsel apologizes to the Court and to Plaintiffs for the error.

Date:  August 13, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section

EDWARD S. WHITE
Senior Litigation Counsel,
District Court Section

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 616-4848
E-mail:  joseph.f.carilli2@usdoj.gov

WILLIAM M. MARTIN
Trial Attorney

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 13, 2018, the foregoing was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>/s/ Joseph F. Carilli, Jr.</u>
JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

*Attorney for Defendants*