UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL R. POMPEO, *et. al.*, <br><br> Defendants. | Civil Action No. 18-cv-01388 (TSC) |

## ORDER

Before the court is Plaintiffs' motion for a preliminary injunction on Counts One and Two of the Amended Complaint. (ECF No. 34.) Upon consideration of Plaintiffs' motion and the parties' briefs, the arguments presented at the July 26, 2019 motions hearing, and for the reasons set forth below, Plaintiffs' motion is hereby converted to a motion for summary judgment, which is **GRANTED**, in part, and **DENIED**, in part.

Consistent with the court's September 20, 2019 Memorandum Opinion (ECF No. 75), it is hereby:

**DECLARED** that Defendants' delays in the processing and adjudication of the SIV applications of the Plaintiffs and members of the Class are unreasonable in light of the Refugee Crisis in Iraq Act of 2007 ("RCIA") and the Afghan Allies Protection Act of 2009 ("AAPA");

**ORDERED** that within thirty days of the resolution of the class certification dispute, Defendants shall submit a plan for promptly processing and adjudicating the applications of current class members;

1

**ORDERED** that Plaintiffs shall file any objections to the plan within twenty-one days, at which time the court may schedule further proceedings or take such other steps as may be needed before deciding whether to approve the plan; and

**ORDERED** that once the court approves the plan, Defendants will be required to submit progress reports every 60 days thereafter.

Date:  September 20, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge