UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL R. POMPEO, *et. al.*,<br><br>    Defendants. | Civil Action No. 18-cv-01388 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the court hereby DENIES Defendants' Motion for Reconsideration (ECF No. 79).

Date:  February 5, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1