IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL R. POMPEO, *et al.*,<br><br>Defendants. | Civil Action No. 1:18-cv-01388-TSC |

**NOTICE OF APPEAL**

Defendants, Michael R. Pompeo, in his official capacity as Secretary of State, Chad T. Wolf, in his official capacity as Acting Secretary of Homeland Security, Kenneth T. Cuccinelli, in his official capacity as Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services, Carl C. Risch, in his official capacity as Assistant Secretary of State for Consular Affairs, Tracy Renaud, in her official capacity as Associate Director Service Center Operations Directorate, the U.S. Department of State, and the U.S. Department of Homeland Security, hereby notify their appeal of the Honorable Judge Tanya S. Chutkan's September 20, 2019 Order, ECF No. 76, February 5, 2020 Order, ECF No. 87, February 5, 2020 Order, ECF No. 89, April 15, 2020 Order, ECF No. 106, June 14, 2020 Order, ECF No. 113, and June 23, 2020, ECF No. 114, to the United States Court of Appeals for the District of Columbia Circuit. The orders are appealable interlocutory decisions of the district court under 28 U.S.C. § 1292(a)(1).

Date: August 12, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section

ANTHONY D. BIANCO
Senior Litigation Counsel
District Court Section

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

WILLIAM M. MARTIN
Trial Attorney

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2020, I filed the foregoing electronically. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar Identification No. 15311
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4848
E-mail: joseph.f.carilli2@usdoj.gov

*Attorney for Defendants*
