# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>  v.<br><br>ANTONY BLINKEN, *et al.*,<br><br>    Defendants. | Civil Action No. 1:18-cv-01388-TSC |

## NOTICE OF APPEARANCE

Defendants, through the undersigned counsel, respectfully asks the Clerk of the Court enter the appearance of Trial Attorney Vaughn de la Vega Spencer as counsel of record for Defendants in the above-captioned case.

Dated: May 11, 2022

Respectfully submitted,
/s/ Vaughn de la Vega Spencer
VAUGHN DE LA VEGA SPENCER
State Bar of Florida No. 566764
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-7593
vaughn.d.spencer@usdoj.gov
*Attorney for Defendants*