# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

                Plaintiffs,

– against –

ANTONY BLINKEN, *et al.*,

                Defendants.

Case No. 18-cv-01388-TSC

**[PROPOSED] ORDER**

Upon consideration of the parties' May 13, 2022 Joint Status Report filed pursuant to the Court's minute order dated April 28, 2022, it is hereby ORDERED that:

1. The stay as extended by the Court's minute order dated March 15, 2022, and further extended by the Court's minute order dated April 28, 2022, is lifted *nunc pro tunc*, and expired on March 16, 2022.  Defendants' obligations under the Approved Adjudication Plan, ECF No. 113-1, recommenced as of March 17, 2022.

2. Defendants' next progress report pursuant to the Approved Adjudication Plan will be due on or before June 24, 2022, and will cover the 90-day period from March 17, 2022 to June 14, 2022.

**IT IS SO ORDERED.**

_____           _____
DATE                                             THE HONORABLE TANYA S. CHUTKAN
                                                      United States District Judge