# Exhibit 2



Alexandra Zaretsky <azaretsky@refugeerights.org>

## Afghan & Iraqi Allies v. Blinken et al., No. 18-1388

**Deepa Alagesan** <dalagesan@refugeerights.org>  Tue, May 10, 2022 at 5:48 PM
To: "Mueller, Ruth A. (CIV)" <Ruth.A.Mueller@usdoj.gov>
Cc: "GREENE, Olivia" <Olivia.GREENE@freshfields.com>, "Davila, Yamileth G (CIV)" <Yamileth.G.Davila@usdoj.gov>, "King, Sean (CIV)" <Sean.King@usdoj.gov>, "Platt, Steven A. (CIV)" <Steven.A.Platt@usdoj.gov>, "Wolfson, Paul (OASG)" <Paul.Wolfson@usdoj.gov>, "Spencer, Vaughn D. (CIV)" <Vaughn.D.Spencer@usdoj.gov>, Katie Austin <kaustin@refugeerights.org>, Alexandra Zaretsky <azaretsky@refugeerights.org>, Mariko Hirose <mhirose@refugeerights.org>, Melissa Keaney <mkeaney@refugeerights.org>, "MARTIN, Linda (LHM)" <Linda.MARTIN@freshfields.com>, "LIVSHIZ, David (DYL)" <David.LIVSHIZ@freshfields.com>, "RHEE, Wang Jae" <WangJae.Rhee@freshfields.com>, "SIMEONE, Justin" <Justin.SIMEONE@freshfields.com>

Dear Counsel,

I'm writing to follow up on our meet-and-confer yesterday to confirm the parties' next steps for responding to the Court's minute order.

Plaintiffs' Questions: During the call, counsel for Defendants shared information that Defendants plan to include in their position in the JSR. With respect to Defendants' responses to the Executive Orders, counsel for Defendants described a set of actions taken by Defendants. At Plaintiffs' request, Defendants agreed to consider providing this information to Plaintiffs in writing. Defendants also agreed to consider providing additional information, including the timing of the described actions and any actions Defendants have taken in response to Executive Order 14013 to ensure that applicable policies and procedures are publicly available on their websites.

With respect to mooting events, counsel noted that, in Defendants' view, Defendants' responses to the Executive Orders do not rise to the level of mooting events. Counsel also expressed Defendants' view that the various other developments cited in Defendants' filings since March 2022 render the Plan "unworkable," but that they also do not rise to the level of mooting events. (Separately, counsel noted that Defendants may view the SIV coordinator counts as moot in light of designations made in 2020.) Plaintiffs asked for an explanation of how, in Defendants' view, the cited developments render the Plan unworkable. Counsel asserted that Defendants believe that this matter is outside the scope of the questions posed by the Court for this JSR and more relevant to potential motions practice, but that Defendants would confer internally regarding Plaintiffs' question.

In light of the upcoming filing deadline, Plaintiffs request that Defendants provide their response to the above follow-up points in writing **as soon as possible, and no later than this Thursday, May 12, at noon**.

Timeline for Exchange of Written Positions: In addition to agreeing to consider Plaintiffs' questions described above, counsel agreed that Defendants would share their written position for the JSR and a proposed order **no later than this Thursday, May 12, at noon**. Counsel indicated that Defendants have not yet decided what motions they wish to file, whether they will propose a briefing schedule in the JSR, and whether they will submit declarations with the JSR.

As noted on the call, Plaintiffs would appreciate information as soon as possible about what evidence, if any, Defendants intend to submit.

Plaintiffs propose the following schedule for a further exchange of views after Defendants convey their position:

- May 13 at noon: Plaintiffs share their position with Defendants
- May 13 at 4pm: Defendants share changes, if any
- May 13 at 8pm: Plaintiffs share changes, if any
- May 13 at 9pm: File JSR

We are happy to handle the filing on Friday if Defendants prefer. We look forward to hearing from you soon.

Kind regards,
Deepa

**Deepa Alagesan**

*she/her*

Senior Supervising Attorney, Litigation

International Refugee Assistance Project | New York

One Battery Park Plaza, 4th Floor

New York, NY 10004

T 516.838.7044

E dalagesan@refugeerights.org

www.refugeerights.org
Follow us on Twitter
Like us on Facebook

This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.

[Quoted text hidden]