# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>        Plaintiffs,<br><br>– against –<br><br>ANTONY BLINKEN, *et al.*,<br><br>        Defendants. | Case No. 18-cv-01388-TSC |

**DECLARATION OF MARK R. EVANS**

I, Mark R. Evans, hereby submit this declaration under penalty of perjury:

(1) I am employed by the Department of State as the Office Director for Afghanistan Affairs in the Bureau of South and Central Asian Affairs. In that capacity, I have knowledge of the efforts that the Department of State has undertaken to support the Afghan SIV Program, including the efforts of the Department in the period leading up to, during, and following the withdrawal of the United States from Afghanistan, as it pertains to the relocation and support for Afghan Special Immigrant Visa (SIV) applicants and recipients.

**Announcement of the United States Military Withdrawal from Afghanistan**

(2) On April 14, 2021, President Biden announced that, "in keeping with [the U.S.-Taliban Agreement] and with our national interests, the United States will begin our final [military] withdrawal [from Afghanistan]— begin it on May 1 of this year." See https://www.whitehouse.gov/briefing-room/speeches-remarks/2021/04/14/remarks-by-president-biden-on-the-way-forward-in-afghanistan/.

**Ordered Departure of the U.S. Embassy in Kabul**

(3)   On April 27, 2021, the U.S. Embassy in Kabul was put on Ordered Departure status for designated non-emergency U.S. direct hire employees. Nonetheless, the Embassy continued to prioritize and process SIV applications and all consular section employees remained at post. As the Department has posted on its public-facing webpage, "We also will continue to prioritize SIV applications at every stage of the SIV process, including transferring cases to other U.S. Embassies and Consulates around the world. This effort is of the utmost importance to the U.S. Government." *See* https://www.state.gov/afghanistan-inquiries/ (last visited April 5, 2022)

(4)   Following the Ordered Departure, the Department surged staff for SIV processing in both Kabul and at U.S.-based facilities. In the United States, the number of SIV-focused personnel was increased by more than four-fold. Additionally, even as many Embassy personnel began to return to the United States under ordered departure, the Department extended Consular personnel who were scheduled to depart to onward assignments and surged yet more consular officers to Kabul to process SIV applications, doubling the personnel focused on SIV processing. This included reassigning seven officers with consular commissions working in other sections to work in the Consular section, to support SIV processing. As of April 2022, there are no personnel at the U.S. Embassy in Kabul, because the Embassy's operations have been suspended since August 31, 2021.

(5)   During this period, as a result of the Department's efforts, the number of visas issued per week increased from 100 in March 2021 to 813 the week of August 6, 2021.

**Taliban Capture of Kabul and Historic Emergency Airlift**

(6)   On August 15, 2021, the Taliban took over the city of Kabul.

(7)   On August 15, 2021, personnel at the U.S. Embassy in Kabul evacuated from the Embassy compound to the international airport in Kabul.

(8)   On August 16, 2021, President Biden issued a statement, wherein he stated that he had authorized 6,000 U.S. troops to deploy to Afghanistan "for the purpose of assisting in the departure of U.S. and Allied civilian personnel from Afghanistan, and to evacuate our Afghan allies and vulnerable Afghans to safety outside of Afghanistan." He further informed the public that "[o]ur troops are working to secure the airfield and to ensure continued operation of both the civilian and military flights. We're taking over air traffic control. We have safely shut down our embassy and transferred our diplomats. Our. . . diplomatic presence is now consolidated at the airport as well...Operation Allies Refuge, which I announced back in July, has already moved 2,000 Afghans who are eligible for Special Immigrant Visas and their families to the United States. In the coming days, the U.S. military will provide assistance to move more SIV-eligible Afghans and their families out of Afghanistan." See https://www.whitehouse.gov/briefing-room/speeches-remarks/2021/08/16/remarks-by-president-biden-on-afghanistan/.

(9)     In the following two weeks, the U.S. government undertook one of the largest emergency airlifts in history. All U.S. citizen consular officers that had evacuated from the Embassy remained at the international airport in Kabul to assist in relocation efforts.

(10)    On August 26, 2021, the Islamic State in Khorasan Province (an ISIS affiliate known as ISIS-K) executed an attack on the Abbey Gate of the international airport in Kabul, a key entry point to the airport. The attack killed at least 185 people, including 13 U.S. service members supporting departure operations. More than 150 additional individuals, including 18 U.S. service members, were wounded. Relocations continued.

(11)    On August 28, 2021, Pentagon spokesman John Kirby said "there were active threats against the airport, which were 'still very real' and 'dynamic.'" See https://www.cbsnews.com/news/afghanistan-news-kabul-airport-rocket-attack-us-withdrawal/. Relocations continued.

(12)    On August 28, 2021, the United States executed a strike on ISIS-K in Nangarhar province in Afghanistan, targeting planners and facilitators of the August 26 attack on the Kabul International Airport.

(13)    On August 28, 2021, following the strike, President Biden stated that "[t]he situation on the ground continues to be extremely dangerous, and the threat of terrorist attack on the airport remains high. Our commanders informed me that an attack is highly likely in the next 24 to 36 hours." See Statement by President Joe Biden on the Evacuation Mission in Kabul | The White House. The U.S. Embassy subsequently released a warning of credible threats at the airport, including access gates. Relocations continued.

(14)    On August 30, 2021, there was a third attempted attack on the international airport in Kabul. At least five rockets were fired. Relocations continued.

(15)    On August 30, 2021, despite these three attacks or attempted attacks on the relocation efforts at the international airport in Kabul, the White House released a press statement underscoring that "[t]he President was informed that operations continue uninterrupted" at the airport. See https://www.whitehouse.gov/briefing-room/statements-releases/2021/08/30/statement-by-press-secretary-jen-psaki-on-the-rocket-attack-at-hamid-karzai-airport/.

(16)    Despite these dire conditions, the Department of State surged additional staff to Kabul International Airport to assist in relocation efforts. By August 20, 2021, the Department had more than doubled the number of consular officers on the ground in Kabul from when relocation efforts began. In total, between August 16 and August 24, a total of 30 temporary duty consular officers were flown into Afghanistan to support relocation efforts at the Kabul International Airport.

(17) Additionally, the Bureau of Consular Affairs sent temporary duty staff to Abu Dhabi, Bahrain, Doha, Kuwait, Riyadh, Madrid, Pristina, Riyadh, Kampala, Germany, and Italy to assist in relocation efforts.

(18) U.S. military facilitated flights from Kabul continued until August 31, 2021. In this effort, the United States conducted one of the biggest airlifts in history, with approximately 120,000 individuals relocated in approximately 18 days. Of these, more than 3,000 were Afghan SIV holders and an additional estimated 30,000 are eligible to apply for Special Immigrant status and are expected to do so.

(19) Relocated Afghans were taken primarily to U.S. and NATO military bases in Qatar, Bahrain, Kosovo, Kuwait, the United Arab Emirates, Saudi Arabia, Germany, Spain, and Italy for processing for potential onward travel to the United States.

(20) The evacuation of the U.S. Embassy Kabul to the international airport in Kabul had immediate impacts of the Department's ability to effectuate Steps 11 through 14 of the AAP. Upon evacuation of the Embassy, consular personnel were no longer able to effectuate routine consular services pertaining to immigrant visa interviews and processing but were instead focused exclusively on supporting emergency relocation efforts. As such, after consular personnel were evacuated from the Embassy compound and to the airport, the NVC was unable to schedule immigrant visa interviews for applicants at U.S. Embassy Kabul, and consular personnel of U.S. Embassy Kabul were unable to conduct immigrant visa interviews. While evacuated to the airport and supporting emergency relocation efforts, consular personnel were also unable to initiate administrative processing on cases that had completed interview. Consular personnel were similarly unable to complete adjudications or print issued visas. The U.S. Embassy's operations were formally suspended on August 31, 2021, and remain suspended as of April 2022, with ongoing impacts on Steps 11 through 14 of the AAP.

**Withdrawal of Troops**

(21) On August 31, 2021, the United States completed the withdrawal of U.S. military troops from Afghanistan.

**Suspension of Operations for the U.S. Embassy of Kabul**

(22) On August 31, 2021, the operations of the U.S. Embassy in Kabul were suspended. Since that time, the Department of State has been unable to provide immigrant visa services in Afghanistan. Nonetheless, the Department has continued to prioritize SIV processing during the COM stage, as these processes do not require an in-person appearance by the applicant. Furthermore, SIV applicants who reach the interview stage are able to request that their case be transferred to any immigrant-visa processing post outside Afghanistan to which they are able to travel.

(23) The withdrawal of the United States from Afghanistan and the suspension of operations at the U.S. Embassy in Kabul have significantly impacted Steps 11 through 14

of the AAP because, with the suspension of operations of the Embassy, the Department no longer has the ability to provide consular services inside of Afghanistan, including mandatory in-person interviews. Without consular operations in Afghanistan, processing times at these steps depend upon the applicant being able to physically appear at a third-country immigrant visa processing post. NVC schedules an immigrant visa interview for an applicant when the applicant communicates that they are able to appear before a third-country immigrant visa processing post, and the timing for any interview is driven by the applicant and their ability to travel to the third-country post, conditions in Afghanistan, and third-country conditions and travel requirements. Interviews cannot be completed until the applicant does successfully travel to a third-country immigrant visa processing post and physically appears before a consular officer. Due to country conditions in Afghanistan, third-country visa requirements, and international travel restrictions due to COVID-19, applicants may require significant time before they are ready to travel to a third country for their appointments. For the same reasons, applicants may be more likely to need to request their appointments be rescheduled. As a result, completion of these steps is now largely controlled by circumstances outside of the Department's control.

**Taliban Restrictions and Other Impediments to Relocation Flights**

(24)   The Department of State's efforts to support safe passage following August 31, 2021 are contingent on the conditions at the airport and the Taliban's support of the freedom of travel. The Taliban insist travelers have a valid passport, a valid visa for the destination country, an individually presented valid COVID test, an individually purchased ticket, and individual arrival at the airport (i.e. not on a chartered coach, although minibuses may still be permitted). The Taliban support normal commercial flight operations from Afghanistan but not U.S.-contracted charters.

(25)   The United States initiated a statement joined by approximately 100 other countries on August 29, 2021 that stated the following: "We are all committed to ensuring that our citizens, nationals and residents, employees, Afghans who have worked with us and those who are at risk can continue to travel freely to destinations outside Afghanistan. We have received assurances from the Taliban that all foreign nationals and any Afghan citizen with travel authorization from our countries will be allowed to proceed in a safe and orderly manner to points of departure and travel outside the country. We will continue issuing travel documentation to designated Afghans, and we have the clear expectation of and commitment from the Taliban that they can travel to our respective countries. We note the public statements of the Taliban confirming this understanding." See https://www.state.gov/joint-statement-on-afghanistan-evacuation-travel-assurances/.

(26)   Secretary Blinken stated on September 8, 2021 that a key step to enabling freedom of travel "is resuming commercial airport operations in Kabul."

(27)   The United States also joined 13 Security Council member states in approving United Nations Security Council Resolution 2593 (UNSCR 2593), which was adopted by the UN Security Council on August 30, 2021. UNSCR 2593 set forth in Paragraph 5:

"[The Security Council] *notes* the Taliban statement of August 27, 2021, in which the Taliban committed that Afghans will be able to travel abroad, may leave Afghanistan any time they want to, and may exit Afghanistan via any border crossing, both air and ground, including at the reopened and secured Kabul airport, with no one preventing them from traveling, *expects* the Taliban will adhere to these and all other commitments, including regarding the safe, secure, and orderly departure from Afghanistan of Afghans and all foreign nationals." See https://undocs.org/en/S/RES/2593(2021).

(28)    The United States has further undertaken significant diplomacy in an effort to facilitate safe passage of Afghan nationals and others who seek to depart Afghanistan. For instance:

- In early October 2021, President Biden and Secretary Blinken joined the G20 Afghan Summit's Leaders Meeting on Afghanistan virtually. The Leaders discussed the critical need to maintain a laser-focus on ensuring safe passage for those foreign nationals and Afghan partners with documentation seeking to depart Afghanistan.
- Furthermore, in October 2021, a U.S. delegation traveled to Doha to meet with senior Taliban representatives from Kabul. The U.S. delegation focused on issues that included safe passage for U.S. citizens, other foreign nationals and our Afghan partners.
- Also in October 2021, the U.S. attended a U.S.-Europe meeting with the Taliban, which was attended by the EU, Germany, France, Norway, Italy, the United Kingdom, the Netherlands, Sweden, Canada, Switzerland, Spain, and the U.S. The group reinforced a number of issues, which included safe passage issues.

(29)    Nonetheless, the Department's efforts to support travel from Afghanistan have been repeatedly interrupted, despite best efforts by the United States and other countries to facilitate freedom of travel.

(30)    In early September 2021, the Taliban refused to permit flights to depart, claiming that some passengers did not have the required documentation. During this time, the United States continued to press the Taliban to allow U.S.-affiliated passengers to ~~leave~~ depart and to open the Kabul International Airport to the regular use of civilian aircraft.

(31)    The Taliban permitted the resumption of flights on September 28, 2021.

(32)    The United States government worked with regional airlines who provided aircraft and operators for flights for U.S. relocation efforts, which were paused in early December 2021, due to disagreement between Qatar and the Taliban.

(33)    As of March 23, 2022, the Taliban had not taken a decision on who would be awarded the contract to take over management and operation of the Kabul airport.

(34) In late January 2022, Qatar finalized plans with the Taliban for two flights per week to travel between Kabul and Doha, which would enable U.S.-affiliated travelers to depart Afghanistan. However, implementation was halted in early February 2022, when the Taliban refused to permit the departure of manifested and waiting passengers from the international airport in Kabul as scheduled. Flights carrying U.S.-affiliated passengers on commercial flights resumed March 2022.

(35) In late February 2022, the Taliban announced that it would restrict Afghans from undertaking international travel, including eligible travelers supported by U.S. relocation efforts, and that these travel restrictions would apply especially to Afghans who worked with U.S. and NATO forces.

(36) U.S. officials urged the Taliban to uphold their commitment to safe passage for Afghan nationals departing the country. A State Department spokesperson said that the Department's "ability to facilitate relocation for our Afghan allies also depends on the Taliban living up to its commitment of free passage. . . We have reiterated this point to them." The Charge d'Affaires for the Afghanistan Affairs Unit tweeted that "all people with valid travel documents should be able to depart the country."

(37) The Taliban subsequently stated that Afghans with valid travel documents, including passports and visas, can depart Afghanistan. However, the Taliban continues to maintain and enforce inconsistent rules regarding travel for those departing Afghanistan, complicating U.S. government efforts to facilitate departure and relocation for eligible potential travelers from Afghanistan.

(38) Receiving countries, such as Qatar and Pakistan, require that passengers departing Afghanistan possess passports and third country visas permitting entrance to the receiving country.

(39) Public health challenges have also impacted relocation efforts. For instance, in September 2021, third-country processing efforts were disrupted by an outbreak of measles, which required a temporary halt in onward travel to the United States for several weeks in alignment with the CDC's recommendations that individuals wait 21 days after receiving a Varicella and Measles, Mumps, and Rubella (MMR) vaccination prior to travel. On October 4, 2021, DHS announced that Operation Allies Welcome had completed a historic and nationwide vaccination campaign for varicella and MMR to Afghans who had been relocated to the United States and were temporarily staying at military installations, as well as those processing overseas. Flights to CONUS resumed the first week of October. See Operation Allies Welcome Completes Vaccination Campaign for Measles and Varicella for Afghan Evacuees | Homeland Security (dhs.gov)

(40) Additional complications are raised by national security and terrorism related issues. For instance, the Department is aware that ISIS-K has a keen interest in attacks against aviation targets and Department personnel on the ground in a place like AUAB or other facilities where there are U.S. personnel. These are among the risks that the

Department and other government agencies, as well as the host country government, must consider in managing relocation operations.

(41) These challenges to the effort to facilitate departures from Afghanistan have implications for Steps 11 through 14 of the AAP, as the Department's ability to process immigrant visas of any classification (including SIVs) is dependent on applicant's ability to physically appear before an immigrant visa-designated Post in another location outside of Afghanistan. The efforts to facilitate departures from Afghanistan are essential to supporting the SIV processing efforts in Doha, Qatar. The Department's ability to facilitate departures is dependent on the cooperation of third countries and other factors outside of the Department's control. As such, the implementation of Steps 11 through 14 of the AAP are outside of the Department's control.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Dated: May 12, 2022

Mark R. Evans
Office Director
Afghanistan Affairs
Bureau of South and Central Asian Affairs
United States Department of State