# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ANTONY BLINKEN, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-cv-01388-TSC<br>)<br>)<br>)<br>)<br>)<br>) |

# **[DEFENDANTS'] PROPOSED ORDER**

Upon consideration of the Parties' Joint Status Report, it is

ORDERED that the stay of litigation and the Approved Adjudication Plan is hereby continued until further order of the Court.

**IT IS SO ORDERED:**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: _____, 2022