IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>      Plaintiffs,<br><br>  v.<br><br>ANTONY BLINKEN, *et al.*,<br><br>      Defendants. | Civil Action No. 1:18-cv-01388-TSC |

## PROPOSED ORDER

Upon consideration of the Parties' Joint Motion to Set Briefing Schedule, it is

ORDERED that the Parties will adhere to the following briefing schedule:

| Event | Deadline |
|---|---|
| Plaintiffs' Opposition to Defendants' Motion (ECF No. 163), and any Cross-Motion by Plaintiffs due | June 24, 2022 |
| Defendants' Reply In Support of Defendants' Motion, and Opposition to any Cross-Motion by Plaintiffs due | July 25, 2022 |
| Plaintiffs' Reply in Support to any Cross-Motion due | August 15, 2022 |

**IT IS SO ORDERED:**

_____
HON. TANYA S. CHUTKAN
United States District Judge

Dated: _____, 2022