IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>– against –<br><br>ANTONY BLINKEN, *et al.*,<br><br>Defendants. | Case No. 18-cv-01388-TSC |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs John Doe Alpha, Jane Doe Bravo, John Doe Charlie, Jane Doe Delta, and John Doe Echo, on behalf of themselves and the certified class, appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Minute Order dated April 28, 2022 granting in part and denying in part Defendants' Motion for Leave to Respond to the Court's May 27, 2021 Order (ECF No. 155) and granting in part and denying in part Plaintiffs' Cross-Motion to Lift the Stay *Nunc Pro Tunc* (ECF No. 157).

Dated: June 22, 2022  
        New York, New York

Respectfully submitted,

/s/ *Olivia P. Greene*

Linda H. Martin (D.D.C. Bar No. NY0210)  
David Y. Livshiz (D.D.C. Bar No. NY0269)  
Olivia P. Greene (admitted *pro hac vice*)  
Wang Jae Rhee (admitted *pro hac vice*)  
FRESHFIELDS BRUCKHAUS DERINGER US LLP  
601 Lexington Avenue, 31st Floor  
New York, New York 10022  
Telephone: (212) 277-4000  
Facsimile: (212) 277-4001  
linda.martin@freshfields.com  
david.livshiz@freshfields.com  
olivia.greene@freshfields.com  
wangjae.rhee@freshfields.com  

/s/ *Mariko Hirose*

Mariko Hirose (D.D.C. Bar No. NY0262)  
Kathryn Austin (D.D.C. Bar No. NY0331)  
Deepa Alagesan (D.D.C. Bar No. NY0261)  
Alexandra Zaretsky (D.D.C. Bar No. NY0434)  
INTERNATIONAL REFUGEE ASSISTANCE PROJECT  
One Battery Park Plaza, 4th Floor  
New York, New York 10004  
Telephone: (516) 701-4620  
kaustin@refugeerights.org  
dalagesan@refugeerights.org  
azaretsky@refugeerights.org  
mhirose@refugeerights.org  

Melissa S. Keaney (D.D.C. Bar No. CA00064)  
INTERNATIONAL REFUGEE ASSISTANCE PROJECT  
P.O. Box 2291  
Fair Oaks, CA 95628  
Telephone: (916) 546-6125  
mkeaney@refugeerights.org  

*Attorneys for Plaintiffs and the Class*