UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>      Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, *et al.*,<br><br>      Defendants. | Case No. 1:18-cv-1388-TSC |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF
ASSOCIATION OF WARTIME ALLIES AND VETERANS FOR AMERICAN IDEALS
AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' COMBINED OPPOSITION TO
DEFENDANTS' MOTION FOR RELIEF FROM THE COURT'S ORDERS AND
CROSS-MOTION TO ENFORCE AND CLARIFY THE COURT'S ORDERS**

Pursuant to the Local Civil Rule 7(o) of the United States District Court for the District of Columbia, Association of Wartime Allies ("AWA") and Veterans for American Ideals, a project of Human Rights First ("AFAI"), respectfully request the Court grant leave to file a brief as *amici curiae* in support of Plaintiffs' Combined Opposition to Defendants' Motion for Relief from the Court's Orders and Cross-Motion to Enforce and Clarify the Court's Orders (Dkt. Nos. 168, 169).

### Nature of Interest

#### *Association of Wartime Allies*

AWA has been a preeminent advocacy organization for Special Immigrant Visa ("SIV") eligible individuals since 2019. AWA is an alliance of individual Veterans, United States civilian subject-matter experts, and other organizations in support of our wartime allies who provided invaluable support to the United States military and coalition forces and supporting operations

during armed conflicts in their home countries of Afghanistan and Iraq. These allies served alongside military personnel at great personal risk, in many cases directly saving American lives or preventing casualties. Service by these allies alongside United States military and coalition forces has resulted in ongoing extreme risk to their own lives and to the safety of their families now that the United States has withdrawn protective forces from Afghanistan and Iraq.

In particular, AWA has worked to assist Afghans and Iraqis through the SIV process and to evacuate and rescue Afghans following withdrawal of United States forces from Afghanistan on August 31, 2021. In light of its direct involvement assisting Afghans and Iraqis who have served alongside United States and coalition forces during military operations, AWA has "relevant expertise and a stated concern for the issue at stake," and its brief as *amicus curiae* will provide "unique information" that will assist the court in the disposition of the Defendants' Motion for Relief from the Court's Summary Judgment Order and the Approved Adjudication Plan (Dkt. No. 163). See District of Columbia v. Potomac Elec. Power Co., 826 F. Supp. 2d 227, 237 (D.D.C. 2011); Jin v. Ministry of State Security, 557 F.Supp.2d 131, 137 (D.D.C. 2008).

### *Veterans for American Ideals*

VFAI is a nonpartisan group of Veterans who share the belief that America is strongest when its policies and actions match its ideals. VFAI members believe that honor, courage, commitment, duty, and country are not just words, but values worth defending. VFAI members seek to continue serving our country by advocating for policies that are consistent with the ideals that motivated them to serve in the first place. VFAI is focused on improving the SIV program for applicants who served the United States military and coalition forces, as well as protecting refugees and countering Islamophobia.

VFAI's involvement in the SIV process and its connections with SIV applicants and recipients constitutes relevant expertise and a stated concern for the issue at stake along with its capacity to provide unique information as *amicus curiae* in this matter. As VFAI is comprised of Veterans who are currently assisting SIV applicants, they have valuable perspective on how adjudicatory delays affect not only SIV applicants but the experience, mental health, and wellness of Veterans who are actively involved with the SIV process.

## Legal Standard

District Courts have "broad discretion" to permit *amicus curiae* participation. Nat'l Ass'n of Home Builders v. U.S. Army Corps of Engineers, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). This Court generally permits third parties to participate as *amici curiae* when they have "relevant expertise and a stated concern for the issues at stake in [the] case." Potomac Elec. Power Co., 826 F. Supp. 2d at 237. Specifically, this Court has permitted the filing of *amicus* briefs in cases where a third party has "unique information or perspective" that can contribute to the Court's understanding of the matter in question and assist in the Court in the resolution of legal or factual questions. Jin, 557 F. Supp. 2d at 137 (quoting Ryan v. Commodity Futures Trading Comm'n, 125 F.3d 1062, 1064 (7th Cir. 1997)). "Amicus participation is normally appropriate . . . 'when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" Hard Drive Prods., Inc. v. Does 1-1, 495, 892 F. Supp. 2d 334, 337 (D.D.C. 2012) (granting leave for filing of amicus brief).

## Desirability, Adequate Representation, and Relevance

Both AWA and VFAI's interest in this case is to ensure full consideration of the extreme, real-world impact of the Government's systemic delays in administering the SIV process, which exceed the congressionally-mandated processing period, on SIV-eligible Afghan and Iraqi citizens

and nationals. Like class Plaintiffs, AWA and VFAI, their members, and those for whom these organizations advocate are deeply concerned about the Government's continuing failure to timely process SIV applications, which is compounding existing challenges currently faced by SIV-qualified Afghan and Iraqi citizens and nationals. An amicus brief by AWA and VFAI is desirable because it will assist the Court in understanding these challenges through testimonials, presentation of data, and perspectives of the Veteran population affected by failures asserted in the currently administered SIV program.

An amicus brief by AWA and VFAI is also relevant to the disposition of the case because it will illustrate the human cost of the Government's continued delays in the SIV process in a unique and necessary way. While Plaintiffs have thoroughly set out persuasive arguments in their Opposition and Cross-Motion (Dkt. Nos. 168, 169), AWA and VFAI's position and perspectives are not currently represented because their arguments go directly to the harms involved in the Government's delays, including harms suffered by both SIV-eligible Afghan and Iraqi citizens and nationals and the Veteran population itself. In particular, AWA and VFAI aspire to aid the Court by sharing individual stories of Veterans impacted by SIV processing delays. Finally, filing of an amicus brief by AWA and AFAI will not unduly delay the disposition of this case or disrupt the briefing schedule entered by the Court on June 7, 2022.

[Space Intentionally Left Blank]

-5-

WHEREFORE, AWA and VFAI respectfully request that the Court grant leave for AWA and VFAI to file a brief of *amici curiae* in the instant matter.  All Parties to this proceeding have granted their consent to this Motion.  A Proposed Order granting the instant Motion and amicus brief by AWA and VFAI are lodged concurrent with this filing.

Dated July 11, 2022                                           Respectfully submitted,

**DEMPSEY LAW, PLLC**

s/ Christopher W. Dempsey
CHRISTOPHER W. DEMPSEY
D.D.C. No. AR0006
221 N Hogan Street, Suite 368
Jacksonville, Florida 32202
Telephone:  (904) 760-6272
Fax:  (904) 587-0372
Email: chris@cdempseylaw.com

*Counsel for AWA and VFAI*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2022, I filed the foregoing with the United States District Court for the District of Columbia via CM/ECF, which will cause the same to be served on all counsel of record in this matter.

Dated: July 11, 2022

Respectfully submitted,

**DEMPSEY LAW, PLLC**

s/ Christopher W. Dempsey
CHRISTOPHER W. DEMPSEY
D.D.C. No. AR0006
221 N Hogan Street, Suite 368
Jacksonville, Florida 32202
Telephone: (904) 760-6272
Fax: (904) 587-0372
Email: chris@cdempseylaw.com

*Counsel for AWA and VFAI*