# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:18-cv-1388-TSC |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion for Leave to File Brief of Association of Wartime Allies and Veterans for American Ideals, a project of Human Rights First, as *amici curiae* in support of Plaintiffs' Combined Opposition to Defendants' Motion for Relief from the Court's Orders and Cross-Motion to Enforce and Clarify the Court's Orders (Dkt. Nos. 168, 169), it is hereby:

ORDERED that the Unopposed Motion for Leave to File Brief of Association of Wartime Allies and Veterans for American Ideals, a project of Human Rights First, as *amici curiae* in support of Plaintiffs' Combined Opposition to Defendants' Motion for Relief from the Court's Orders and Cross-Motion to Enforce and Clarify the Court's Orders (Dkt. Nos. 168, 169) is hereby GRANTED.

SIGNED this ____ day of July, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge