**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

AFGHAN AND IRAQI ALLIES UNDER SERIOUS
THREAT BECAUSE OF THEIR FAITHFUL SERVICE
TO THE UNITED STATES, ON THEIR OWN AND
ON BEHALF OF OTHERS SIMILARLY SITUATED,

                                  Plaintiffs,

       – against –

ANTHONY BLINKEN, et al.,

                                    Defendants.

Case No. 18-cv-01388-TSC

---

**NOTICE OF WITHDRAWAL OF COUNSEL**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.6(b), Olivia P. Greene hereby respectfully withdraws her appearance as counsel for Plaintiffs Afghan and Iraqi Allies Under Serious Threat Because of Their Faithful Service to the United States, on their Own and on Behalf of Others Similarly Situated ("Plaintiffs") in the above-captioned case. Linda H. Martin, David Y. Livshiz, and Justin C. Simeone of Freshfields Bruckhaus Deringer US LLP, and Mariko Hirose, Deepa Alagesan, Kathryn S. Austin, Alexandra Zaretsky, and Melissa Keaney of the International Refugee Assistance Project, all whom have already noticed appearances, will continue to represent Plaintiffs.

Dated:  August 2, 2022
          New York, NY

By:    */s/  Olivia P. Greene*
       Olivia P. Greene (*pro hac vice*)
       601 Lexington Avenue
       31st Floor
       New York, NY 10022
       +1 (202) 277-4000
       olivia.greene@freshfields.com