IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>                              Plaintiffs,<br><br>   – against –<br><br>ANTONY BLINKEN, *et al.*,<br><br>                              Defendants. | Case No. 18-cv-01388-TSC |

**DEFENDANTS' UNOPPOSED MOTION FOR CONSOLIDATION PURSUANT TO
RULE 42(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 40.5(d), Defendants respectfully request that this Court consolidate *Najib v. Johnson et al.,* No. 1:22-cv-01996 (CKK) (D.D.C.) and *Amiry v. Johnson, et al.*, No. 1:22-cv-02051 (APM) (D.D.C.) with this case: the certified class action in *Allies v. Blinken, et al.,* No. 1:18-cv-01388 (TSC) (D.D.C.). Plaintiffs in *Najib* and *Amiry* meet the definition of a class member in *Allies,* which is a Rule 23(b)(2) certified class, and both suits involve the same legal and factual issues in *Allies*. On October 25, 2022, Defendants filed an unopposed motion to consolidate two similarly situated Plaintiffs who met the definition of a class member in *Allies*. ECF No. 184. In a November 1, 2022 Minute Order, the Court granted Defendants' Unopposed Motion to Consolidate and ordered the Parties to file a Joint Status Report by November 15, 2022, apprising the Court of the effect, if any, of consolidation on all pending motions or the case generally going forward. To avoid interference by another court with the class-wide relief that this Court has already ordered, the Court should consolidate *Najib* and *Amiry* with *Allies*.

Plaintiffs' counsel in *Najib* and *Amiry* informed Defendants that they do not oppose consolidation. Pursuant to Local Rule 7(m), Defendants requested views from class counsel on November 10, 2022, who informed Defendants that Plaintiffs do not agree with all of Defendants' arguments in support of the motion but do not oppose consolidation.

## CONCLUSION

For the foregoing reasons, the Court should grant Defendants' Motion for Consolidation and consolidate *Najib*, No. 1:22-cv-01996 (CKK) and *Amiry*, No. 1:22-cv-02051 (APM) with this case.

| | |
|---|---|
| Dated: November 15, 2022 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division | SEAN L. KING<br>VAUGHN D. SPENCER<br>Trial Attorney |
| WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation,<br>District Court Section | /s/Ruth Ann Mueller<br>RUTH ANN MUELLER<br>D.C. Bar. No. 1617339<br>Trial Attorney<br>U.S. Department of Justice, Civil Division |
| YAMILETH G. DAVILA<br>Assistant Director | Office of Immigration Litigation<br>District Court Section<br>P.O. Box. 868, Washington, DC 20044<br>202-598-2445 |
| STEVEN A. PLATT<br>Senior Litigation Counsel | ruth.a.mueller@usdoj.gov<br><br>*Attorneys for Defendants* |