# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>– against –<br><br>ANTONY BLINKEN, *et al.*,<br><br>Defendants. | Case No. 18-cv-01388-TSC |

I, Catherine McGeary, hereby submit this declaration under penalty of perjury:

(1) I am the Director of the National Visa Center (NVC), a branch of the United States Department of State. In that capacity I have knowledge of the responsibilities and efforts of the NVC as it pertains to the processing of Special Immigrant Visa (SIV) applications. My predecessor in this position was Peggy Petrovich.

(2) The NVC serves as the starting point for SIV applicants at two stages of the SIV process: 1) initial application for Chief of Mission (COM) approval and 2) post-petition immigrant visa (IV) application pre-processing. NVC's main form of communication with applicants and legal representatives is via email. In the COM phase of the SIV process, applicants email NVC to indicate their interest in applying for COM approval. NVC creates a COM case for every intending applicant that has expressed interest and submitted their name and date of birth. NVC then collects, reviews, and uploads required supporting documentation from applicants into SQSIV, a government system developed and used solely for processing Iraqi and Afghan SIV COM applications. Upon receipt of a complete COM package, NVC forwards the case to the Afghan Special Immigrant Visa (ASIV) Unit for COM review and decision.

**Updates on Department Response to Exponential Increase in SIV Inquiries and Case Submissions**

(3) The Department has significantly increased its staffing for SIV case processing at NVC since the fall of 2019, including by over 300 percent in the 13-month period following the Taliban takeover in August

2021.  As described in paragraph 11 of the Petrovich Declaration, in the fall of 2019, the NVC had 9 SIV case processors.  By August 2021, in order to improve SIV case processing times, the Department of State increased the number of SIV case processors to 63.  As SIV inquiries increased dramatically in the months after the Taliban takeover in August 2021, the Department took the extraordinary step of engaging staff from the U.S. Mission in Brazil to assist NVC with responding to inquiries.  At the same time, the Department developed a long-term plan to implement IT improvements and train additional contractor staff on SIV case processing.

(4) In May 2022, the contractor projected that by summer 2022, NVC would have approximately 140 staff either fully trained as SIV case processors or in training.  This projection was significantly exceeded; in September 2022, NVC had 204 trained SIV case processors responding to inquiries and processing COM application materials.  Once the email backlog was eliminated, NVC trained and redeployed several of its pre-COM SIV personnel to work on post-petition processing, including for SIVs.  NVC retained approximately 120 case processors to continue to work on pre-COM processing, as NVC continues to receive requests to open new cases and applicants continue to submit questions and provide documents.  In total, from May 2021 until the elimination of the backlog on October 7, 2022, NVC engaged nearly 500 staff to work directly on SIV processing across multiple locations.

(5) Efforts to increase staff and implement IT improvements has allowed NVC to process over eight hundred thousand emails since May 2021.  Because of these improvements, NVC has significantly reduced its email response time, which increased because of the flood of emails received after the withdrawal from Afghanistan in August 2021.  On October 7, 2022, NVC completely eliminated the backlog of emails in the AfghanSIVApplication@state.gov inbox, which is the email address used by Afghan SIV applicants to open a new COM application, to submit documents for a COM application, and to make general inquiries.  Going forward, NVC intends to maintain a 10-business day turnaround time for emails sent to this inbox.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Dated: November 7, 2022

_____
Catherine McGeary
Director
National Visa Center
United States Department of State