IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>    Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:18-cv-01388-TSC-MAU<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Memorandum Opinion of November 30, 2022 (ECF No. 190), Order of November 30, 2022 (ECF No. 191), and Minute Order of Referral to Magistrate Judge of December 1, 2022.[1]

---

[1] This order reads:
> MINUTE ORDER OF REFERRAL TO MAGISTRATE JUDGE: As set forth in the [190] Memorandum and Opinion, at 11-13, the Court has determined that this action should be referred to a Magistrate Judge for the development of a new adjudication plan and limited discovery related to that plan. Accordingly, it is hereby ORDERED that this matter is referred to a Magistrate Judge for those purposes, beginning immediately. The Magistrate Judge will be randomly assigned by the Clerk's Office, and it is FURTHER ORDERED that any future filings related to this matter shall have the initials of the presiding judge and the Magistrate Judge following the case number in the caption. Signed by Judge Tanya S. Chutkan on 12/1/2022.

Minute Order of Dec. 1, 2022.

Dated: January 30, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation,
District Court Section

YAMILETH G. DAVILA
Assistant Director

STEVEN A. PLATT
Senior Litigation Counsel

VAUGHN D. SPENCER
SEAN L. KING
Trial Attorneys

*/s/Ruth Ann Mueller*
RUTH ANN MUELLER
D.C. Bar. No. 1617339
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box. 868, Washington, DC 20044
202-598-2445
ruth.a.mueller@usdoj.gov

*Attorneys for Defendants*