# Exhibit 3

to the Declaration of Kimberly R. Grano in Support of Plaintiffs' Motion to Strike the Brooks, Vermillion, and Martin Declarations

*Afghan and Iraqi Allies Under Serious Threat Because of Their Faithful Service to the United States v. Blinken, et al.*, Case No. 18-cv-01388-TSC

Case 1:19-cv-01388-SCM Document 162-6 Filed 05/23/23 Page 2 of 6

# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>– against –<br><br>ANTONY BLINKEN, et al.,<br><br>Defendants. | Case No. 1:18-cv-01388-TSC |

## DECLARATION OF EVELYN M. MARTIN

1. I am the Associate Center Director, of the Humanitarian Division, Nebraska Service Center ("NSC"), U.S. Citizenship and Immigration Services ("USCIS"), U.S. Department of Homeland Security ("DHS"). I make this declaration based on my personal knowledge and my review of official documents and records maintained by USCIS. If called to testify, I could and would do so competently.

2. Currently, all Afghan and Iraqi Special Immigrant Visa ("SIV") Form I-360 petitions filed pursuant to the Afghan Allies Protection Act of 2009, Pub. L. No. 111-8, 123 Stat. 807 ("AAPA"), and Refugee Crisis in Iraq Act of 2007, Pub. L. No. 110-181, 222 Stat. 395 ("RCIA") are adjudicated at the NSC's by the Waivers and SIV Team. The core SIV Team consists of one Section Chief, one Supervisory Immigration Services Officer, and five trained adjudicators. In addition to the five trained adjudicators, NSC has trained an additional 16 adjudicators who are available to supplement the team when there is an increase in Form I-360 filings.

3. This declaration describes enhancements to Step 7--the USCIS, Form I-360 adjudication process--and burdens with continued compliance with the Approved Adjudication Plan ("Adjudications Plan").

4. In February of 2021, the President issued Executive Order 14013 (EO), requiring defendants conduct a comprehensive review of the programs enacted under the RCIA and the AAPA and submit a report with recommendations to address any concerns to the President. Within weeks, USCIS staff were on a weekly basis required to attend various working group meetings in an effort to find efficiencies, identify friction points, and ensure sound and expeditious adjudications. This also had the effect of creating daily time sensitive taskings related to Congressional inquiries as well as requests for research, data and reporting from the Administration as part of the review. Staff at NSC were required to provide various briefing

materials regarding the SIV petition adjudications process, explanations of policies and procedures and work-flow descriptions and data specific to the three SIV programs: Special Immigrant Afghanistan or Iraq Translator, Section 1059 of the National Defense Authorization Act for Fiscal Year 2006 (Public Law 109-163), as amended by Public Law 110-36; Special Immigrant Iraq National who was employed by or on behalf of the U.S. Government, RCIA; and Special Immigrant Afghanistan National who was employed by or on behalf of the U.S. Government, AAPA. The collective time spent by USCIS employees at NSC to support this workload is estimated as approximately 15 hours a week. This includes meeting attendance, drafting responsive information to queries and data research.

5. In addition to the significant adjudicative demands of processing the Form I-360, USCIS has been obligated to expend resources to this competing priority ~~in addition to the burdensome progress report obligations associated with the adjudications plan~~ and litigation demands.

6. ~~Progress reporting alone requires one first-line supervisor and three adjudicating officers at the NSC to manually update and/or evaluate data on a weekly basis related to the progress report, averaging a total of 90 hours a week. During the first week of each quarter, the same first-line supervisor and three officers spend a total of 24 hours manually preparing data and generating the status report. This is a labor intensive task as the data is collected from other team members for manual inclusion in the matrix, and the pending status of the remaining pending cases are manually verified line by line from other systems by the same two officers.~~

7. In addition, the quarterly progress reports have routinely resulted in numerous follow-up emails, questions and meeting requests from Plaintiffs' which draw additional time and resources from officers who might otherwise be working on SIV adjudications.

8. Notably, there is only one first-line supervisor assigned to the I-360 SIV Team at the NSC. Their duties include but are not limited to reviewing adjudicators' work, coordinating other tasks, form training, quality assurance review, managing people and projects, and supervising an additional product line form other than the form I-360. Any time dedicated to the progress report follow-up by the supervisor or an adjudicator is diverted from work related to expeditiously processing petitions. More specifically, one first-line supervisor and one Section Chief at NSC typically address Plaintiffs' follow-up questions by dissecting the source of the progress report data, researching data sources for past reports, identifying the case and data for any inconsistencies, and formulating an accurate response. On average, four hours is spent per officer per Plaintiffs' inquiry.

9. ~~In light of the priority that the administration has placed on expeditiously processing SIV petitions and the limited Agency resources, the timeframe of 10 days to produce the quarterly progress report has become untenable. The labor intensive nature of the manual draw of data for the report already presented a significant time and resource drain.~~ Additionally, the same officers who are responsible for the adjudication of petitions are being tasked with responding to these ongoing requests for information pertaining to the litigation, as well as meeting additional competing demands related to the EO.

10. Following the withdrawal of U.S. troops from Afghanistan, there was a sharp increase in I-360 filings. Receipts for Afghans increased from 293 filings in August 2021 to 2,693 in September 2021. The filings continued to increase in October 2021 to 2,451 and dropped slightly

2

to 1,317 in November 2021. In the 2nd quarter of FY22, filings have returned to normal levels, averaging under 400 filings per month.

11. In response to the exponential increases in petition filing, USCIS Service Center Operations (SCOPS) established a process by which adjudicators conducted a prima facie review of petitions to identify petitions that are documentarily complete and ready to proceed to adjudication. Petitions deemed documentarily deficient are referred for issuance of a Request for Evidence (RFE). These types of workflow modifications facilitated timely adjudications even during the peak of petition filings.

12. Notwithstanding the increase in workload, USCIS continues to process I-360 petitions with an average processing time of 30-45 days.

13. USCIS' expanded coordination with the Department of State (DOS) on Chief of Mission (COM) approvals has facilitated COM verification and authenticity determinations.

14. The I-360 Form instructions provide that a copy of the COM approval be submitted with the petition. If a petition is submitted without documentation of COM approval, an RFE would generally be issued to the petitioner to submit the missing COM approval. As part of the efforts to streamline the adjudications process, USCIS adjudicators can now check a list provided by DOS for verification of COM approval. Previously, this required a manual request on individual cases.

15. When the COM approval can be verified using this list, the adjudicator may move forward with adjudication, rather than issue an RFE as had been done in the past. This process change reduced the number of RFEs issued, reducing the volume of cases monitored under applicant control while awaiting a response to the RFE.

16. Additionally, as part of this verification process I-360 adjudicators at Step 7 also now have greater visibility on the authenticity of the associated COM approvals and are therefore required to reach back to DOS to verify authenticity on far fewer cases. Now this is limited to instances where USCIS is unable to confirm COM approval through this verification process or there are concerns with COM authenticity.

17. This expanded coordination has resulted in a decrease in the number of RFEs issued to petitioners and resulted in an adjudication efficiency of cases in Step 7 government-controlled steps.

18. For outlying cases where COM approval is not easily verified, USCIS and DOS have established a process by which NSC is able to expeditiously confirm COM decisions and COM-related documents which can then be provided back to the adjudicating officer to complete adjudication, eliminating further delays in case processing. DOS and NSC POCs collaborate on verifying these outlying cases usually within an 8-hour period. This process removed the need to send an RFE, which could add several weeks to the overall processing time.

19. NSC has also increased the frequency in which approved I-360 petitions are shipped to the NVC from weekly to daily, allowing for cases to move to the next government-controlled step more expeditiously.

20. In an effort to improve the labor-intensive reporting process, USCIS, SCOPS introduced the Tableau platform in mid-2021 as part of an Agency-wide migration to a Cloud based system for data analytics. Tableau is a visual analytics tool (dashboard system) that is able

3

to source data efficiently, effectively, and reliably from Agency systems. USCIS NSC is currently able to provide data on received, pending, approved, and denied petitions from Tableau which extracts petition information from CLAIMS 3. The use of Tableau has resulted in reporting efficiencies and an increased level of accuracy as the analytics are automatically compiled and can be updated in a real-time environment. This allows the Agency the ability to track progress and monitor trends that can be further translated into operational and resource efficiencies. This represents a significant reporting efficiency as previous reports were created from manually collected and compiled data. ~~Previous reports required 90 hours per week in addition to 24 hours quarterly to complete.~~ Tableau reporting for the SCOPS, NSC SIV Team is still in the process of being customized for more granular reporting that would allow for semi-automated reporting under the terms of the existing adjudication plan but is expected to be completed within the fiscal year.

21. I declare under the penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct to the best of my knowledge.

Executed:
Date:

By: _____
EVELYN M. MARTIN
Digitally signed by EVELYN M MARTIN
Date: 2022.05.13 10:44:42 -05'00'

4