IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>                 Plaintiffs,<br><br>  – against –<br><br>ANTONY BLINKEN, *et al.*,<br><br>                Defendants. | Case No. 18-cv-01388-TSC |

**DECLARATION OF DEEPA ALAGESAN IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSED REVISED ADJUDICATION PLAN**

Pursuant to 28 U.S.C. § 1746, I, Deepa Alagesan, declare the following:

1. I am an attorney at the International Refugee Assistance Project, counsel to Plaintiffs and the certified class in the above-captioned action. I am licensed by the State of New York and admitted to practice before this Court.

2. I respectfully submit this declaration in support of Plaintiffs' Objections to Defendants' Proposed Revised Adjudication Plan. I make this declaration based on my personal knowledge and documents I have reviewed.

**The Proposed Plan**

3. On November 30, 2022, this Court issued an opinion and order (the "Order") granting in part and denying in part Defendants' Motion for Relief from the Court's Summary Judgment Order and the Approved Adjudication Plan ("Motion for Relief," ECF No. 163). ECF Nos. 190, 191. The Order permitted Defendants to propose modifications to the Approved Adjudication Plan (ECF No. 113) and authorized Plaintiffs to file

objections. ECF No. 190.

4. On February 2, 2023, Defendants filed their Proposed Revised Adjudication Plan ("Proposed Plan"), ECF No. 207-1.

5. In connection with their objections to the Proposed Plan, Plaintiffs prepared a revised plan that includes the portions of Defendants' Proposed Plan (as modified by the parties' agreement and an additional correction from Defendants, described below at ¶¶ 7–10) to which Plaintiffs do not object, but omits the modifications to which Plaintiffs object and, where appropriate, replaces them with the prior text of the Approved Adjudication Plan or alternative text that Plaintiffs believe is consistent with the Court's Order. This revised plan is attached as **Exhibit 1**.

6. For the Court's reference, Plaintiffs prepared an annotated version of the Proposed Plan that compares Defendants' Proposed Plan (as modified by the parties' agreement and an additional correction from Defendants, described below at ¶¶ 7–10) with Exhibit 1. All differences between Defendants' Proposed Plan and Exhibit 1 are reflected as highlighted text (with strikeouts for deletions and underline for additions) and are explained in comments that appear in the margin. The redline is attached as **Exhibit 2**.

7. In a March 2, 2023 email on which I was copied, counsel for Plaintiffs asked Defendants' counsel whether Defendants would agree to modify their Proposed Plan in several minor respects in advance of the filing of these objections.

8. On March 7, 2023, Defendants' counsel sent an email to counsel for Plaintiffs, including myself, with Defendants' agreement to make several of Plaintiffs' requested modifications to Defendants' Proposed Plan and suggestion of one additional modification to the Proposed Plan.

9. In their March 7, 2023 email, Defendants' counsel attached a redline version of the Proposed Plan reflecting the parties' agreed-upon changes as tracked changes (in red font color with strikeouts for deletions and underline for additions). A true and correct copy of this redline version of Defendants' Proposed Plan is attached as **Exhibit 3**.

10. In a March 9, 2023 email to Plaintiffs' counsel, including myself, Defendants' counsel sent a redline version of the Proposed Plan's Template Progress Report section reflecting the parties' agreed-upon changes as tracked changes (in red font color with strikeouts for deletions and underline for additions). The redlined Template Progress Report also includes one additional change representing a correction to Defendants' Proposed Plan, to which Plaintiffs object. A true and correct copy of this redline version of Defendants' Proposed Plan's Template Progress Report section is attached as **Exhibit 4**. The correction to which Plaintiffs object appears in red font color on page 3 of Exhibit 4.

**Transcripts of Depositions of Government Witnesses**

11. Excerpts of a true and correct copy of the transcript of the Deposition of Melissa A. Schubert, taken on January 19, 2023, are attached as **Exhibit 5**.

12. Excerpts of a true and correct copy of the transcript of the Deposition of Catherine McGeary, taken on January 27, 2023, are attached as **Exhibit 6**.

13. Excerpts of a true and correct copy of the transcript of the Deposition of Neal R. Vermillion, taken on January 23, 2023, are attached as **Exhibit 7**.

14. Excerpts of a true and correct copy of the transcript of the Deposition of Evelyn M. Martin, taken on January 30, 2023, are attached as **Exhibit 8**.

15. Excerpts of a true and correct copy of the transcript of the Deposition of Mark Evans, taken on January 18, 2023, are attached as **Exhibit 9**.

16. Excerpts of a true and correct copy of the transcript of the Deposition of Daniel L. Mickelson, taken on January 26, 2023, are attached as **Exhibit 10**.

17. Excerpts of a true and correct copy of the transcript of the Deposition of the Department of State by and through its designated representative Catherine McGeary, taken on February 27, 2023, are attached as **Exhibit 11.**

18. Excerpts of a true and correct copy of the transcript of the Deposition of the Department of Homeland Security by and through its designated representative Jeremiah Afuh, taken on March 6, 2023, are attached as **Exhibit 12.**

19. Excerpts of a true and correct copy of the transcript of the Deposition of the Department of State by and through its designated representative Melissa A. Schubert, taken on March 8, 2023, are attached as **Exhibit 13.**

20. Excerpts of a true and correct copy of the transcript of the Deposition of the Department of State by and through its designated representative Lareina Ockerman, taken on April 4, 2019, are attached as **Exhibit 14**.

**Documents Produced in Discovery**

21. On December 9, 2022 and January 30, 2023, pursuant to the Order's grant of limited discovery to Plaintiffs, Plaintiffs served Defendants with requests for production of documents.

22. Between January 13, 2023 and March 9, 2023, Defendants produced responsive documents to Plaintiffs.

23. Attached as exhibits to this declaration are true, correct, and complete copies of the following documents produced to Plaintiffs by Defendants on the dates indicated:
    - Bates Nos. DEFLD-00005832 to DEFLD-00005835: A document titled "Action

    Memo for the Secretary" with the subject "(SBU) Prioritizing Processing for Afghan Special Immigrant Visa (SIV) Applicants," dated September 6, 2019, and produced on March 5, 2023, is attached as **Exhibit 15**.

- Bates Nos. DEFLD-00005848 to DEFLD-00005851: A document titled "Action Memo for Deputy Secretary McKeon (D-MR)" with the subject "(SBU) Modification to the Implementation of the Prioritization System for Afghan Special Immigrant Visa (SIV) Applicants," dated June 29, 2022, and produced on March 5, 2023, is attached as **Exhibit 16**.

- Bates Nos. DEFLD-00001782 to DEFLD-00001786: A document labeled "21 STATE 127502" with the subject "Like a Good Neighbor: Processing Nonresident Third Country National Visa Applications," dated December 22, 2021, and produced on January 25, 2023, is attached as **Exhibit 17**.

- Bates Nos. DEFLD-00003767 to DEFLD-00003865: A document with the header "Appendix I – 19AQMM19C0135" and the title "Section B – Supplies or Services and Prices/Costs," produced on February 23, 2023, is attached as **Exhibit 18**.

24. On March 6, 2023, counsel for Defendants sent an email to counsel for Plaintiffs, including myself, with Defendant Department of State's confirmation that the document attached as Exhibit 17 has not been superseded by any other cable and reflects the Department of State's current practice on interview scheduling of Afghan SIVs.

25. In a February 27, 2023 deposition that I attended, Department of State, by and through its designated representative Catherine McGeary, testified that the document attached as Exhibit 18 "appears to be related to the contract that the State Department has with

LDRM to perform visa support services" and that it reflects the 10-business-day requirement that is currently in effect for immigrant visa pre-processing. Exhibit 11, 563:20–23, 564:16–565:15.

**The Parties' Communications Regarding Defendants' Progress Reports**

26. I have full knowledge of the parties' correspondence concerning Defendants' Progress Report for the period of April 1, 2021 to June 30, 2021, ECF No. 138.

27. A true and correct copy of Defendants' August 23, 2021 letter addressed to my co-counsel Alexandra Zaretsky regarding the Progress Report is attached as **Exhibit 19**. Defendants sent this letter via email to counsel for Plaintiffs, including myself, on August 23, 2021.

**Quarterly Reports to Congress on the Special Immigrant Visa Programs**

28. A true and correct copy of the Public Quarterly Report issued for the fourth quarter (Q4) of Fiscal Year 2022 on the Status of the Afghan Special Immigrant Visa Program, which my colleague downloaded from the following website maintained by the Department of State: https://travel.state.gov/content/travel/en/us-visas/immigrate/special-immg-visa-afghans-employed-us-gov.html#quarterly on March 7, 2023, is attached as **Exhibit 20**.

29. A true and correct copy of the Public Quarterly Report issued for the third quarter (Q3) of Fiscal Year 2022 on the Status of the Afghan Special Immigrant Visa Program, which my colleague downloaded from the following website maintained by the Department of State: https://travel.state.gov/content/travel/en/us-visas/immigrate/special-immg-visa-afghans-employed-us-gov.html#quarterly on March 7, 2023, is attached as **Exhibit 21**.

30. A true and correct copy of the Public Quarterly Report issued for the second quarter (Q2) of Fiscal Year 2022 on the Status of the Afghan Special Immigrant Visa Program which

my colleague downloaded from the following website maintained by the Department of State: https://travel.state.gov/content/travel/en/us-visas/immigrate/special-immg-visa-afghans-employed-us-gov.html#quarterly on March 7, 2023, is attached as **Exhibit 22**.

31. A true and correct copy of the Public Quarterly Report issued for the fourth quarter (Q4) of Fiscal Year 2022 on the Status of the Iraqi Special Immigrant Visa Program which my colleague downloaded from the following website maintained by the Department of State: https://travel.state.gov/content/travel/en/us-visas/immigrate/special-immg-visas-iraqis-employed-us-gov.html on March 7, 2023, is attached as **Exhibit 23**.

**Administrative Processing**

32. In a February 21, 2023 email on which I was copied, counsel for Plaintiffs requested that Defendants' counsel confirm that Defendants intended the Proposed Plan's changes to the administrative processing step to be non-substantive.

33. On February 22, 2023, Defendants' counsel sent an email to counsel for Plaintiffs, including myself, with Defendants' confirmation that changes to the administrative processing step are intended to be non-substantive. A true and correct copy of this email is attached as **Exhibit 24**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of March, 2023 in New York, New York.

_____
Deepa Alagesan (D.D.C. Bar No. NY0261)