# Exhibit 18

to the Declaration of Deepa Alagesan in Support of Plaintiffs'
Objections to Defendants' Proposed Revised Adjudication Plan

*Afghan and Iraqi Allies Under Serious Threat Because of Their Faithful Service to
the United States v. Blinken, et al.*, Case No. 18-cv-01388-TSC

# SECTION B — SUPPLIES OR SERVICES AND PRICES/COSTS

## B.1     GENERAL

This is a Performance-Based Services contract.  The contractor shall provide all management supervision, labor, and materials necessary to execute a comprehensive solution that meets the Government's requirements and deliverables while satisfying the performance requirements as set forth in this contract.

## B.2     CONTRACT TYPE

This is a single-award, hybrid contract.  This contract will use a combination of firm fixed price, labor hour, and cost reimbursable arrangements.

## B.3     CONTRACT TERM

The period of performance of this contract shall include a base period of twelve (12) months from the effective date of the contract, and up to four (4) additional twelve (12) month option periods.  The effective date of the contract will coincide with either the date of contract award or the date the contractor receives the required facilities clearance.  The transition will begin upon the effective date of the contract and be included as a part of the base period.

## B.4.   CONTRACT LINE ITEM STRUCTURE

This contract includes Firm-Fixed Price (FFP), Labor Hour (LH), and Cost Reimbursable (CR) contract line item numbers (CLIN).  FFP CLINs will comprise the transition and the primary work products of the centers, LH CLINs will comprise distinct capability and service areas for which outcomes and levels of effort cannot be easily and reliably predicted on a unit basis, and a CR CLIN will cover travel and other direct costs.  Refer to Section J, Attachment F – Pricing Tables for the complete CLIN structure and pricing.

## B.4.1  TRANSITION – FFP

Pricing for this CLIN, if used, includes all costs associated with all activities for the period of the base year between the effective date of award and the contractor's proposed go-live date as indicated in the contractor's transition plan.  During this transition period, no other CLINs would be applicable to work performed.

## B.4.2  CORE MISSION FULFILLMENT SERVICES – FFP

Unit pricing for each FFP CLIN includes all costs associated with the activities, services, and capabilities used to satisfy the Section C requirements relevant to the work product associated with that CLIN.

The Government has established the baseline volume for each FFP CLIN as noted below.  Note that the base year volumes are reduced in anticipation of the transition phase that will occur during that timeframe.  While this is the most realistic estimate of workload for each contract year that the Government can provide at the current time, the Visa Office acknowledges that any number of developments beyond their control may affect the volume of work received and expected in a given year.  To that end, the Government will closely monitor circumstances that may reduce the efficacy of volume estimates and, if necessary, seek to revise baseline volumes

1

Appendix I                                                                 19AQMM19C0135

prior to each option year.  The Government expects the contractor to work closely with the Government on the impact of adjusting baseline volumes beyond the base year of the contract.

| FFP CLIN | Base Year | Option Year One | Option Year Two | Option Year Three | Option Year Four |
|---|---|---|---|---|---|
| IV Intake | 381,000 | 559,000 | 615,000 | 585,000 | 555,000 |
| IV Fulfillment | 412,500 | 580,000 | 610,000 | 640,000 | 670,000 |
| NIV Fulfillment | 364,500 | 583,000 | 612,000 | 643,000 | 643,000 |
| DV Fulfillment | 52,500 | 70,000 | 70,000 | 70,000 | 70,000 |
| Biometric Validation | 27,000,000 | 36,500,000 | 37,250,000 | 38,000,000 | 38,500,000 |

If the actual volume does not exceed the baseline volume established by the Government, the contractor shall be entitled to receive the entire price quoted for the baseline CLIN for that period of performance.

For actual volume that does exceed the baseline volume, the Government will utilize a "step" CLIN construct whereby each step CLIN will include an amount of units equal to 10% of the baseline CLIN.  For example, per the table above, the baseline volume for the base year of NIV Fulfillment (CLIN 003A) is 364,500 units; therefore, each step CLIN will include up to 36,450 additional units above and beyond the first 364,500 units.  If the volume of units produced exceeds 364,500, additional units would be counted against the first step CLIN (CLIN 003B).  If the volume of units produced exceeds 400,950, additional units would be counted against the second step CLIN (CLIN 003C).  This pattern would continue for each of the remaining step CLINs.  Once the total volume of units in a period of performance exceeds the baseline amount, the contractor shall be entitled to receive payment only for those units actually produced above the baseline.   All baseline and step CLIN volumes are included in Section J, Attachment F – Pricing Tables.

The contractor shall notify the Government, as early as is practical but not later than 75% of funds expended on a baseline CLIN, if they anticipate exceeding the baseline volume and provide an estimate for the total volume expected for the period of performance.  The contractor shall continue to monitor production volume on a continuous basis and notify the Government if funding for additional step CLINs are needed.

At a minimum, costs for each work product should capture the applicable portions of following VSS services:

| Section of Performance Work Statement | IV Intake | IV Fulfillment | NIV Fulfillment | DV Fulfillment | Biometric Validation |
|---|---|---|---|---|---|
|  | Relevant to FFP CLIN |||||
| C.4.1.1 Case Fulfillment | ✓ | ✓ | ✓ | ✓ |  |

2

Unclassified

19AQMM19C0135

| Section of Performance Work Statement | IV Intake | IV Fulfillment | NIV Fulfillment | DV Fulfillment | Biometric Validation |
|---|---|---|---|---|---|
| | **Relevant to FFP CLIN** | | | | |
| C.4.1.3 Biometric Validation | | | | | ✓ |
| C.4.2.1 Inquiry Management | | ✓ | ✓ | ✓ | |
| C.4.2.2 Outreach | | ✓ | ✓ | ✓ | |
| C.4.3.1 Intake | ✓ | ✓ | ✓ | ✓ | |
| C.4.3.2 Paper Handling | | ✓ | ✓ | ✓ | |
| C.4.3.3 Distribution | | ✓ | ✓ | | |
| C.4.4.1 Service Management and Quality | ✓ | ✓ | ✓ | ✓ | ✓ |
| C.4.4.3 Personnel Management | ✓ | ✓ | ✓ | ✓ | ✓ |

**B.4.2.1      IV Intake (x01A thru K)**

An IV intake unit shall be considered complete and countable at the point which the center has completed initial processing of a petition and either a) conducts formal outreach with the applicant, agent or attorney to provide further instructions; or b) forwards the case to the interviewing consular section for additional processing.  Each case will only trigger a single IV intake unit regardless of steps taken either to satisfy performance requirements or to perform additional processing at a center after either portion of initial processing is completed (i.e., additional outreach with an applicant would not trigger an additional IV intake unit for each occurrence of communication).

**B.4.2.2      IV Fulfillment (x02A thru K)**

An IV fulfillment unit shall be considered complete and countable the first time one of the following conditions occurs: a) the center validates that the case is documentarily complete and ready for scheduling; b) the case is terminated; or c) the case is transferred back to USCIS.  Each case will only trigger a single IV fulfillment unit, regardless of any additional steps taken either to satisfy performance requirements or to continue processing at a center after one of the conditions described above occurs.

**B.4.2.3      NIV Fulfillment (x03A thru K)**

An NIV fulfillment unit shall be considered complete and countable the first time one of the following conditions occurs: a) the center validates that the data records for each petition are complete, accurate, and available to the interviewing consular section; b) processing for a CAT-I file is complete; or c) processing for a DS-156 paper application is complete.  Each NIV petition, CAT-I file, and DS-156 application will only trigger a single NIV fulfillment unit, regardless of any additional steps taken either to satisfy performance requirements or to continue processing at a center after one of the conditions described above occurs.

Unclassified

DEFLD-00003769

### B.4.2.4        DV Fulfillment (x04A thru K)

A DV fulfillment unit shall be considered complete and countable for each DV applicant when the DV case for that applicant is transferred to an interviewing consular section or domestic office for additional processing.  Each DV case may include more than one applicant.  Each unique applicant will only trigger a single DV fulfillment unit, regardless of any additional steps taken either to satisfy performance requirements or to continue processing at a center.

### B.4.2.5        Biometric Validation (x05A thru K)

A biometric validation shall be considered complete and countable at the point which the center has completed the biometric validation process for an individual and submitted the results of that process on the relevant Government processing system.  Each individual will only trigger a single biometric validation unit, regardless of additional steps taken either to satisfy performance requirements or to continue processing after initial submission.

### B.4.3  SPECIALIZED MISSION FULFILLMENT SERVICES – LH

Labor hour pricing for each LH CLIN includes all individuals, labor categories, burdened labor rates, and hours worked that are directly involved in delivering the competencies, activities, processes, and procedures used to satisfy the Section C requirements relevant to the service area associated with that CLIN.  The contractor shall assume a standard 40-hour work week and must obtain authorization from the Government prior to exceeding this standard for any individual supporting a LH CLIN.

The Government will review the services and products being delivered under LH arrangements on an ongoing basis.  At such time as the Government can establish a reasonable and predictable level of effort and capture that effort on a unit basis, the Government will seek to convert applicable services and products to FFP arrangements.

The contractor shall notify the Government, as early as is practical but not later than 75% of funds expended on an individual CLIN or Sub-CLIN, if they anticipate exceeding the cost ceiling and provide a revised estimate for the total level of effort expected for the period of performance.  The contractor shall continue to monitor effort on a continuous basis and notify the Government if additional revisions are needed.

### B.4.3.1        Fraud Prevention Unit (x06 and x06A-1 thru -y / x06B-1 thru -y)

Labor hour pricing for this CLIN includes all individuals, labor categories, burdened labor rates, and hours worked that are directly involved in delivering the competencies, activities, processes, and procedures used to satisfy the Section C requirements relevant to Section C.4.1.2 (Fraud Prevention Research and Analysis) requirements.

### B.4.3.2        IT Management Services (x07 and x07A-1 thru -y / x07B-1 thru -y)

Labor hour pricing for this CLIN includes all individuals, labor categories, burdened labor rates, and hours worked that are directly involved in delivering the competencies, activities, processes, and procedures used to satisfy the Section C requirements relevant to Section C.4.4.2 (Information Systems Management) requirements.

Unclassified

### B.4.3.3        Post Liaison Unit (x08 and x08A-1 thru -y / x08B-1 thru -y)

Labor hour pricing for this CLIN includes all individuals, labor categories, burdened labor rates, and hours worked that are directly involved in delivering the competencies, activities, processes, and procedures used to satisfy the Section C requirements relevant to the post liaison portion of Section C.4.2.2 (Outreach) requirements.

### B.4.3.4        Freedom of Information Act Services (x09 and x09A-1 thru -y / x09B-1 thru -y)

Labor hour pricing for this CLIN includes all individuals, labor categories, burdened labor rates, and hours worked that are directly involved in delivering the competencies, activities, processes, and procedures used to satisfy the Section C requirements relevant to the FOIA management portion of Section C.4.2.1 (Inquiry Management) requirements.

### B.4.3.5        Site Support Services (x10 and x10A-1 thru -y / x10B-1 thru -y)

Labor hour pricing for this CLIN includes all individuals, labor categories, burdened labor rates, and hours worked that are directly involved in delivering the competencies, activities, processes, and procedures used to satisfy the Section C requirements relevant to Section C.4.3.4 (Center Site Support) and Section C.4.3.5 (Office Management) requirements.

### B.4.3.6        Project Support Services (x11 and x11A-1 thru -y / x11B-1 thru -y)

Labor hour pricing for this CLIN includes all individuals, labor categories, burdened labor rates, and hours worked that are directly involved in delivering the competencies, activities, processes, and procedures used to satisfy an approved project charter submitted by the contractor during contract performance.

### B.4.4  SPECIALIZED MISSION FULFILLMENT SERVICES – FFP

This CLIN includes all costs associated with the activities, services, and capabilities used to satisfy the objectives of approved project charters and subsequently to deliver designated work products.

The contractor shall notify the Government, as early as is practical but not later than 75% of baseline funds expended on an individual CLIN, if they anticipate exceeding the established unit volume and provide an estimate for the revised total volume expected for the period of performance.  The contractor shall continue to monitor volume on a continuous basis and notify the Government if additional funding / units are needed.  All ceiling prices quoted by the contractor shall be evenly divisible by the number of units associated with each CLIN, thereby establishing a clear per unit price for each CLIN.

### B.4.4.1        Project Support Services (x12A, x12B, etc.)

Unit pricing for this CLIN includes all costs associated with the activities, services, and capabilities used to satisfy the objectives of each approved project charter and to deliver the each charter's designated work products.

### B.4.5  OTHER DIRECT COSTS

Pricing for these Cost Reimbursable CLINs shall include all costs for travel and other direct costs (ODC) at each center that the contractor can reasonably expect to incur in the delivery of

Unclassified

VSS services. The primary and intended use of these CLINs is for travel and center-specific materials.

The contractor shall notify the Government, as early as is practical but not later than 75% of baseline funds expended on an individual CLIN, if they anticipate exceeding the established ceiling and provide an estimate for the revised ceiling expected for the period of performance. The contractor shall continue to monitor volume on a continuous basis and notify the Government if additional funding is needed.

### B.4.5.1      Travel / Other Direct Costs (x13A and x13B)

The Government has set a notional cost ceiling for all travel / other direct cost CLINs (x13A and x13B) to include all travel and other direct costs (ODC) associated with the delivery of VSS services at the NVC and KCC, respectively.

### B.5     PERFORMANCE BASED PRICE ADJUSTMENTS

Prices listed in the contractor's proposal and subsequently incorporated in the contract will be subject to the accepted performance based price adjustments. Adjustments shall be submitted in the Contractor's invoices in accordance with the performance disincentive plan.

### B.6     TRAVEL COSTS (Cost-Reimbursement)

(a)      Except as otherwise provided herein, the Contractor shall be reimbursed for its reasonable actual travel costs in accordance with its usual accounting practices consistent with FAR Subpart 31.2, specifically FAR 31.205-46. Travel must be directly related to and required for performance of this contract, and authorized in advance and in writing by the Contracting Officer's Representative (COR). In no event shall costs associated with employee commuting be reimbursable as a direct cost under this contract.

(b)      The Contractor shall include a breakout of all authorized travel expenses as an attachment to its invoices.

(c)      Administrative support (coordination of travel arrangements, etc.) and any travel agency handling or booking fees incurred will be the responsibility of the Contractor.

(d)      Should any Contractor personnel be requested to perform in any area which has been determined by the Department of State to be a hazardous duty area, hazardous duty premium pay may be payable at the same rate as would be given to Department of State direct-hire employees pursuant to Chapter 650 of the U.S. Department of State Standardized Regulations (Government Civilians, Foreign Areas). Each employee will be notified upon arrival at any hazardous duty area of the applicable rates, terms and conditions at the time of performance. Hazardous duty premium pay shall not be burdened with any indirect costs (e.g., overhead, G and A) or fee/profit.

(e)      When local travel between the Contractor employee's regular place of performance and other locations is specifically authorized by the COR, transportation expenses shall be allowable costs under this contract. For the purposes of this clause, local travel means travel within a 50

6

DEFLD-00003772

mile radius of the Contractor employee's regular place of performance and does not include daily commuting or associated costs.

(f)     For travel where use of a personal automobile has been specifically authorized by the COR, reimbursement shall be computed on the basis of actual miles traveled from stat starting point to destination. Other related miscellaneous expenses, such as tolls and parking fees, incurred in the performance of tasks authorized under this contract, will be reimbursed. Car rentals require advance approval by the COR and will be authorized only when consistent with good business practice. Allowable costs shall not exceed the actual cost of renting a compact automobile (a maximum of one for four Contractor personnel), unless extenuating circumstances (e.g., excess baggage) require other arrangements and subsequent COR approval is obtained.

(g)     The Government will reimburse the Contractor for Contractor employee's travel time to or from other authorized work locations, except that for labor categories which are exempt from the Fair Labor Standards Act (FSLA), a reimbursement will be allowed only for travel during the employee's regular working hours. The Contractor will not be reimbursed for time spent in stand down or temporary layovers by FLSA exempt contractor employees for the convenience of the Contractor except as authorized by the Federal Travel Regulations.

(h)     The Contractor shall be responsible for ensuring that all personnel who will be required to travel outside the United States have current and valid passports. The Contractor shall also be responsible for obtaining any visas required for travel to foreign countries under this contract. The Contractor shall make no direct labor charges for obtaining/maintaining passports and/or visas.

## B.7  SUMMARY OF CONTRACT PRICES

Attachment F shows a detailed breakdown of each CLIN and SubCLIN by period of performance.  A summary of the ceiling amount for each year is shown below:

Base Year:              $57,842,302
Option Year One:        $79,915,076
Option Year Two:        $82,955,178
Option Year Three:      $83,682,629
Option Year Four:       $84,570,203

Total Not To Exceed Base Plus All Options:  $388,965,388

7

# SECTION C — DESCRIPTION | SPECIFICATIONS | WORK STATEMENT

## C.1 — SCOPE OF SERVICES

This section specifies the objectives to be fulfilled under a performance-based contract to address the U.S. Department of State (DOS) Visa Support Services (VSS) program, which is currently operated out of two service centers: the National Visa Center (NVC) in Portsmouth, NH, and the Kentucky Consular Center (KCC) in Williamsburg, KY.   This section addresses continuity of services for the current processing environment and captures the ongoing and anticipated changes expected to impact business operations prior to the beginning of this contract.

The VSS service provider will perform non-inherently governmental services that encompass a wide range of consular pre-processing activities for non-immigrant visas (NIV), immigrant visas (IV), and diversity visas (DV) to support global visa operations.  The capabilities and services on which the centers rely are aligned to four categories: national security, customer service, logistics and administrative support, and management.

The VSS program requires the contractor to manage the centers in an integrated manner, with consistent and consolidated management reporting and oversight spanning the entire scope of services.  Additionally, the Government expects the contractor to support efforts to reengineer and continuously improve operating model constructs, processes, and procedures in response to emerging policies, enterprise-wide visa processing software, and digital capabilities.

## C.2 — BACKGROUND AND PURPOSE

The Bureau of Consular Affairs (CA) is the public face of the Department of State for millions of United States citizens and foreign nationals around the world, operating as a service-oriented global enterprise and policy partner. CA is responsible for the welfare and protection of U.S. citizens abroad, for the issuance of passports and other documentation to U.S. citizens and nationals, and for the protection of U.S. border security and the facilitation of legitimate travel to the United States. Consular Affairs also has a significant domestic presence, most notably the 29 Passport Agencies and Centers that deal directly with the U.S. public. These far-reaching consular activities have broad foreign policy and domestic political implications and involve serious legal, humanitarian and management concerns. Responsibility for these functions is vested within the Department of State in the Assistant Secretary for Consular Affairs and for their implementation abroad in consular officers assigned to Foreign Service posts.

Each year, millions of aliens desiring permission to enter the U.S. legally as immigrants or for temporary stays apply for visas in consular sections at over 240 diplomatic posts abroad.  A visa is permission to travel to a port of entry and request admission to the United States from the Department of Homeland Security (DHS).  Immigrant Visas can lead to permanent residence in the United States and eventual citizenship, while Non-Immigrant Visas are intended for shorter stays for many reasons, such as tourism, business, study, research, and temporary work.

Unclassified

DEFLD-00003774

While consular officers abroad have sole legal authority to adjudicate visa applications, considerable domestic support is necessary to process cases quickly, efficiently, and accurately. The Bureau of Consular Affairs (CA) supports overseas posts in the adjudication of both IV and NIV applications abroad.  The domestic-based services provided by the centers support CA's strategic priorities and enable the Bureau to satisfy mission-critical national security and customer service objectives.

Many NIV applications and all IV applications are petition-based and entail reviewing and processing sets of civil and financial documents and data received from petitioners and beneficiaries (e.g., spouses, children, siblings, or employers).  The centers conduct other related functions such as facial recognition reviews for visa and passport services and special projects in support of U.S. Embassies and Consulates worldwide.  The centers also provide communications support, responding to inquiries from the public, attorneys, other Government agencies, overseas posts and Congress via email, letter correspondence, and telephone.

## C.2.1 Modernization of Visa Services and Requirements
Internal and external forces are constantly influencing shifts in global visa operations.  The global roll-out of the Modernized Immigrant Visa (MIV) initiative is one such shift. The MIV constitutes a fundamental shift in global visa operations from a primarily paper and logistics-based model to a predominantly digital and service-based model with streamlined and integrated national security and customer-focused operations.

A number of related efforts are either planned or anticipated to support the digitization of many other consular pre-processing activities as well.  For example, I-129 petitions for non-immigrant worker visas traditionally arrive to KCC in paper form, but U.S. Immigration and Citizenship Services (USCIS) is gradually digitizing the initial application form.  The shift to digital will enable more rapid and full data sharing with KCC, but also significantly increase the rate of intake and case completion.  The Government expects that digitization of visa services and enablement of more interagency data sharing platforms will allow the centers to adopt a flexible management and operating structure and increase the interoperability of services. This will enhance the centers ability to deliver the full suite of services for all consular work products and adapt more easily to changes in policy, cyclical workload, and unforeseen technical and other challenges.

VSS has gradually transitioned from a paper-based logistics warehouse to a digital customer service operation with advanced fraud research and analytical capabilities in the visa pre-adjudication support sphere. The current visa services contract has involved significant process and technology improvements. As such, the next five-year contract will require a professional cadre of staff capable of supporting the enhanced national security mandate and sustaining and further developing the new processes, systems, and aforementioned digital enhancements.

## C.2.2 Objective of RFP
Through this contract, the Government seeks to obtain the mission-oriented professional services of a single, highly qualified prime contractor to satisfy the requirements of the VSS program. The Government seeks a Contractor with the capacity, resources and experience necessary to

Unclassified

DEFLD-00003775

fulfill the digital modernization requirements associated with visa services. The Contractor will need to provide increasingly complex services in support of mission-critical national security and customer service objectives with an increasingly lower tolerance for risk and service disruption.

The Government expects to establish a multi-year, performance-based arrangement that will support the evolution of VSS digital modernization and interoperability needs. Moreover, the Government seeks to obtain a Contractor that demonstrates the capability to align its resources and personnel qualifications with the following priorities established by the Government for VSS moving forward:

- **Flexibility:** Increasingly complex requirements and volatility in workload volumes will require the centers to be more flexible than ever before, necessitating a strategic shift from location-specific and effort-focused operations to service-oriented and outcome-focused operations.
- **Digital Enablement:** The success of Government-led initiatives to introduce advances in enterprise technology and processing capabilities depends on the center's ability to implement new models and approaches to service delivery at all levels and across all services. Maintaining a nimble workforce capable of supporting legacy systems while simultaneously adapting to the changing environment and delivering services seamlessly across centers will be crucial.
- **Customer Centricity:** The Government sees both opportunity and imperative in enhancing the depth and breadth of customer operations to drive process improvements and efficiencies, to elevate the role of VSS in strengthening national security, and to serve the global network of VSS stakeholders. Prioritizing excellence in customer operations will shift the mindset on decisions for how VSS services should be delivered, integrated, and measured.
- **Problem-Solving:** The digitization and modernization of VSS, coupled with its increasing national security requirements, creates a need for higher professional-level staff to conduct increased customer/key stakeholder interaction and problem solving. The centers plan to significantly increase both Fraud Research Analysts and Post Liaisons, the latter of which play a critical role in communicating issues, requests, and status changes between overseas posts, centers, and other stakeholders.

## C.3 — APPLICABLE DOCUMENTS

The contractor shall adhere to the following DOS/CA standards as they pertain to visa processing:

- Foreign Affairs Manual (FAM) Volume 9
- The Internal Controls Procedures found in the Consular Management Handbook
- The Immigration and Nationality Act (INA)
- Instructional or explanatory cables sent to all diplomatic and consular posts (known as "ALDAC cables")
- Information from CA Intranet Site that relates to visa policies, procedures, and processes

Unclassified

DEFLD-00003776

In addition, the contractor shall adhere to the Foreign Affairs Handbook (FAH), Systems Managers Handbook (5 FAH 9) when making computer systems operations changes and supply purchases under this contract.


## C.4 — PERFORMANCE WORK STATEMENT

The performance work statement (PWS) describes each of the four overarching objectives that comprise the full scope of work that the Government requires the contractor to perform in order to meet the needs of the VSS program. The Government seeks a responsible contractor to deliver the capabilities and services described below such that they are capable of but not limited to the specific requirements to be performed in each area. Please note that Section J, Attachment A – Constraints and Mandatory Program Requirements is also applicable to contract performance and will be enforced upon award.


### C.4.1 Objective 1 - National Security Services

The contractor shall provide business program support services to conduct a broad range of domestic-based, consular pre-processing activities for visa operations at U.S. embassies and consulates abroad as well as biometric validation support services for visa and passport operations under a performance-based arrangement, which will strengthen border security while facilitating legitimate travel, prevent fraud, and promote the integrity of consular services in accordance with existing procedures and business requirements. Anticipated capabilities and services include, but are not limited to, the following:


### C.4.1.1 Case Fulfillment

This capability comprises the competencies, activities, processes, and procedures that enable the visa centers to efficiently and effectively assess the contents and characteristics of existing visa cases; to capture information in primary visa case processing systems; and to track, validate, and facilitate their completeness prior to interview. Core services that the Government requires the contractor to provide in support of case fulfillment include:

   i.   Data entry, across all visa types and all available Government processing systems, to record information derived or collected in the course of providing business program support services.
   ii.  Data verification, across all visa types and all available Government processing systems, to validate that information is recorded accurately and in compliance with all relevant quality standards.
   iii. Document review, across all visa types, to conduct a detailed assessment of information provided in support of case processing and to identify gaps, discrepancies, or additional processing needs such as the need for a fraud review.

While general support requirements for case fulfillment are summarized by the services described above, the contractor shall be able to accommodate revised work processes, new procedures, and fluctuating demand for services as a normal course of doing business.

**Detailed Requirements**

Unclassified

DEFLD-00003777

This section captures specific requirements regarding the contractor's initial operating capability for the delivery of case fulfillment support.

i. General

- The contractor shall transmit case records to Post, U.S. Citizenship and Immigration Service (USCIS), and the Department of Labor (or other recipients as required) using the appropriate Government processing systems (e.g., current examples include PIMS, eDP, and PIVOT), transmission platforms (e.g., current examples include the Consular Consolidated Database (CCD), SharePoint, data share, and domestic/international shipment), and any new technologies as they are deployed.
- For petition data received electronically, the contractor shall review the data in the electronic record for accuracy and integrity, and make any corrections; enter additional information as required; and verify date(s), visa classification, and other critical fields as specified by the Visa Office (VO).
- The contractor shall verify that all critical and non-critical data elements have been entered or captured correctly per standards as defined by VO, and shall identify and correct any errors.
- The contractor shall screen all supporting documentation submitted with a petition, checking for case completeness and data integrity per VO and Government regulations.
- The contractor shall review the petitioner/beneficiary relationship and the visa classification for each case.
- The contractor shall look for and note discrepancies between data on petitions and electronic records, as well as discrepancies between data on visa petitions and visa regulations.  The contractor shall address problems / discrepancies within their purview to correct, and otherwise refer cases to designated Government staff for resolution (e.g., cases involving visa category discrepancies, corrections/changes to sections of law, etc.).
- The contractor shall route cases containing discrepancies, possible fraud, or other notable issues to the appropriate unit for problem resolution or further review.  The time a case spends outside of normal processing shall not adversely affect quality and performance measurements; however, the contractor shall continue to track these cases and work diligently to achieve a timely resolution of the issue (e.g., returning the case to normal processing, to USCIS, or to post).
- Requests or appeals for action in areas where the centers have no role shall be referred directly to USCIS for resolution (e.g., priority date and approval date changes).
- In accordance with Government guidelines, the contractor shall seek Fraud Prevention Research and Analysis unit (commonly referred to as "FPU") support for anti-fraud analysis and/or other reviews as required.  Normal processing times for a case will be suspended until FPU review of that case is complete.
- The contractor shall obtain Government approval for all standard process and operating procedure changes, and shall submit proposed changes for already approved content to the Government for review and approval not less than seven (7) business days in advance of the proposed/required implementation date.
- The contractor shall support urgent case fulfillment process and procedural changes in situations that do not allow for a minimum seven (7) business day lead time (e.g., in

Unclassified

DEFLD-00003778

response to Executive Orders, Presidential Proclamations, etc.) and provide the Government with desired changes upon request.

- Upon request and within mutually established parameters (to be determined with the contractor upon award), the Government shall allow the contractor to augment existing processes and procedures on a case-specific basis.
- The contractor shall maintain efficient and effective collaboration and information exchange, both among staff providing case fulfillment services and with staff providing services other than case fulfillment.
- Commensurate with access to necessary Government systems, both centers shall be capable of providing the full range of case fulfillment support.
- The contractor shall fully define continuity of operation plans to prevent degradation or disruption of case fulfillment support such that these can be plans can be implemented once all Government-furnished interfaces are in place.

ii. Immigrant visas

- The contractor shall perform data entry and data verification, in accordance with all VO guidance and Government regulations, on all Immigrant Visa (IV) petitions received, including but not limited to: petitions for family members, employment, adoptions, cases of following-to-join family members of asylees and refugees, employment, and I-129F petitions or other categories that may be established or changed in the future.
- The contractor shall retrieve, or access cases that meet the Dates for Filing Applications or Final Action Dates as listed in the Visa Bulletin from storage and complete the processing of each petition (e.g., cases that newly meet the dates for filing, aka "Global Pulls"). This typically includes updating a previously created case, completing a document and data integrity review (including data reconciliation between data sources), completing preliminary Child Status Protection Act (CSPA) reviews if applicable, and supporting outreach to provide the applicant, agent or attorney with further instructions.
- When the case has completed processing, the contractor shall transmit the relevant materials to the interviewing consular section via approved Government systems and methods.
- In addition to routine processing, the contractor shall handle minimal processing and expedited processing cases in accordance with any unique instructions and performance expectations as defined by the Government, which may include monitoring the status of individual cases to determine when circumstances apply that would necessitate other than normal processing (e.g., when a minor applicant approaches their age-out date, etc.).
- The contractor shall process supporting documents submitted by applicants or on their behalf (e.g., an I-864, I-864A, 1040, W-2, police certificate, various U.S. and foreign civil documents, etc.), which may include tasks such as reviewing the documents for completeness and adherence to technical quality standards, digitizing paper copies, indexing and annotating as needed, updating related data fields in Government systems so information is available for overseas posts, and noting the location of the electronic and/or physical files.
- The contractor shall analyze the documents, forms and/or data submitted for technical and regulatory completeness as relevant to the visa application and supporting document requirements.

Unclassified

- The contractor shall review various foreign and U.S. civil documents and compare them to written descriptions of acceptable documents and/or visual exemplars of acceptable or unacceptable documents, as document requirements differ for various visa categories and for applicants based on their previous residence and/or interviewing location.
- The contractor shall compare submitted documents against each individual Post's document requirements in an effort to track non-conforming documents and work with post to improve reciprocity schedules and other public-facing resources.
- The contractor shall inform the Government of any discrepancy between country reciprocity pages and the corresponding Post's current document requirements. If there are discrepancies between submitted and acceptable documents, the contractor shall make the appropriate notes in the relevant document management and/or data processing systems, support outreach to notify the case party of the discrepancy, and evaluate subsequent submissions for compliance.
- The contractor shall review Affidavits of Support and supporting tax/financial documents to validate that the sponsor, household member, and/or applicant has submitted the correct form, completed all necessary information, and provided tax/financial documents to support the information on the form.
- The contractor shall compare the supporting financial documents to federal poverty guidelines as described in USCIS form I-864P to determine if the sponsor has sufficient income, and shall support outreach seeking to collect and review additional supporting evidence and/or forms in the event the sponsor has income below published poverty guideline requirements.
- If documents, forms and/or data are missing, incorrect, or unacceptable, the contractor shall support outreach to the applicant, sponsor, or designated representative to request what is needed to satisfy case requirements.
- The contractor shall identify instances when standard outreach does not achieve the desired response, either based on the unique circumstances of the case or because the applicant/representative fails to understand how to satisfy case requirements, and support additional outreach efforts to update communications to collect all necessary documents or refer to the Government for further action.
- The contractor shall also analyze all documents, forms, and/or data submitted for fraud, based on criteria provided by the Government, and route cases to the FPU for additional screening.
- The contractor shall report a case to the Government as "documentarily complete" when all criteria relevant to that case are met. Criteria for achieving "documentarily complete" status differ by case circumstances and by Post.
- Similarly, the contractor shall not consider a case as "documentarily complete" if it lacks any necessary fees, forms, or documents. Necessary fees, forms, and documents are determined by the Government and are subject to periodic revision as Post requirements are changed due to laws or updated documentary requirements within the associated host country.
- The contractor shall accommodate new processes and systems for IV processing as they are implemented and made available.

iii. Fee payment verification

Unclassified

DEFLD-00003780

- The contractor shall verify through routine and ongoing monitoring that all required IV-related and DV-related fees have been paid and recorded properly in the relevant Government system.
- When there are errors in the payment of fees, lockbox data file exceptions, or inappropriate fees paid, the contractor shall research the case and support outreach to the fee originator to provide notice of the appropriate payment due and procedures to remit payment.
- When a request for a refund of fee payment is received, the contractor shall conduct relevant research and provide necessary data to a designated Government employee for decision.
- The contractor shall maintain the capability to reconcile fee-related data between visa processing systems and entities that accept payments (e.g., pay.gov).

iv. Special immigrant visas

- The contractor shall perform Chief of Mission (COM) preprocessing worldwide in support of special immigrant visa (SIV) petitions pertaining to translators and mission support personnel worldwide, to include collecting the required documents, supporting outreach to applicants, and uploading the documents to the relevant Government systems.

v. Diversity visas

- The contractor shall support the processing of diversity visas (DV) and the administration of the DV program.
- The contractor shall electronically review selected applications for regulatory compliance and data integrity using Government-provided software and other online tools. This process typically includes using the photograph and data submitted by the applicant via the eDV lottery registration portal to review for potential duplicates and ensure completeness and compliance with lottery rules.
- If a potential disqualifying match with the photo or data exists, the contractor shall perform a second review on the match, referring certain cases to the Government as determined for verification. Once verified, the contractor shall remove the selectee from consideration as a DV recipient.
- The contractor shall review the entire online record for each non-duplicate selectee to identify any discrepancies in the data per Government provided criteria. This review process will identify the qualified selectees who will be invited to continue their DV application.
- The contractor shall receive and review DS-260 application documents and/or other data submitted by applicants, create a DV Case File Record in the visa processing system, and review the documents and/or data for appropriate standards and integrity.
- The contractor shall screen DS-260s and supplemental applicant documents and/or data for fraud indicators and other government-identified points of interest and enter case notes or lookouts in U.S. government systems.
- The contractor shall coordinate transfer to USCIS of DV cases for beneficiaries who will adjust status in the United States, and control that appropriate fees have been paid before the case is transferred.

Unclassified

DEFLD-00003781

- The contractor shall support scheduling interview appointments for all qualifying DV applicants. If the applicant has the qualified documents, but his or her lottery rank is not current, the contractor shall hold further processing of the case until it becomes current, and then support outreach to notify the applicant regarding next steps.
- The contractor shall accommodate new processes and systems for DV processing as they are implemented and made available.
- The contractor shall provide input for DV operational and technical discussions and work with other CA offices, as directed, to ensure smooth operation of the DV program.
- The contractor shall execute DV program administrative and technical steps as specified on a rolling 24-month program management calendar.

vi. Non-immigrant visas

- The contractor shall process all types of petition-based non-immigrant visa (NIV) applications according to Government standards and guidelines, which generally includes creating and reviewing a record in the appropriate Government visa system (currently the Petition Information Management Service (PIMS)), entering data into the system, reviewing petition documents and/or data fields, and notating and/or attaching petition documents and data to applicant and petitioner records.
- In limited instances of legacy NIV processing (e.g., for T and U visas), the contractor shall support outreach to provide the applicant, an agent, or an attorney with further instructions.
- The contractor shall review all records for errors and ensure data integrity. The contractor shall also forward to the FPU any petition that cannot be clearly associated to a petitioner already existing in an applicable Government system or database.
- The contractor shall accommodate new processes and systems for NIV processing as they are implemented and made available.

vii. CAT-I files

- The contractor shall track, organize, and scan Category I visa ineligibility files (aka "CAT-I" files) received from posts into the appropriate Government system (i.e., currently the CCD) and link those files to related systems (i.e., currently CA's Consular Lookout and Support System (CLASS) database). This activity will use workstations and software provided by CA for indexing, notating, and scanning files into the appropriate records, and for connecting files to existing and/or new system entries.
- The contractor shall retain the physical files until otherwise instructed based on a Government approved destruction schedule, which may include physically destroying paper files by approved methods.

**Performance Requirements**
- Unless otherwise noted, the contractor shall complete basic processing (i.e., data entry and data validation services) for immigrant visa petitions (Family, Employment, SIV, and COM forms), including I-129F and asylee/refugee follow-to-join petitions, not more than ten (10) business days from receipt or from having a priority date earlier than the Dates for Filing Applications in the Visa Bulletin.

Unclassified

DEFLD-00003782

Appendix I                                                                    19AQMM19C0135

- The contractor shall complete basic processing (i.e., data entry and data validation services) for adoption based petitions not more than three (3) business days from receipt.
- The contractor shall process cases designated for expedited processing by forwarding these cases to Post within three (3) business days of system identification for Child Status Protection Act (CSPA) and Child Citizenship Act (CCA) cases; and within six (6) business days for all other expedited processing cases.
- The contractor shall retrieve and update cases that meet the Dates for Filing Applications or Final Action Dates as listed in the Visa Bulletin ("Global Pulls") from storage and complete the processing of each petition in no more than ten (10) business days.
- The contractor shall provide document review for case completion in no more than ten (10) business days from the date a case meets criteria for initial review (financial evidence, civil documents, fees, and DS-260 received).
- The contractor shall provide document review for case completion in no more than ten (10) business days from the receipt of new submissions in response to request for additional documentation following initial review.
- The contractor shall review routing requests from other units within ten (10) business days from the day the inquiry was received, indicated by notation in the system, including outgoing communication to all parties on the case after a review is performed.
- The contractor shall complete document review for DV cases in no more than ten (10) business days from the date a case meets criteria for initial review (civil documents and DS-260 received).
- The contractor shall complete document review for DV cases in no more than ten (10) business days from the receipt of new submissions in response to request for additional documentation following initial review.
- The contractor shall process DV cases and adjustment of status communications for DVs within ten (10) business days upon receipt.
- The contractor shall complete processing of CAT-I files within ten (10) business days.
- The contractor shall complete standard processing for applicable NIV petitions within three (3) business days and accelerated processing (currently applied to petitions for visa classes O, P, U, and T), as well as urgent/expedited cases as necessary within one (1) business day.
- Time that cases spend referred to the FPU, outside of standard  processing, shall not be included in processing time calculations for case fulfillment.
- The contractor shall conduct case fulfillment support such that they maintain compliance with lost document performance requirements as described in Section C.6.3.1.

**Staffing Requirements**
- At a minimum, any individual supporting case fulfillment activities shall possess / maintain a Moderate Risk Public Trust (MRPT) determination.  Additionally, a minimum of 25% of individuals supporting case fulfillment activities for immigrant visa cases shall possess / maintain a SECRET security clearance.   As case fulfillment processing evolves over the life of the contract, the Government will shift the minimum percentage up or down accordingly.
- Any individual involved with direct access to Category I visa ineligibility files and associated systems and/or records shall possess / maintain a SECRET security clearance.

17

DEFLD-00003783

- The contractor shall not exceed a 12:1 ratio of case fulfillment staff to staff supervisors.
- The KCC facility is available 24/7/365 for case fulfillment services in support of I-129 processing, and the contractor can choose to perform these services at KCC beyond core hours in support of mission and performance requirements.

**Additional Context for the VSS Case Fulfillment Capability**

Separate from requirements identified above, the following information is demonstrative of current performance and/or intended to provide supporting detail regarding the depth and breadth of activities that the Government will expect the contractor to perform.

a. General

- As an example of transmitting case records, centers currently scan immigrant visa petitions and supporting documents, data enter information from the scanned image, and electronically transfer the data and images upon completion of case fulfillment. The Government expects that electronic document processing modules will continue to expand and serve as a centralized and globally available repository of these files. Additionally, some posts return revocation memoranda to the centers via electronic means for eventual transmission to USCIS and other Government agencies.
- As an example of accommodating revised work processes, USCIS created and expanded the use of a provisional waiver for unlawful presence during operations under the current contract. As a result, the centers had to incorporate additional process requirements and ensure they did not perform interview scheduling services for affected cases until USCIS adjudicated the provisional waiver.
- CA has created an electronic document processing system (which is directly linked to several case processing functions) that facilitates document management, including upload, viewing, markup, and transmission.

b. Immigrant visas

- Current petitions include those that meet the Dates for Filing Applications or Final Action Dates as listed in the Visa Bulletin.
- Minimal processing applies to cases for which the centers do not collect fees, review forms or documents, or schedule interviews. Currently these include adoption petitions, refugee and asylee follow-to-join petitions, and I-129F petitions, but may change per Government direction. These cases are data entered, scanned if applicable, quality controlled, and forwarded to Post.
- The Government may designate a case for expedited processing because of humanitarian reasons or per request from USCIS, Congress, or other Government source. The Government may also direct a case for expedited processing when the beneficiary will reach the age of 21 within the next 120 days and a visa is available. In these cases, the Government will typically require the contractor to identify eligible cases using Government approved criteria, pull the identified files and/or prepare files for electronic access for these cases, update the system to reflect the documents received, send either the physical or electronic file to Post along with an annotation explaining the reason for the expedited handling, send other pertinent case-specific information needed by Post,

18

DEFLD-00003784

and support outreach to the petitioner, applicant, and/or agent indicating that the case is being forwarded to Post.

- In compliance with the Child Citizenship Act, the Government may also designate a case for expedited processing when the beneficiary will reach the age of 18 within the next 120 days and a visa is available.
- A case is "documentarily complete" when the Government has received, reviewed, and accepted all fees, forms, and/or documents necessary for a visa interview and adjudication.
- Document requirements differ for various visa categories and for applicants based on their previous residence and/or interviewing location.
- Even when foreign documents are not accompanied by an English translation, document review staff will still make comparisons to post provided exemplars, reciprocity schedule descriptions, and other available Government resources prior to acceptance.
- The written descriptions of acceptable and unacceptable documents and visual exemplars are subject to change.

c. Fee payment verification

- Most payments are received online, and procedures have been established with a separate lockbox vendor to eliminate cases of over-payment or under-payment, so such situations are infrequent (see Section C.4.3.1 Intake – Receipt of fees).

d. Special immigrant visas

- Currently, the center located in Portsmouth supports the U.S. Embassy in Kabul, Afghanistan by processing Chief of Mission (COM) applications.

e. CAT-I files

- Inquiries regarding records in Category I visa ineligibility files are received via official communications from consular posts abroad and from VO.

## C.4.1.2 Fraud Prevention Research and Analysis

This capability comprises the competencies, activities, processes, and procedures associated with responding to fraud-related inquiries and conducting fraud-related reviews. While overseas posts continue to perform similar functions locally and ultimately interpret the presence of fraud indicators within the purview of their adjudicatory responsibilities, VO is centralizing common fraud functions within the centers to promote greater global standardization and efficiency in support of global visa operations. To better respond to CA's unchanged mission of strengthening national security, this is a growth area for the pre-adjudication support that the centers provide and for the Visa Support Services (VSS) program. Two examples of this are center responses to fraud-related inquiries on specific subsets of cases before adjudicators receive them, and collaborating with internal and external stakeholders to serve as an intermediary between consular sections and USCIS regarding revocation notices. Core services that the Government requires the contractor to provide in support of fraud prevention research and analysis include:

19

DEFLD-00003785

   i. Fraud research and analysis, across all visa types, to provide support for fraud prevention by reviewing petitions and supporting documents for fraud indicators; conducting research on petitioners, beneficiaries, employers, and other facets of petitions using a variety of public and private resources; and providing visa adjudicators with factual evidence and information for use during visa interviews and adjudications.

   ii. Fraud documentation and reporting, across all visa types, to apply judgment regarding the criticality of found information in regards to immigration law and visa adjudication; write narrative memorandums for stakeholders at Post; accurately refer cases to USCIS Fraud Detection National Security (FDNS) for additional fraud review, either prior to transmission to Post or at Post's request; brief Diplomatic Security Services (DSS) officers on cases with potential criminal nexuses; screen revocation memos for content and quality; and draft revocation memos based on fraud research and key indicators ascertained by visa adjudicators at consular sections overseas.

While general support requirements for fraud prevention research and analysis are summarized by the services described above, the contractor shall be able to accommodate revised work processes, new procedures, and fluctuating demand for services as a normal course of doing business.

**Detailed Requirements**

This section captures specific requirements regarding the contractor's initial operating capability for the delivery of fraud prevention research and analysis support. Note that the Government refers internally to the group executing this support as the Fraud Prevention Research and Analysis Unit (commonly referred to as "FPU").

i. General

- The contractor shall support center efforts to establish and maintain a feedback loop with stakeholders (e.g., overseas posts, CA's Office of Fraud Prevention Programs (FPP), FDNS, etc.) to validate and improve detection of fraud indicators and application of investigation, authentication, and analysis techniques.
- The contractor shall only use investigation report formats approved for use by the Government.
- The contractor shall use a wide range of tools and information sources, including but not limited to Government and commercially available databases, various DHS and other Government systems, and publicly available information on the internet.
- The contractor shall use a wide range of research and investigation techniques, including but not limited to data analysis and phone interviews with applicable entities.
- The contractor shall obtain Government approval for all standard process and operating procedure changes, and shall submit proposed changes for already approved content to the Government for review and approval not less than seven (7) business days in advance of the proposed/required implementation date.
- The contractor shall support urgent FPU process and procedural changes in situations that do not allow for a minimum seven (7) business day lead time (e.g., in response to Executive Orders, Presidential Proclamations, etc.) and provide the Government with desired changes upon request.

Unclassified

- Upon request and within mutually established parameters (to be determined with the contractor upon award), the Government shall allow the contractor to augment existing processes and procedures on a case-specific basis.
- The contractor shall maintain efficient and effective collaboration and information exchange, both among FPU staff and with staff providing services outside of the FPU.
- Commensurate with access to necessary Government systems, both centers shall be capable of providing the full range of fraud prevention research and analysis support.
- The contractor shall fully define continuity of operation plans to prevent degradation or disruption of fraud prevention research and analysis support such that these can be plans can be implemented once all Government-furnished interfaces are in place.

ii. Prescreening and analyzing petitions

- The contractor shall prescreen selected petitions, applications, and supporting paperwork in electronic and/or hard-copy formats for possible fraud indicators or other criteria (such as adherence to applicable regulations or policy) prior to cases being transferred to and/or adjudicated by overseas posts.
- The contractor shall provide support to routine fraud prevention and other pre-adjudication screening activities in response to special requests for assistance from CA, overseas posts, and other Government entities.
- With oversight from the Fraud Prevention Managers (FPMs), the contractor shall coordinate investigative activities with the Diplomatic Security Service (DSS), VO, Fraud Prevention Programs (FPP), and other Government entities.
- The contractor's investigative and analytical methodologies shall be appropriately documented, consistently applied, and produce repeatable, objective findings to the extent possible.  Additionally, findings from quantitative analyses shall include measures of statistical significance.
- The contractor shall analyze data to establish and validate profiles, identify additional areas of investigation, and provide background on potential or apparent fraud trends or items of concern that should be addressed by the appropriate Government entity.
- Fraud-related and other pre-adjudication screening will be considered complete when the FPU has vetted the case against all fraud and screening indicators (e.g., as designated by the Government, outlined in training programs, etc.) and provided a report or, as appropriate, a short communication of the results of that vetting, and any other pertinent items of concern.
- The contractor shall make all investigation reports available to the FPM, Deputy FPM, and/or other Government designees for review.  The contractor shall also record investigations in applicable Government systems (i.e., such as the Enterprise Case Assessment System, or ECAS).
- The contractor shall not retain separate records of review results except for those approved by the Government (e.g., log files needed to monitor trends and maintain appropriate internal controls, etc.).
- The contractor shall upload and reference investigation results and/or analysis in the appropriate system and make original copies available for destruction upon review and determination.

Unclassified

- The contractor shall carefully follow procedures to prevent personnel from taking actions that are properly within the realm of consular and related regulatory and adjudicatory authority.
- The contractor shall document procedures and results pertaining to all written products to refute any potential claims regarding inappropriate profiling.
- The contractor shall maintain high quality and professionalism for all written reports and communications such that they are suitable and admissible in judicial proceedings.

iii. Process returned IV petitions

- The contractor shall track and route all consular revocation requests (e.g., to USCIS) and all reaffirmed petitions (e.g., to the proper Post).
- The contractor shall receive, record, review, and correct recommendations to revoke petitions or visa applications in accordance with documented procedures. This typically includes validating that requests are properly documented and noted in the appropriate Government systems, and often results in forwarding the request to USCIS for further processing.
- The contractor shall receive and record notices of reaffirmation or revocation of petitions from USCIS in accordance with documented procedures. This typically includes validating that requests are noted in the appropriate Government system and often results in forwarding the notice and related case information to the proper overseas Post.

iv. First-time NIV petitioner research

- The contractor shall conduct comprehensive research on all first-time petitioning U.S. entities to verify the bona fides of the organization as presented in petition documentation and identify anomalous information indicative of visa fraud.
- Research includes, but is not limited to, conducting in-depth queries of U.S. entities in: government, private, and commercial databases; social media accounts; and through liaising with embedded law enforcement agencies.
- The contractor shall use its research findings to create an electronic petitioner record (e.g., in PIMS), and shall make available any adverse information to visa adjudicators, USCIS Immigration Officers, Defense Security Services (DSS) representatives, and other bureaus and agencies as appropriate.

v. Requests for assistance

- The contractor shall receive and respond to requests for assistance from overseas posts, CA, DSS, and other Government agencies, typically submitted via a Government system (e.g., ECAS) or email. Types of assistance can include, but are not limited to, client verification research and phone interviews, phone calls to property management companies to elicit information on work locations, phone calls to purported performance venues to verify information, and comprehensive company research for specific entities.
- The contractor shall analyze and evaluate all information to determine the correct course of action needed to satisfy the request in a timely manner.

vi. NIV application prescreening

Unclassified

- The contractor shall review electronic NIV applications (e.g., DS-160s) of select visa classes to identify the U.S.-based petitioner, conduct applicable research and analysis, and include timely and accurate content in the electronic NIV application system (e.g., in the remarks field) for which relevant petitioner specific information exists.

vii. Consular return review

- The contractor shall receive, record, and review recommendations to revoke NIV petitions.  The contractor shall work with the original drafter as needed to address any identified discrepancies or deficiencies, and upon resolution forward the revocation request to the appropriate USCIS entity.

viii. J-1 employment verification

- The contractor shall receive lists of potential J-1 visa applicants containing details of the planned employment of the Exchange Visitor while in the United States.
- The contractor shall research receiving employers to identify any potentially prohibited placements in accordance with J-1 program rules and regulations, or situations which may pose serious risk to Exchange Visitors' health and/or safety.
- The contractor shall report all potentially adverse information to the DOS Educational and Cultural Affairs Bureau (ECA) for resolution.

ix. Department of Labor (DOL) complaint submission

- The contractor shall review financial and payroll documents included in NIV petitions and evaluate factors such as rate of pay, geographical location, and purported wage category to identify potential DOL violations and file official labor complaints when appropriate.
- The contractor shall track complaints submitted as well as any determinations made by the DOL as a result of the complaint.

x. Ad-hoc support

- The contractor shall work with the FPM and other Government staff as necessary to plan for and implement new initiatives (beyond those highlighted above) upon request.  Such requests will arise throughout the contract as the Government explores new methods and procedures for detecting and deterring visa fraud in partnership with stakeholders and in response to shifting priorities.

**Performance Requirements**
- The contractor shall maintain an accuracy rate of 99% with regard to critical errors in all deliverables, using Government approved and/or provided critical error categories.
- The contractor shall maintain an accuracy rate of 97% with regard to non-critical errors in all deliverables, using Government approved and/or provided non-critical error categories.
- The contractor shall maintain an accuracy rate of 99% with regard to uploading documents to the correct case and Government system.

Unclassified

DEFLD-00003789

**Staffing Requirements**
- Unless otherwise noted, any individual supporting an FPU unit shall be available to travel for training and familiarization purposes, shall be a U.S. citizen, and shall possess / maintain a SECRET security clearance.
- Any individual supporting immigrant visa (not including diversity visa) related activities in an FPU unit whose role is limited to assisting with clerical and administrative work (e.g., general clerks) shall possess / maintain an MRPT determination.
- The contractor shall provide an adequate number of staff supervisors to effectively manage individual programs, with the concurrence of the FPM, and shall not exceed a 12:1 ratio of FPU staff to staff supervisors.
- The contractor shall maintain ongoing compliance with Government developed or approved staff certification requirements and staff allocation guidelines (refer to Section J, Attachment B – Current State Snapshot for information regarding FPU certification levels and staff allocation guidelines).
- At least one analyst supporting the FPU at each center shall be fluent in speaking, reading, and writing in Spanish (refer to contract-wide language requirements in Section C.5.2).
- The contractor shall conduct fraud prevention research and analysis support such that they maintain compliance with lost document performance requirements as described in Section C.6.3.1.

**Additional Context for the VSS Fraud Prevention Research and Analysis Capability**
The following information is demonstrative of current performance and/or intended to provide additional context regarding the depth and breadth of activities that the Government will expect the contractor to perform.

a. General

- A Government direct-hire Fraud Prevention Manager (FPM) and Deputy Fraud Prevention Manager (DFPM) at each center monitor and oversee the FPU.
- An estimated 10% of NVC's current case workload undergoes some level of FPU review.
- An estimated 10% of KCC's I-129 workload undergoes some level of FPU review.
- The FPM and/or DFPM approve and provide standard investigation report formats.
- These units analyze and review immigration-related petitions and applications, draft investigative reports against fraud indicators and other pre-determined screening criteria.
- Prescreening is designed to gather and report background information to adjudicating consular officers, and to provide research regarding trends, methods, and other items of interest to VO and other Government agencies involved in immigration-related petition and visa application review and processing.
- Recommendations to revoke petitions or visa applications originate by Government staff at both at the centers and overseas posts and are based on new or clearly incorrect information that was discovered or developed subsequent to the original USCIS petition approval.
- During the life of this contract, technological or process enhancements may allow for more efficient execution of research, analysis, documentation, and reporting activities,

including completely electronic and/or automated processes where no (or very minimal) paper based file handling and communications will be necessary.

b. Current staffing environment

- The FPU unit at each center is comprised of multiple managers, staff supervisors, senior and mid-level research analysts, and general clerks.
- The Government has found that effective FPU managers and supervisory staff have subject matter expertise in the fraud prevention and pre-adjudication support aspects of the Centers, and offer guidance/instruction to all FPU staff.  This includes assisting with training, conducting research and analysis, creating written reports, and assisting DOS and other federal agencies with questions related to visa cases.
- The Government seeks to create an agile FPU workforce with the skills to adapt to changing Government needs and priorities; develop cohorts of future managers and leaders; and provide high levels of job satisfaction with minimal attrition.

## C.4.1.3 Biometric Validation

This capability comprises the competencies, activities, processes, and procedures used in conducting biometric validation activities for all visa and passport applications.  Core services that the Government requires the contractor to provide in support of biometric validation include:

i.   Biometric validation, across all visa and passport applications, to complete all biometric validation activities within strict quality and timeliness guidelines.

While general support requirements for biometric validation are summarized by the services described above, the contractor shall be able to accommodate revised work processes, new procedures, and fluctuating demand for services as a normal course of doing business.

**Detailed Requirements**
This section captures specific requirements regarding the contractor's initial operating capability for the delivery of biometric validation support.

i. General

- The contractor shall perform facial recognition comparisons for all visa and passport applications.
- The contractor shall maintain the capability to operate biometric validation services every day of the year.
- The contractor shall examine the candidate matches and record in the appropriate system whether any are likely matches as well as include any necessary annotations.
- Commensurate with access to necessary Government systems, both centers shall be capable of providing the full range of biometric validation support.
- The contractor shall define and implement continuity of operation plans to prevent degradation or disruption of biometric validation services.

Unclassified

- The contractor shall maintain efficient and effective collaboration and information exchange, both among staff providing biometric validation services and with staff providing services other than biometric validation.

## Performance Requirements
- The contractor shall complete facial recognition reviews for visa applications no more than eight (8) business hours after receipt of request as defined by the Government.
- The contractor shall complete expedited facial recognition reviews for passport applications no more than four (4) business hours after receipt of request as defined by the Government, and routine facial recognition reviews for passport applications no more than eight (8) business hours after receipt of request as defined by the Government.
- The contractor shall maintain a 98% rate of accurate selections for all cases reviewed.

## Staffing Requirements
- At a minimum, any individual supporting biometric validation activities shall possess / maintain a Moderate Risk Public Trust (MRPT) determination.
- The contractor shall maintain ongoing compliance with Government developed or approved certification requirements for staff providing biometric validation services (refer to Section J, Attachment B – Current State Snapshot for information regarding the operator certification program).
- The contractor shall fulfill core biometric validation hours of service at NVC, which are Monday thru Friday from 7:00am to 12:30am.
- The contractor shall fulfill core biometric validation hours of service at KCC, which are Monday thru Friday from 7:00am to 12:30am and at least a limited "skeleton" crew on weekends and holidays from 7:00am to 5:30pm.
- The KCC facility is available 24/7/365 for biometric validation services, and the contractor can choose to perform these services at KCC beyond core hours in support of mission and performance requirements.
- The contractor shall maintain the capacity to perform a minimum of 40% of the biometric validation workload at each center.

## Additional Context for the VSS Biometric Validation Capability
The following information is demonstrative of current performance and/or intended to provide additional context regarding the depth and breadth of activities that the Government will expect the contractor to perform.

a. General

- The facial recognition process is completed via an online process and Government-developed software that uses digital images and presents potential candidate matches for a given applicant.
- The Government has a Facial Recognition Quality Certification Program which can be provided for reference upon award.
- A Government-provided system marks the date/time when each facial recognition request for a visa applicant is made so both the contractor and Government can measure and monitor performance.

Unclassified

DEFLD-00003792

b. Current staffing environment

- Presently, the KCC biometric validation unit operates a reduced shift on Saturday and Sunday from 7:00am to 5:30pm and a limited "skeleton" crew on Government holidays to handle any incoming requests in a timely manner.

## C.4.2 Objective 2 – Customer Services

The contractor shall provide a broad range of customer and stakeholder interaction, engagement, and coordination support services on behalf of the Visa Office (VO), deliver accurate and comprehensive information to customers and stakeholders regarding consular services and policies in accordance with existing procedures and business requirements, and conduct all activities professionally, efficiently, and with courtesy at all times.  Anticipated capabilities and services include, but are not limited to, the following:

## C.4.2.1 Inquiry Management

This capability comprises the competencies, activities, processes, and procedures that encompass a full service customer contact center capable of delivering a high degree of customer service and professional excellence.  The contact center will facilitate accurate and timely intake, tracking, triage, routing, escalation, and resolution of inquiries via an omni-channel, multi-lingual service delivery model.  In addition to interacting directly with customers, the contact center will need to collaborate with Government entities (e.g., from CA's Office of Consular Systems and Technology (CST), other CA management, USCIS, etc.).  This capability will also facilitate activities in support of Freedom of Information Act (FOIA) requests.   Core services that the Government requires the contractor to provide in support of inquiry management include:

   i.  Tier 0 inquiry resolution, to enable and/or facilitate self-service options that will allow one-stop resolution of common reasons for visa applicant inquiries, provide a consolidated repository of FAQs and knowledge sources  for information on functional areas, and a common interface for visa customers and agents to access and assist, respectively.

   ii.  Tier 1 inquiry resolution, to provide multi-channel support to resolve common inquiries with a broad understanding of the visa process and FAQs or a Knowledge Base as reference material.

   iii.  Tier 2 inquiry resolution, to provide multi-channel support to resolve complex issues and those escalated from lower tiers, using resources such as case information, PII, and other sensitive information; and will need to identify and track cases that need to be referred to CST, other CA management and/or other Government agencies to resolve.

   iv.  FOIA management, to track, process, and respond to FOIA requests as per government direction.

While general support requirements for inquiry management are summarized by the services described above, the contractor shall be able to accommodate revised work processes, new procedures, and fluctuating demand for services as a normal course of doing business.

Unclassified

**Detailed Requirements**

This section captures specific requirements regarding the contractor's initial operating capability for the delivery of inquiry management support.

i. General

- The contractor shall operate a robust contact center operation to receive inquiries from the public, Congress, other Government agencies, key stakeholders, VO, and overseas posts concerning the full range of visa services, including IV and NIV activities, aspects of functionality provided by self-service enterprise applications (e.g., MIV, and consular-related tasks as required by CA, such as assisting in response to a major disaster or political crisis).
- The contractor shall, at a minimum, respond to telephone and written inquiries, including those received via web forms, email, mail, and facsimile.
- The contractor shall incorporate new or currently unused channels of communication as they become available, through their own and/or Government implementation. Government approval will be required for any proposed new technology applications.
- The contractor shall monitor contact center operations, track receipt and resolution of all inquiries and correspondence, and update applicant case files to reflect information received as applicable.
- The contractor shall archive all inbound and outbound copies of electronic messages and note in relevant Government systems that an electronic message was received and answered.
- The contractor shall access and track, research, redact, update electronic records, and report detailed findings on all FOIA requests assigned for NVC processing and coordinate notifications to requestors as directed. Under the guidance of Government employees on site, the contractor will coordinate with the Visa Office (VO) liaison to the Department's main FOIA office on procedures and workload distribution.
- The contractor shall be responsible for processing FOIA requests in which the requestor seeks records relating to specific immigrant and non-immigrant visa applications, "no-authorization" cases as assigned, and requests to CANIV or post to provide information on cases via upload to CCD.
- The contractor shall not be responsible for FOIA requests related to visa policy, process, or statistics beyond referring any such requests back to the Government.
- The contractor shall work with the Government should any unfamiliar documents be identified that are not covered in approved SOPs.
- The contractor shall refer cases for legal review when applicable and in accordance with approved SOPs.
- The contractor shall provide workload statistics in support of a weekly FOIA status report.
- Any individual supporting FOIA management activities shall complete all relevant NDA and OCI documentation.
- The contractor shall develop, maintain, and update pre-formatted responses for written correspondence and provide responses via electronic means when possible and/or appropriate.

Unclassified

- The contractor shall develop, maintain, and update scripts for use with telephone inquiries (and other real-time communication methods should they become available).
- The contractor shall obtain Government approval for all pre-formatted scripts and templates prior to use, and shall submit all initial drafts and changes for already approved content to the Government for review and approval not less than seven (7) business days in advance of the proposed/required implementation date.
- The contractor shall support urgent inquiry management content and process changes in situations that do not allow for a minimum seven (7) business day lead time (e.g., in response to Executive Orders, Presidential Proclamations, etc.) and provide the Government with desired changes upon request.
- Upon request and within mutually established parameters (to be determined with the contractor upon award), the contractor shall provide professional and accurate individual responses to inquiries that cannot be addressed with existing templates or scripts.
- The contractor shall adhere to U.S. Government regulations regarding the protection, use and disclosure of Personally Identifiable Information and visa records.
- When appropriate, the contractor shall incorporate details from case files and other Government systems in the content of an individual response.
- The contractor shall use contact center agents to respond to DV-related telephone inquiries received during the hours of 7:30am – 4:00pm EST, Monday thru Friday.
- The contractor shall use contact center agents to respond to all NIV-related inquiries and IV-related inquiries (other than DV) received during the hours of 7:00am – 12:00am EST, Monday thru Friday.
- For phone-based inquiries, the contractor shall provide inquiry management services for all visa types in English and Spanish.
- For all forms of written inquiries (e.g., letters, emails, etc.), the contractor shall provide inquiry management services in English only.
- Commensurate with access to necessary Government systems, the contractor shall minimize the subset of inquiry management services that can be supported from only one particular center.
- The contractor shall fully define continuity of operation plans to prevent degradation or disruption of inquiry management support such that these can be plans can be implemented once all Government-furnished interfaces are in place.
- The contractor shall maintain efficient and effective collaboration and information exchange, both among staff providing inquiry management services and with staff providing services other than inquiry management.

**Performance Requirements**
- The contractor shall provide a substantive response to all petition-based NIV-related inquiries from Post (PIMS mailbox inquiries) in no more than one (1) business day.
- The contractor shall provide a substantive response to all IV-related inquiries (other than DV) in no more than seven (7) business days.
- The contractor shall provide a substantive response to all DV-related inquiries in no more than two (2) business days.
- The contractor shall provide a substantive response to all public NIV-related inquiries in no more than seven (7) business days.

Unclassified

DEFLD-00003795

- The contractor shall provide a substantive response (i.e., other than an acknowledgement) to high priority inquiries as designated by the Government (i.e., from Congress, CBP, USCIS, etc.) in no more than three (3) business days.
- The contractor shall maintain an abandonment rate of no more than 5% across all visa types for phone-based inquiries in which a call goes unanswered by an agent for more than one hundred twenty (120) seconds and the caller terminates the call.
- The contractor shall maintain an agent service level of no less than 80% across all visa types for phone-based inquiries by agents answering calls within forty-five (45) seconds[1].
- The contractor shall maintain an average wait time not to exceed two (2) minutes for congressional inquiries and DV-related inquiries, and not to exceed ten (10) minutes for all other inquiries.
- The contractor shall maintain a first contact resolution rate of no less than 80% across all inquiry types and visa types. First contact resolution shall be defined as the percent of contacts that are resolved by the contractor on the first interaction with the inquirer. Inquiries that are escalated to another office or source of support shall not be counted as having satisfied the first contact resolution requirement.
- The contractor shall complete processing for FOIA requests not more than seven (7) business days from receipt.
- The contractor shall conduct inquiry management support such that they maintain compliance with lost document performance requirements as described in Section C.6.3.1.

## Staffing Requirements

- At a minimum, any individual supporting inquiry management activities shall possess / maintain a favorable MRPT determination.
- Any individual supporting FOIA management activities shall possess / maintain an active SECRET clearance.
- As required, other individuals supporting inquiry management with a bona fide need to access classified information and/or systems shall possess / maintain an active SECRET clearance.
- The contractor shall not exceed a 12:1 ratio of inquiry management staff to staff supervisors.
- Staff at NVC shall work a first, mid, and second shift covering the hours of 7:00am to 12:00am EST, while staff at KCC shall cover the hours of 7:00am to 4:00pm EST.

## Additional Context for the VSS Inquiry Management Capability

The following information is demonstrative of current performance and/or intended to provide additional context regarding the depth and breadth of activities that the Government will expect the contractor to perform.

a. General

---

[1] Enforcement of this metric is dependent on the functionality of the Government call management software to consistently and accurately (to the Government's satisfaction) capture and calculate this measurement

Unclassified

DEFLD-00003796

- The telephony system at both centers provide basic call center management functionality to include monitoring call statistics (e.g., wait times, busy signals, and call duration), routing calls to available operators, and providing performance data and reports.
- The Government has a basic call recording system in place at the NVC only.
- Typical topics for IV inquiries include case processing status of petition, addition of a child or eligible derivative, change of address, marriage and death certificates, visa symbol changes, adjustment of status, withdrawal requests, and inquiries from Congress and attorneys or agents.
- The Government receives significantly more IV-related inquiries than NIV- or DV-related inquiries.
- Approximately 65% of IV inquiries can be categorized as seeking status updates and general information, 30% as questions regarding forms and fees, and 5% as more complex visa issues.
- The Government anticipates that its efforts to expand digital processing of visa petitions and implement self-service functionality for customers will result in an increasing number of related inquiries (e.g., for user support, self-service functionality, troubleshooting, etc.).

## C.4.2.2 Outreach

This capability comprises the competencies, activities, processes, and procedures that involve stakeholder management and outgoing official communications.  Examples of this include acknowledging case arrivals; requesting missing forms, documents, or fees; and performing activities related to interview scheduling, including providing information regarding scheduling, rescheduling, or transfer to post.  Official communications may be initiated by a customer action, such as submission of documents for review, or as a milestone update on the processing status or location of the case.  Official communications may require user input to generate or may be automated.  Where applicable, the contractor may also develop content and/or support updates and recommendations related to Government outreach mechanisms (e.g., visa-related information on travel.state.gov).   Core services that the Government requires the contractor to provide in support of outreach include:

   i.  Process communications, across all visa types, to prepare and send communications related to case processing, case termination, and other petition and case-related notifications to petitioners, beneficiaries, and overseas posts.
  ii.  Stakeholder management, across all VSS capabilities, to handle incoming and outgoing communications and inquiries from overseas posts, VO, the public, Congress, attorneys, and other Government agencies; and to develop recommendations and/or support efforts to enhance Government outreach mechanisms (such as travel.state.gov).
 iii.  Interview scheduling, in consultation with overseas consular sections and the Visa Office, to include support for scheduling, cancelling, and rescheduling appointments for consular interviews in accordance with legal and policy guidelines.

## Detailed Requirements

This section captures specific requirements regarding the contractor's initial operating capability for the delivery of outreach support.

i. General

Unclassified

19AQMM19C0135

- The contractor shall notify posts when case files have been transmitted.  For electronic transmissions, the contractor shall maintain current case listings for each post.
- The contractor shall develop, maintain, and update pre-formatted and generally approved templates, in both English and Spanish, for written outreach and communicate via electronic means when possible and/or appropriate.
- The contractor shall obtain Government approval for all pre-formatted outreach templates prior to use, and shall submit all initial drafts and changes for already approved content to the Government for review and approval not less than seven (7) business days in advance of the proposed/required implementation date.
- The contractor shall support urgent outreach content and process changes in situations that do not allow for a minimum seven (7) business day lead time (e.g., in response to Executive Orders, Presidential Proclamations, etc.) and provide the Government with desired changes upon request.
- Upon request and within mutually established parameters (to be determined with the contractor upon award), the contractor shall provide professional and accurate individual communications when the subject matter cannot be addressed with existing templates.
- The contractor shall adhere to U.S. government regulations regarding the protection, use and disclosure of Personally Identifiable Information (PII) and visa records.  The contractor shall alert the Government immediately of any identified or suspected mishandling of PII.
- When appropriate, the contractor shall incorporate in their outreach the details from case files and other Government systems.
- The contractor shall archive copies of all incoming and outgoing electronic communications, and shall not delete archives unless otherwise approved or directed by the Government.
- Commensurate with access to necessary Government systems, the contractor shall minimize the subset of outreach services that can be supported from only one particular center.
- The contractor shall maintain efficient and effective collaboration and information exchange, both among staff providing outreach services and with staff providing services other than outreach.
- The contractor shall engage in stakeholder management across all VSS capabilities, to include attendance of subject matter experts in government facilitated outreach events as well as management and analysis of recurring customer feedback initiatives and satisfaction surveys.
- Upon request, the contractor shall create outreach materials such as newsletters, pamphlets, and digital presentations.
- Current scheduling procedures include the following activities:
  - For IVIS cases, updating the visa database to incorporate Final Action Dates as listed in the Visa Bulletin and available visa numbers received from VO for each visa category and foreign state of chargeability.
  - Running a selection process to identify all cases that have become documentarily complete since the last report.
  - Running allocation and scheduling processes to identify all documentarily complete preference and non-preference cases that meet the cut-off dates.

Unclassified

DEFLD-00003798

    o  Scheduling documentarily complete preference and non-preference applicants for interview in the following scheduling period.

ii. Adjustments of status

- The contractor shall identify beneficiaries using Government provided criteria who reside in the United States and shall prepare and send "Adjustment of Status Candidate" communications to DV applicants.
- Upon request and if not fully automated prior to contract award, the contractor shall transmit case files to USCIS per their request for applicants who have notified them that they intend to seek an adjustment of status.

iii. Agent of choice

- If the applicant has an overseas address or otherwise indicates that he/she intends to proceed with overseas processing, and the case is processing within the IVIS database, the contractor shall validate delivery of the relevant "Agent of Choice" communication to the applicant.  If this communication is not automated prior to contract award, the contractor shall also prepare and send this communication.
- The contractor shall validate delivery of an "Agent of Choice" communication to each IV petitioner and principal applicant who is the beneficiary of a current petition with the IV Fee Bill along with instructions for Affidavit of Support (AOS) processing.  If these communications are not automated prior to contract award, the contractor shall also prepare and send them.

iv. Post Liaisons

- The contractor shall maintain a team to serve as direct points of contact for overseas posts, to provide analysis, coordination, and issue resolution on behalf of posts.
- The contractor's post liaison units shall be able to effectively and efficiently steward coordination on behalf of posts with center internal operations, CST, VO, other offices within the Department of State, USCIS, and other Government entities as necessary.
- The contractor shall devise and implement methods and tools to track posts' inquiries and facilitate reporting and trending analysis of stakeholder pain points, individual Post 221(g) rates and reasons, projected workload, scheduling backlogs, and other areas of concern as they are identified.
- The contractor's post liaison team shall analyze 221(g) refusal rates from posts and identify discrepancies in document review standards and post acceptance standards.  The contractor shall adjust document review processes in instances where document review is not informed by Visa Office or post requirements.
- The contractor shall receive and review official incoming communications from visa stakeholders (e.g., posts, USCIS, VO, etc.).  As needed, the contractor shall distribute information therein to the Center Director, and other appropriate groups, and shall draft appropriate responses to the action items highlighted in the communications.
- The contractor shall follow the current procedures at each center for official outgoing communications, which could include using standard response templates, drafting

Unclassified

specific content and obtaining Government approval, and supporting the delivery/transmission of communications.
- The contractor shall solicit Post feedback on center products and services, and identify opportunities to improve processes and reduce rework at Post.

v. Immigrant visas

- In cases where an "Agent of Choice" selection is not required by the applicant, such as a self-petition or an overseas adoption, the contractor shall send an IV Fee Bill instead of the "Agent of Choice" notice.
- The contractor shall facilitate process communications using letter-based correspondence and all available electronic methods as well as relevant Government systems at various points throughout the lifecycle of a case, including upon petition receipt and case departure (e.g., additional processing instructions to the case party when the IV fee bill is marked as paid, an "instruction package" to the case party to complete their application, etc.).
- The contractor shall update the contents of official communications such as the "instruction package" as required (e.g., for procedural changes, Government request, etc.).
- For SIVs and those cases that are missing information or supporting documents, the contractor shall communicate with the petitioner, agent, sponsor, applicant, or attorney to obtain the missing information.
- There shall be no artificial limits on the contractor for sending process communications in regard to cases that have not achieved documentarily complete status.
- The contractor shall support process communications related to the modified follow-up letter (MFL) instruction package for IV applicants, including but not limited to: initial outreach, which asks whether there is interest in the case continuing with consular processing, fee bill communication for those continuing their visa processing, and either a re-entry of the case into processing or escalation to Term I status if more than one year passes since MFL communication without an affirmative response. These communications shall be shared with all parties for each case.
- The contractor shall identify cases that qualify for all termination communications (i.e., Termination I and Termination II), and shall track all related outgoing and incoming communications. When applicable, the contractor shall also facilitate updates to visa processing systems to reflect current status.
- Upon receipt of a request for reinstatement from the applicant, the contractor shall request a decision on reinstatement from the consular section where the applicant will process.
- If the responsible consular section authorizes a request for reinstatement, the contractor shall validate delivery of an "Agent of Choice" communication to the applicant (or further instructions to the agent where necessary) as well as delivery of an IV Fee Bill if applicable. If these communications are not automated prior to contract award, the contractor shall also prepare and send them.
- If the responsible consular section notifies a center that an applicant is being denied reinstatement, the contractor shall update the visa processing system accordingly and notify the applicant of the consular section's decision.

Unclassified

- For non-current petitions, the contractor shall send to the applicant a "Notice of Registration as Intending Immigrant" upon the determination that the petition is not current.
- The contractor shall use current systems and procedures to identify applicable IV cases and support scheduling appointments when a Visa Bulletin is released.
- Unless designated by the Government for expedited processing, the contractor shall not schedule a case for interview if it lacks any necessary fees, forms, or documents.
- The contractor shall support outreach to posts for additional appointment capacity and keep the Government informed of status and progress.
- The contractor shall receive and respond to requests from posts to update available appointment times and days as well as to update when appointments are not available (e.g., a Post closure).
- After scheduling a case for interview, the contractor shall support outreach to provide a notice of the appointment details to all parties on the case: applicant, petitioner, and agent of choice, as applicable, informing them of the appointment and that the case details and files have been transmitted to the overseas consular section for action.
- As required, the contractor shall provide a data file of case information for posts to upload into overseas systems. Electronic data records/files shall be forwarded and/or accessible to posts by the most easily indexed, logical, and efficient means possible.
- The contractor shall support outreach to inform posts of the cases scheduled and track physical shipments of files upon request.
- As required, the contractor shall support outreach to provide a notice of appointment cancellation or rescheduling to all parties on the case: applicant, petitioner, and agent of choice, as applicable, informing them of the rescheduled or cancelled appointment.

vi. Special immigrant visas

- The contractor shall support scheduling interview appointments for all qualifying SIV applicants. If the applicant has met the criteria for the program, but a visa is not available, the contractor shall hold further processing until the case becomes current, and then support outreach to notify the applicant of the next steps.

vii. Diversity visas

- The contractor shall provide electronic copies of case files for the posts as input to their immigrant visa processing systems and shall generate a case listing for each post.
- The contractor shall employ easily indexed, logical, and otherwise efficient means to forward electronic data records and files and/or make them accessible to overseas posts.

**Performance Requirements**
- The contractor shall complete any and all relevant outreach and/or process communications within five (5) business days of a given case reaching a process milestone or trigger for which outreach and/or process communications is a next step. Examples of this include:
    - Conducting initial outreach related to MFL status one year before registration and petition termination.

Unclassified

  o   Conducting notification of termination of registration and termination of approved petition (Term 1 notice) one year after MFL notification.
  o   Conducting notification of final termination (Term 2 notice) one year following Term 1 notification.
  o   Transmitting case files to USCIS upon receipt of their request for applicants who intend to seek an adjustment of status.
- The contractor shall schedule and transfer 100% of eligible cases within twenty (20) days of visa bulletin release.
- The post liaison unit shall provide a substantive response (i.e., other than an acknowledgement) to IV-related and DV-related inquiries in no more than two (2) business days.
- The post liaison unit shall provide a substantive response to all petition-based NIV-related inquiries from Post (PIMS mailbox inquiries) in no more than one (1) business day.
- The post liaison unit shall maintain a first contact resolution rate of no less than 80% across all inquiry types and visa types.
- The contractor shall conduct outreach support such that they maintain compliance with lost document performance requirements as described in Section C.6.3.1

## Staffing Requirements
- At a minimum, any individual supporting outreach activities shall possess / maintain a favorable MRPT determination.
- Individuals who will serve in the post liaison unit shall possess / maintain a SECRET security clearance.
- The contractor shall not exceed a 12:1 ratio of outreach staff to staff supervisors.

## Additional Context for the VSS Outreach Capability
The following information is demonstrative of current performance and/or intended to provide additional context regarding the depth and breadth of activities that the Government will expect the contractor to perform.

a. Immigrant visas

- The Government visa processing system will identify those cases that are located at a center and are eligible to receive an MFL and all termination communications.
- The Government may authorize minimal case complete requirements, such as a limit on submissions prior to scheduling for an interview at post.

b. Post liaisons

- The current post liaison units receive approximately 200 inquiries and requests per day, covering a wide range of topics across their stakeholder communities.
- The centers are considering various operating model options, including the following construct that would establish three primary roles within the post liaison unit:

Unclassified

- o  A "gatekeeper" role that would serve as a central clearinghouse for all Post inquiries to receive, review, and either resolve or escalate as necessary. This role would facilitate scheduling, centralized tracking, reporting, and trend analysis.
- o  A "center specialist" role that would provide expertise on center operations and deal largely with previously identified types of problems and easily adaptable resolutions. This role would collaborate primarily with internal CA stakeholders such as regional consular officers and Post analysts who support overseas operations and facilitate NVC outreach efforts.
- o  An "analyst" role that would provide expertise in overseas post operations and address complex inquiries that require more significant attention, analysis, and collaboration with visa stakeholders. This role should support proactive identification of challenges and their solutions.

## C.4.3 Objective 3 – Logistics and Administrative Services

The contractor shall provide continuous delivery and integration of all mission-aligned support services via a flexible suite of enabling services designed to maintain effective and efficient operations. Anticipated capabilities and services include, but are not limited to, the following:

## C.4.3.1 Intake

This capability comprises the competencies, activities, processes, and procedures involved with receiving, sorting, and filing petitions, supporting documents, and other written correspondence related to center operations, with a particular focus on facilitating case fulfillment. An increasing number of documents handled via intake services also need to be digitized in accordance with global visa operations business needs and technical guidelines. Additionally, as the volume of already digitized documents and data received by the centers increases, VO's reliance on intake support for physical mail and files will decrease. Core services that the Government requires the contractor to provide in support of intake include:

- i.  Document intake and case creation, to receive, track, and distribute all mail delivered to the centers by the U.S. Postal Service and private delivery services; to screen petitions and supporting documents; and to prepare paper and electronic files for further processing.
- ii.  Document filing, to maintain and execute a system to ensure that petitions and supporting case documents are available in the appropriate case file in accordance with Government regulations regarding the protection, use and disclosure of Personally Identifiable Information and visa records.
- iii.  Document sorting, to sort petitions and supporting documents by petition type for efficient case processing.
- iv.  Document digitization, to digitize paper materials, such as petitions and supporting documents, for case processing; to organize digitized petitions and supporting documents in required formats when forwarding cases to post; and, to save files according to naming conventions and to proper folders within Government systems.

While general support requirements for intake are summarized by the services described above, the contractor shall be able to accommodate revised work processes, new procedures, and fluctuating demand for services as a normal course of doing business.

Unclassified

DEFLD-00003803

**Detailed Requirements**

This section captures specific requirements regarding the contractor's initial operating capability for the delivery of intake support.

i. General

- The contractor shall receive all mail delivered to the centers, to include such items as petitions, USCIS mail, supporting documentation, and general correspondence.
- The contractor shall log and date stamp incoming mail to indicate receipt, at a minimum use a Government-provided visa system to track mail, and then distribute mail to the appropriate unit for subsequent processing.
- The contractor shall establish and follow special handling procedures for mail received from medium and high risk sources in accordance with published leading practices (such as those provided by the U.S. Postal Service or the Department of Homeland Security). This shall include operating Government-provided equipment for performing hazardous material checks.
- The contractor shall accommodate temporary and emerging changes resulting from the Government designating that certain cases or groups of cases require urgent or expedited processing.
- For petitions and supporting documentation, the contractor shall remove them from their packaging and log receipt into the appropriate visa system, which will assign a unique case number allowing the contractor and the Government to track each case throughout the processing life cycle.
- For petition data received in paper form, the contractor shall create an electronic case file on the Government's visa processing system, appropriately data-entered, collated, annotated, and indexed.
- For as long as required, the contractor shall also create a physical case folder appropriately labeled and indexed.
- In some cases, the contractor shall deconstruct petitions, scan them into the appropriate visa processing system, re-collate them, and either file them, destroy them, or facilitate their return to other Government offices and agencies (i.e., USCIS).
- For relevant original documents (e.g., naturalization certificates, civil documents, etc.) enclosed in correspondence, the contractor shall file these with the physical case file and update existing electronic files to include scanned images or return to sender as required.
- Commensurate with access to necessary Government systems for electronic processing, the contractor shall minimize the subset of intake services that can be supported from only one particular center.
- The contractor shall maintain efficient and effective collaboration and information exchange, both among staff providing intake services and with staff providing services other than intake.

ii. Immigrant visas

- For petitions received from USCIS, the contractor shall prepare the documents for scanning, scan the materials, mark/annotate items as appropriate, verify that all documents were scanned correctly, and create electronic records.

Unclassified

DEFLD-00003804

- The contractor shall produce a "gold copy" of the petition and transmit this record at the archival standard scan resolution or better to USCIS.
- For electronic processing cases, the contractor shall make the electronic record accessible to the interviewing post via the applicable Government visa system.
- For updated or additional information on a case that a center receives via paper or electronic submission, the contractor shall apply relevant procedures to make that material available for the interviewing post to easily reference and/or retrieve it using the applicable Government visa system.
- The contractor shall assign file names to electronic records in accordance with center standards and guidelines.
- After creating electronic records from scanning paper documents, the contractor shall place all the paper documents back into the case file folder in their original order and distribute the paper file to the appropriate unit for subsequent processing or storage.

iii. Diversity visas

- The contractor shall receive and review the documents and/or response data submitted by the selected applicants and create a case file record in the applicable Government visa processing system.

iv. Non-immigrant visas

- For each petition, the contractor shall create and review a record in the applicable Government visa processing system, input selected data, review a subset of the physical petition documents and/or data fields, and appropriately notate and attach them to the applicant or petitioner records.

v. Receipt of fees

- The contractor shall return all money (i.e., cash, personal checks, etc.) received via mail at a center within one (1) business day of receipt in the building.
- The contractor shall log and track all funds received from date-of-receipt to the date-of-return to the sender, and provide a weekly reconciliation report to designated Government staff.
- The contractor shall store all received funds in a secure, locked location until they are returned.
- The contractor shall inform the remitter of the reason for their fee return.
- The contractor shall perform cashier closeout procedures in cases where such procedures are not performed by designated Government staff.

vi. NARA

- For boxes of older paper-based NIV application files, the contractor shall log and assess whether the contents have been prepared in accordance with NARA standards and storage requirements. As necessary, the contractor shall perform additional preparations on the contents to achieve compliance with NARA requirements.

vii. CAT-I files

Unclassified

- The contractor shall validate box contents, create an index of files contained in each box, review physical file documents for proper sorting, create a record in the applicable Government system for each file, generate and apply labels and/or barcodes, and scan files as required per current procedures.

## Performance Requirements

- The contractor shall open and complete intake for physical and electronic correspondence on the day of arrival at KCC, and within three (3) business days upon arrival at NVC. In the case of electronic correspondence received by a Government-managed destination (e.g., individual or group email account), the processing time shall begin when the Government distributes the correspondence to a contract staff-managed destination.
- The contractor shall conduct intake support such that they maintain compliance with lost document performance requirements as described in Section C.6.3.1.

## Staffing Requirements

- Staff who will perform any cashiering or money-handling function shall be bonded by the contractor's bonding policy in the amount of $500,000.
- Staff who will perform bulk scanning services shall provide safe, effective, and efficient operation of industrial and/or desktop sized electronic scanning equipment.
- Staff who will perform relevant intake support services shall provide safe, effective, and efficient operation of mail x-ray machines.
- Staff who will perform relevant intake support shall be capable of lifting boxes that weigh up to sixty (60) pounds.
- At a minimum, any individual supporting intake activities shall possess / maintain a favorable MRPT determination.
- Any individual involved with direct access to Category I visa ineligibility files shall possess / maintain a SECRET security clearance.

## Additional Context for the VSS Intake Capability

Separate from requirements identified above, the following information is demonstrative of current performance and/or intended to provide supporting detail regarding the depth and breadth of activities that the Government will expect the contractor to perform.

a. General

- The Government expects significant increases in electronic processing that are likely to result in a reduced need for physical file management related services and an increased need for document digitization services.

b. NARA

- KCC occasionally receives boxes of older paper-based NIV application files from overseas posts. These include the DS-156 (NIV application), and as applicable, the DS-157 (Supplemental NIV Application Form), the DS-158 (Contact Information and Work History form), and other application related documents.

40

- The volume of boxes processed under this Section will decline to zero over the life of the contract, though the rate of decline and occurrence of shipments cannot be predicted.
- NARA requirements are available in the reading room.

## C.4.3.2 Paper Handling

This capability comprises the competencies, activities, processes, and procedures for maintaining, tracking, and moving physical case files among operational units that perform business program support services.  Once paper files are deemed unnecessary (e.g., after they have been digitized, once related case fulfillment or quality control processes are complete, etc.), those files will need to be destroyed in accordance with Department regulations.  As the volume of digital workflow and processing increases, VO's reliance on paper handling support will decrease.  Core services that the Government requires the contractor to provide in support of paper handling include:

   i. Case storage, to provide a storage process for physical case files that allows for efficient access to the cases by the units within the centers and that minimizes the misplacement and/or loss of case materials.
  ii. Case transport, to provide a means of moving and tracking case materials between units within each center that are involved in the processing and support activities associated with the case; to maintain and enhance a transport system that minimizes the misplacement and/or loss of physical case materials; and, to maintain and enhance a routing system for digital cases and case materials.
 iii. Document destruction, to destroy any paper files deemed unnecessary after case digitization, verification, and other operational or quality-related processes are complete.

**Detailed Requirements**
This section captures specific requirements regarding the contractor's initial operating capability for the delivery of paper handling support.

i. General

- The contractor shall store, track, and retrieve all current and non-current case files.
- The contractor shall either use current procedures or establish new procedures to provide for easy and efficient retrieval of all case files.
- The contractor shall facilitate moving and tracking case materials between units within each center as needed to support center operations.
- The contractor shall destroy case materials according to center record retention guidelines and methods.
- The contractor shall maintain efficient and effective collaboration and information exchange, both among staff providing paper handling services and with staff providing services other than paper handling.

ii. Immigrant visas

Unclassified

DEFLD-00003807

- Following appropriate notifications to the applicant and once the required duration of inactivity on a case has elapsed, the contractor shall pull the case files and appropriately destroy the petitions and other documents in the case file, except for labor certifications in employment-based immigration cases which should be forwarded to the prospective employer.

iii. Diversity visas

- At the conclusion of each annual DV process, the contractor shall destroy all documents related to remaining case files after passing legal and regulatory retention requirements, except as directed by the Government with regard to individual files or groups of files.

iv. CAT-I files

- After scanning is completed and as directed by VO, the contractor shall retain these files until directed to take further action, which may include destroying paper files by approved methods.

v. NARA

- The contractor shall provide for temporary storage of boxes bound for NARA until a full shipment is ready; however, unless directed by the Government, the contractor shall facilitate shipment within two weeks, even if this requires a partial shipment to be sent forward.
- If directed by the Government, the contractor shall facilitate distribution of a partial shipment.

**Performance Requirements**
- The contractor shall conduct paper handling support such that they maintain compliance with lost document performance requirements as described in Section C.6.3.1.
- The contractor shall conduct paper handling support such that they maintain compliance with all performance-related processing requirements for other VSS business areas.

**Staffing Requirements**
- Staff who will perform relevant paper handling support shall be qualified and trained by the contractor to operate industrial sized shredding equipment.
- At a minimum, any individual supporting paper handling activities shall possess / maintain a favorable MRPT determination.
- Any individual involved with direct access to Category I visa ineligibility files shall possess / maintain a SECRET security clearance.

**Additional Context for the VSS Paper Handling Capability**
Separate from requirements identified above, the following information is demonstrative of current performance and/or intended to provide supporting detail regarding the depth and breadth of activities that the Government will expect the contractor to perform.

a. General

42

DEFLD-00003808

- The Government expects significant increases in electronic processing that are likely to result in reduced need for services associated with this VSS capability.  However, the Government still anticipates a limited need for paper handling services, such as for CAT-I files.
- The Government will be able to provide limited existing materials to support the contractor's efforts to train staff on the use of industrial sized shredding equipment.


## C.4.3.3 Distribution

This capability comprises the competencies, activities, processes, and procedures that entail managing domestic and international shipment preparation and delivery activities for completed cases and supporting materials, as well as conducting any additional local deliveries as required. As the volume of digital workflow and processing increases, VO's reliance on distribution support will decrease.  Core services that the Government requires the contractor to provide in support of distribution include:

    i. Case shipment preparation, to collect, package and ship all prepared physical cases to the applicable posts.

While general support requirements for distribution are summarized by the services described above, the contractor shall be able to accommodate revised work processes, new procedures, and fluctuating demand for services as a normal course of doing business.


**Detailed Requirements**
This section captures specific requirements regarding the contractor's initial operating capability for the delivery of distribution support.

i. General

- The contractor shall process all outgoing mail, to include packaging, labeling, affixing postage, numbering boxes, creating manifests, and facilitating hand-off to the U.S. Postal Service or other delivery services as applicable.
- As directed by the Government, the contractor shall address outgoing mailings intended for countries having non-Latin alphabets (i.e., China) in their native language and format (refer to contract-wide language requirements in Section C.5.2).
- The contractor shall collect and maintain tracking information for all outgoing mail and shipments, to include shipment costs, as required by the Government and upon request.
- The contractor shall accommodate requests by any unit within each center to facilitate the delivery of case files, supporting information, and related documents to all domestic and international locations in accordance with visa business rules and operational needs.
- The contractor shall notify the Government of any shipment delays, losses, or returns.
- The contractor shall transport cases between both of the buildings at the National Visa Center.
- The contractor shall maintain efficient and effective collaboration and information exchange, both among staff providing distribution services and with staff providing services other than distribution.

Unclassified

DEFLD-00003809

- The contractor shall track shipping usage for opportunities to propose cost-saving measures to the Government.

**Performance Requirements**
- The contractor shall conduct distribution support such that they maintain compliance with lost document performance requirements as described in Section C.6.3.1.
- The contractor shall conduct distribution support such that they maintain compliance with all performance-related processing requirements for other VSS business areas.

**Staffing Requirements**
- Staff who will perform relevant distribution support shall provide safe, effective, and efficient operation of mail insert equipment.
- Staff who will perform relevant distribution support shall possess the appropriate foreign-language competencies to be able to address outgoing mailings intended for China (refer to contract-wide language requirements in Section C.5.2).
- Staff who will perform relevant distribution support shall be capable of lifting boxes that weigh up to sixty (60) pounds.
- At a minimum, any individual supporting distribution activities shall possess / maintain a favorable MRPT determination.

**Additional Context for the VSS Distribution Capability**
Separate from requirements identified above, the following information is demonstrative of current performance and/or intended to provide supporting detail regarding the depth and breadth of activities that the Government will expect the contractor to perform.

a. General

- The Government maintains shipping contracts for use by the contractor at each center.
- At times, as instructed by the Government, diplomatic pouch may be used for particular shipments.
- The Government expects significant increases in electronic processing that are likely to result in reduced need for services associated with this VSS capability.

**C.4.3.4 Center Site Support**
This capability comprises the competencies, activities, processes, and procedures that promote support for the physical assets and infrastructure of the centers to maintain their ongoing function and adequate working condition. Examples of this type of support would include performing limited maintenance and upkeep on office furniture, facilitating access for other vendors to perform facility maintenance tasks, and general upkeep of any government-provided vehicles. Core services that the Government requires the contractor to provide in support of center site support include:

   i.  Safety and security program management, to include compliance with Federal and local workforce and emergency preparedness regulations and leading practices.
  ii.  Facilities support, to facilitate building renovations or upgrades; to move, assemble, and disassemble furniture; and, to provide loading dock and internal mail distribution support.

Unclassified

iii.  Equipment maintenance, to perform tasks required to preserve or restore office
      equipment to its original condition or to such a condition that it can be effectively used
      for its intended purpose (i.e., according to DOS processes, warranties, etc.).
iv.   Vehicle maintenance, to perform tasks required to preserve or restore government
      vehicles to their original condition or to such a condition that they can be effectively
      used for their intended purpose.

While general requirements for center site support are summarized by the services described
above, the contractor shall be able to accommodate revised work processes, new procedures, and
fluctuating demand for services as a normal course of doing business.

**Detailed Requirements**

This section captures specific requirements regarding the contractor's initial operating capability
for the delivery of center site support.

i. General

- The contractor shall be responsible for maintaining all safety and security processes,
  materials, and other program components pertinent to center operations in accordance
  with all ongoing updates to Federal safety, health, and security policies.
- The contractor shall detail areas of compliance and non-compliance in monthly reporting
  to the Government, and shall report newly discovered areas of non-compliance
  immediately upon discovery.
- The contractor shall develop and administer a program wherein staff receive timely safety
  and security training upon hire and refresher training thereafter.
- The contractor shall develop and administer a program wherein designated safety
  wardens receive advanced training on safety and security regulations and the
  identification of safety and security concerns.
- The contractor shall conduct periodic inspection of physical assets not already inspected
  by the A-Bureau Facilities Manager (i.e., ladders, chairs, shelving, etc.) for potential
  safety hazards and report defective property to the Government.
- The contractor shall conduct spot check monitoring of work areas, with a focus on "white
  powder" type incidents and OSHA safety standards.
- The contractor shall support Government efforts to create and maintain facility-wide
  preparedness for FEAP (Facility Emergency Action Plan) implementation.
- The contractor shall coordinate with local, state and Federal law enforcement officials to
  prepare for emergency response contingencies.
- The contractor shall develop safety and security incident reports that include specific
  details of any incident, to include affected parties, incident description, and other
  pertinent information.
- The contractor shall develop safety and security post-incident reports that include specific
  details on all actions taken in response to an incident and proposed actions to prevent a
  similar incident from reoccurring.
- The contractor shall be responsible for supply management, loading dock support, and a
  minimal amount of facilities maintenance support.

Unclassified

Appendix I                                                    19AQMM19C0135

- The contractor shall accommodate all ad-hoc and ongoing needs with regard to such on-site tasks as watering plants; moving heavy equipment and furniture; washing and cleaning Government passenger vehicles; loading and unloading heavy boxes; and, moving other materials at each center (i.e., furniture, trash, tables, large boxes of files, storage containers, etc.).
- The contractor shall transport files between the two NVC buildings, and occasionally other Government sites, as needed and in compliance with any relevant file-handling guidance or constraints.
- The contractor shall accommodate all minor maintenance tasks throughout the facility, as directed by the Government.
- The contractor shall administer the Government program to protect, preserve, account for all Government Furnished Property (GFP) and supplies, and maintain adequate property control records, in conjunction with the Government point of contact on-site.
- The contractor shall maintain an up-to-date inventory of all purchased equipment as well as GFP and supplies on the premises, to include condition, location, and quantity information.
- The contractor shall conduct periodic audits of on-site assets and provide the Government with the results, to include explanations of all discrepancies from previously reported information, maintenance activities, and any additional data to support accountability and inventory of all GFP and supplies.
- The contractor shall facilitate the annual ILMS physical inventory in accordance with CA Asset Management's published inventory schedule.
- The contractor shall maintain vehicle cleaning and fueling logs and provide these reports to the Government upon request.
- The contractor shall ensure a safe and productive work environment for the building occupants, taking reasonable precautions to prevent injuries, and shall report injuries immediately.
- The contractor shall implement a workplace safety training program, to include emergency and warden training, for all of their employees.
- The contractor shall comply with all applicable laws, regulations and codes including but not limited to the obligations as an employer with regard to health and safety of its employees.
- The contractor shall maintain capacity to cover all on-site needs during all hours of operation.
- The contractor shall be able to mobilize quickly to respond to urgent requests during off-hours and any emergency situations, and shall coordinate on-site logistics such as providing escorts for non-VSS site support staff.
- The contractor shall follow standard U.S. Government procurement regulations and DOS procedures for equipment purchases, upgrades, and/or replacements.  The Government must preapprove all purchases.
- The contractor shall maintain efficient and effective collaboration and information exchange among staff providing center site support services, staff providing services other than center site support plus, and with relevant Government staff.
- The contractor shall provide cleared escort services for all outside vendors who deliver specialized site support.

Unclassified

DEFLD-00003812

**Performance Requirements**
- The contractor shall provide safety and security training to each new employee no later than three (3) business days after the employee's start date, and refresher training to all employees not less than annually.
- The contractor shall confirm receipt of property within ten (10) business days to the center Area Custodial Officer (ACO).
- The contractor shall update vehicle cleaning logs within one (1) business day of completing work.

**Staffing Requirements**
- Staff who will perform safety and security functions shall be available to travel for training and liaising with safety and security stakeholders.
- All vehicle operators must possess a valid and appropriate driver's license (i.e., conventional license, light truck license or commercial driver's license, etc.).
- Staff who will perform relevant center site support shall be able to lift sixty (60) pounds.
- At a minimum, any individual supporting center site support activities shall possess / maintain a favorable MRPT determination.

**Additional Context for the VSS Center Site Support Capability**
Separate from requirements identified above, the following information is demonstrative of current performance and/or intended to provide supporting detail regarding the depth and breadth of activities that the Government will expect the contractor to perform.

a. General

- Each center has a third-party facilities maintenance vendor through the Department's Bureau of Administration that provides a wide range of maintenance support such as ad hoc painting, electrical, installing wall fittings, plumbing, landscaping, preventive maintenance on existing equipment, HVAC, HEPA booth, general housekeeping, and cleaning. At times, albeit on a limited basis, these activities may be similar to those required under center site support.
- The NVC main building and the Mary Ryan Building are separated by a staff parking lot. Currently, staff use push carts and/or leased vehicles (small to mid-sized cars or trucks) to transport files between the two NVC buildings, and occasionally other Government sites.
- The Government provides all equipment and all visa processing systems in use at the centers.

**C.4.3.5 Office Management**

This capability comprises the competencies, activities, processes, and procedures that encompass administrative, clerical, and other back office support required for effective operation of the centers. This may also include ancillary and ad-hoc tasks such as providing authorized personnel to accompany site visitors during meetings, or special events, and site support service needs. Core services that the Government requires the contractor to provide in support of Office Management include:

47

DEFLD-00003813

    i.  Administrative support, to provide all administrative, clerical, and other back office support required for effective operation of the centers. Support also includes providing authorized personnel to accompany site visitors during meetings or special events.

While general support requirements for office management are summarized by the services described above, the contractor shall be able to accommodate revised work processes, new procedures, and dynamic service demand as a normal course of doing business.

**Detailed Requirements**
This section captures specific requirements regarding the contractor's initial operating capability for the delivery of office management support.

i. General

- The contractor shall perform all administrative, clerical, and other back office support required for effective operation of the centers.
- The contractor shall accommodate requests to accompany and/or facilitate site access to visitors as needed, such as for building maintenance, business meetings, and special events.
- The contractor shall accommodate requests from Government staff to disseminate information to contract staff, as well as maintain contract staff calendars and schedules, and coordinate contract staff travel arrangements.
- The contractor shall handle office supply ordering and inventory management.
- The contractor shall provide ad-hoc support as needed for special projects (e.g., handling logistics for a conference held at a center).
- The contractor shall maintain efficient and effective collaboration and information exchange, both among staff providing office management services and with staff providing services other than office management.

**Staffing Requirements**
- At a minimum, any individual supporting office management activities shall possess / maintain a favorable MRPT determination.

## C.4.4 Objective 4 – Management Services
The contractor shall provide skilled oversight and management of all VSS business program and business enabling support services operations, and the appropriate human capital and information technology resources and capabilities to achieve all VSS program goals, and quality and performance objectives.  The capabilities and services aligned to this objective in aggregate should also help CA achieve necessary business continuity and interoperability across the centers.  Anticipated capabilities and services include, but are not limited to, the following:

### C.4.4.1 Service Management and Quality
This capability comprises the competencies, activities, processes, and procedures that comprise a wide range of functions intended to measure, monitor, and manage the workload and quality of

Unclassified

support that the centers provide.  Core services that the Government requires the contractor to provide in support of service management and quality include:

   i. Workload distribution, which will support determinations regarding staffing requirements, personnel allocations, and work schedules to achieve service delivery scenario objectives.

   ii. Quality management, to be implemented in accordance with an accompanying quality control and performance disincentive plan, which will support tracking of performance areas and inform center and VSS management decisions with regard to taking corrective action when applicable and maintaining all quality and performance objectives of the VSS program.

   iii. Demand management, which will support tracking and aggregation of transactional process and workflow data to support the analysis of service capacity requirements and service delivery scenarios, as well as inform staffing and workload projections.

   iv. Operations reporting, which will support developing and distributing of pre-defined and ad-hoc status and management reports, as well as conducting briefings with center, VSS, and VO management teams to review reporting content and implications.

   v. Contract management, to be implemented in accordance with an accompanying management plan, which will support implementing a comprehensive management approach and methodology for the initiation, planning, execution, monitoring, and transition/closure of all efforts performed across the VSS program.

   vi. Training, to be implemented in accordance with an accompanying training plan, which will support a robust program designed to develop and maintain the skills that employees need to achieve quality and performance objectives, as well as to develop, implement, and comply with Government training requirements and service-based certification programs.

   vii. Operations excellence, which will conduct continuous improvement activities aimed at identifying and realizing opportunities to enhance efficiency, effectiveness, quality, and performance across all aspects of VSS program operations.

**Detailed Requirements**

This section captures specific requirements regarding the contractor's initial operating capability for the delivery of service management and quality support.

i. Workload distribution

- The contractor shall be accountable for aligning work schedules and staff allocations across both centers with actual and predicted service demand.
- The contractor shall assist with the development and implementation of a program-wide or site-specific telework program if requested by the Government.
- The contractor shall continually track and analyze workload capacity and service demand statistics to refine and improve the accuracy and effectiveness of distribution-based decisions.
- The contractor shall make available to the Government for review all distribution models, methods, tools, and scenarios as well as any known or potential gaps or bottlenecks between expected capacity and distribution.

Unclassified

DEFLD-00003815

ii. Quality management

- The contractor shall establish and operate a robust quality control program to measure and monitor performance against internal (company) and external (contractual) standards.
- The contractor's quality control program shall encompass all VSS capabilities and services.
- The contractor's quality control program shall support and inform quality assurance efforts performed by the Government and designated third parties to validate the delivery of all services in accordance with the contractor's proposed solution and all contractual requirements.
- The contractor shall continuously review and update their quality control program to accommodate changes in technology, performance standards, and visa operations.
- The contractor shall document and employ performance-based management practices to analyze, measure, track, monitor, and report on actual performance results and trends compared to self-imposed and Government-mandated acceptable quality levels (AQL) and standards.
- The contractor shall use Government-approved defect lists for measuring applicable quality standards and shall not modify defect lists without prior approval.
- The contractor shall maintain and follow a written corrective action approach for addressing deviations from expected performance, failure to achieve AQL thresholds, incidents of fraud or malfeasance, and other service-related issues to include root cause analysis and verifying the effectiveness of resolutions.  All corrective action plans shall be available to the Government.
- The contractor's quality control program shall maintain quality data for statistical and trend-based analysis, and demonstrate ongoing compliance with ISO 9001 or another comparable industry-leading quality standard.
- The contractor shall use and apply sampling techniques and quality control standards in accordance with ISO 9001 or another comparable industry-leading framework.
- The contractor shall upon request make available to the Government for review all AQL management methods, tools, and calculations.
- Where appropriate and feasible, the contractor shall employ automated systems and/or tools in compliance with applicable Department standards (e.g., IT Change Control Board requirements, etc.) to promote efficiency and accuracy in process compliance and execution as well as data collection and reporting.
- The contractor's overall approach to quality management shall include process evaluation and improvement activities that will incorporate industry leading practices in quality control and process measurement.
- The contractor shall implement methods to identify and address aspects of performance and quality that are at risk of falling to unacceptable levels before they manifest into deficiencies.
- The contractor shall develop structured and repeatable quality management processes with supporting records that include checklists, inspection schedules, reports of results, and corrective actions planned or taken.
- The contractor shall maintain all quality management records such that they are accessible to the Government and Government-designated personnel (i.e., such as an independent quality assurance team) at all times.

Unclassified

DEFLD-00003816

- The contractor shall establish internal controls in accordance with an accompanying fraud prevention plan to mitigate process risks and detect fraud and malfeasance among their staff.
- The contractor shall immediately investigate possible involvement by any of their employees in inappropriate, unethical, or illegal activities upon suspicion by the contractor or upon request by the Government.
- The contractor shall establish internal controls to prevent and detect incidents on non-compliance with the Privacy Act of 1974 and Section 222(f) of the Immigration and Nationality Act.
- The contractor shall establish and document protocols for notifying the Government of any actual or suspected breach in internal controls.
- The contractor shall accommodate requests from the Government to solicit and report on feedback from customers (e.g., overseas posts, VO, NARA, USCIS, etc.) on the usefulness and quality of the products and services that VSS provides.
- The contractor shall participate in periodic Government-sponsored events to review the current state of VSS operations.

iii. Demand management

- The contractor shall be accountable for tracking and analyzing transactional process and workflow data to determine service capacity requirements and service delivery scenarios and to inform staffing and workload projections.
- The contractor shall upon request make available to the Government for review all demand management models, methods, tools, data and analyses, as well as any known or potential service backlogs.

iv. Reporting

- The contractor shall provide daily, weekly, and monthly production volume and processing statistics, equipment inventory and disposal disposition, and other operational reports as needed and as defined during the performance of this contract.  Additionally, the contractor shall provide substantive status reporting on a monthly basis (and, as needed, upon request) to summarize important aspects of VSS operations across each of the four overarching service objectives, including but not limited to the following examples:

   Related to national security services:
   o The contractor shall provide risk and issue tracking, actions taken in response, and include any additional risks or issues upon request.
   o The contractor shall report weekly on both the number of potential DV applicants who are disqualified for duplicate entries and ongoing efforts to screen entries for duplicates.
   o The contractor shall provide a list of cases identified for termination.
   o The contractor shall provide a count of IV applicants who are documentarily qualified and ready for scheduling.
   o The contractor shall provide a monthly report on FPU processing statistics.

Unclassified

    o   The contractor shall maintain a tracking process for all physical fees submitted to the National Visa Center. At a minimum, this process shall include submission of a weekly report detailing the date the fee was received, the amount of the remittance, and the fund type.

Related to customer services:
- o  The contractor shall provide aggregated statistics on contact center operations (i.e., inquiry volume, inquiry type, resolution times, etc.).

Related to logistics and administrative services:
- o  The contractor shall provide the results of ongoing inventory audit activities.
- o  The contractor shall provide a snapshot of ongoing safety and security program activities.

Related to management services:
- o  The contractor shall provide the details and aggregate results of quality measurements associated with contractually-defined acceptable quality levels (AQLs) and other performance indicators, highlighting trends and all areas where the contractor has less than acceptable performance.

- The contractor shall accommodate requests from the Government to report on the status of any one petition or group of petitions at any stage in the process, including petitions that have been destroyed or forwarded to other locations.
- The contractor shall track and/or report on fees collected in association with cases in process at the center.
- The contractor shall support the Government in satisfying any Congressional or other mandated reporting requirement (i.e., an annual DV report that typically includes biographic and other data on all issued and refused applicants in given DV program year).

v. Contract management

- The contractor shall document and implement a comprehensive management approach and methodology for the initiation, planning, execution, monitoring, and transition/closure of all efforts performed across the VSS program.
- The contractor shall provide on-site invoice management and administration support as needed by Government staff.
- The contractor shall ensure that all management staff have access to performance requirements related to their areas.
- The contractor's management approach shall align with the objectives of the VSS program and promote innovation and efficiency.
- The contractor shall conduct management and management support activities without disrupting or detracting from service delivery activities.
- The contractor shall provide ongoing tracking and monitoring of all activities for compliance with all contract requirements and performance standards.
- The contractor shall establish and maintain organizational hierarchies to promote execution and adherence to the management approach and supporting activities.

Unclassified

DEFLD-00003818

- The contractor shall participate in at least quarterly meetings with members of the Government's VSS program management team to be held in the Greater District of Columbia (DC) Metro area or at one of the centers to review progress from the previous quarter. At a minimum, the contractor's VSS program manager as well as program management representatives from each center shall participate.
- The contractor shall document and implement an escalation/routing request approach.

vi. Training

- The contractor shall establish and operate a robust training program to develop and maintain the skills that employees need to achieve quality and performance objectives.
- The contractor shall coordinate efforts to satisfy all planned and ad-hoc Government training requirements, track compliance, and provide compliance tracking information upon request.
- Unless otherwise specified, the contractor shall develop all training curricula and materials, covering topics such as general skills, SOPs, software proficiency (COTS, GOTS, and visa processing systems), and specialized work processes and products.
- The contractor shall provide highly qualified instructors to deliver all in-person training to their employees.
- When changes in policies or procedures occur, the contractor shall complete timely updates to affected training materials and perform additional training as needed.
- With Government approval, the contractor shall coordinate efforts for their employees to attend Government-provided training at the Government's expense.
- The contractor shall coordinate efforts for individuals to attend Government-mandated training specific to their role and/or responsibilities (e.g., HT401 - High Threat Security Overseas Seminar prior to applicable international travel, etc.).
- The contractor shall develop and provide briefings and supplementary training in support of Government-required training (e.g., cyber security, ethics, handling sensitive information, etc.).
- Upon request, the contractor shall provide information on training-related efforts, to include such details as dates and topics of training delivered, enrollment data for all classes, training evaluation data, and student achievements (e.g., based on final exam pass rates).
- The contractor shall establish a cross-training program for employees to enhance staffing flexibility and efficiency, encourage the development of new job skills, improve morale, and avoid any service degradation or disruption resulting from limited numbers of employees who are trained to perform specific functions.

vii. Operations excellence

- The contractor shall document and implement a cohesive continuous improvement program with activities aimed at identifying and realizing opportunities to enhance efficiency, effectiveness, quality, and performance across both centers and all aspects of VSS program operations.
- The contractor shall formally establish, document with Project Charters, and manage each discrete project that will support their continuous improvement program, working

53

DEFLD-00003819

the Government to validate scope, schedule, and success criteria as well as monitor progress throughout each project's duration.
- The contractor shall promote innovation at each center and collectively across both centers to identify, develop, and implement (with Government approval) new or improved systems and processes.
- The contractor shall design and conduct business process studies using Lean, Six Sigma, and/or comparable methodologies.
- The contractor shall employ change management techniques to facilitate adoption of new or revised processes upon Government approval.
- The contractor shall employ data-driven analyses to validate hypotheses, compare alternatives, and formulate recommendations.

**Staffing Requirements**
- At a minimum, any individual supporting service management and quality activities shall possess / maintain a Moderate Risk Public Trust (MRPT) determination; however, individuals involved in performing service management and quality activities related to positions that hold a SECRET security clearance shall also possess / maintain a SECRET security clearance.

**Additional Context for the VSS Service Management and Quality Capability**
Separate from requirements identified above, the following information is demonstrative of current performance and/or intended to provide supporting detail regarding the depth and breadth of activities that the Government will expect the contractor to perform.

a. General

- The Government will employ the use of third-party contract staff for performing quality assurance and other duties relating to the oversight of this contract.
- The Government's VSS program management team will likely include center directors, CORs, and representatives from the Visa Office.

**C.4.4.2 Information Systems Management**
This capability comprises the competencies, activities, processes, and procedures that entail providing information technology (IT) support operations, computer systems management/maintenance, and computer operator support services for center hardware and software. The contractor should expect that primary visa processing and other Government systems will change throughout the duration of this contract. Similarly, any contractor-provided information systems and tools will need to be reviewed, and potentially accredited in accordance with Department Information Assurance (IA) policies, for operation prior to deployment in Department operating environments. This includes, for any system requiring accreditation, execution of the Department's IA Risk Management Framework (RMF) in conjunction with CA's Office of Consular Systems and Technology (CA/CST).

The contractor shall be expected to implement these services in accordance with the IT components of their management and continuity of operations plans, which will detail

54

approaches and methodologies the contractor will employ to deliver this capability without degradation or disruption.  Core services that the Government requires to the contractor to provide in support of information systems management include:

i. Information systems maintenance, which will support all physical infrastructure deployed at the center, as well as maintaining cyber security posture as per Department regulations, managing software licenses, executing data transfers (which also includes those from USCIS), and both maintaining and testing backups of all data maintained at the center in accordance with Department regulations.

ii. IT testing, which will support testing new CA-developed systems to identify and resolve issues prior to their production deployment.

iii. Database administration, which will support managing and operating each center's information system databases, to include on-site maintenance of centralized Consular systems deployed at each center.

iv. Network administration, which will support managing and operating each center's LAN and hosts operating on the LAN.

v. IT inquiry support, which will support an in-house "help desk" to provide software and hardware support to contract staff and Government personnel.

vi. IT collaboration, which will establish a consistent liaison function to maintain proactive and ongoing coordination and communication with CA's Office of Consular Systems and Technology (CA/CST) representatives regarding the delivery and execution of information systems management, as well as the timing and implementation of system updates, equipment purchases and refreshes, enhancements, planned downtimes, and issue resolutions with other visa systems stakeholders.

vii. IT strategy, which will support identifying and recommending innovative tools, applications, and other information technology components to improve or enhance center processing capabilities and VSS program operations.  This may also include accommodating specific requests to plan for, prototype, develop, and implement new capabilities in accordance with CA/CST system development lifecycle policies and procedures.

**Detailed Requirements**

This section captures specific requirements regarding the contractor's initial operating capability for the delivery of information systems management support.

i. General

- The contractor shall receive and import data and/or files into visa processing systems to capture fee payment information for transactions in which the entity accepting the payment (e.g., pay.gov) does not update the appropriate Government systems automatically.

- The contractor shall support the creation of localized tools (i.e., databases, etc.) that will facilitate collection and analysis of visa-related datasets (e.g., reconciliation of fee payment data from PIVOT and IVIS).  Depending on scope and complexity of tool development, the contractor shall work with CA/CST to validate implementation and obtain accreditation using CA/CST's Information Assurance (IA) procedures within the context of the Department's Risk Management Framework (RMF) process.  The

Unclassified

DEFLD-00003821

Department's implementation of RMF consists of 6 steps, and is a disciplined and structured process that integrates information security and risk management activities into the system development lifecycle.  The contractor shall work with CA/CST to review solution approaches such that CA/CST can determine whether or not accreditation is required for any proposed tool.

- The contractor shall track supply and demand of licenses for Government-provided property used at the centers (i.e., Microsoft Visio, etc.) and notify on-site Government managers when there is a need to secure additional licenses.  The contractor shall also support the Government in conducting necessary research and preparing ordering documents upon request.
- The contractor shall track the active dates of service agreements for Government-provided property used at the centers (i.e., call management system, etc.) and notify on-site Government managers when they need to take action to maintain or replace these service agreements prior to expiration and potential service interruption.
- The contractor shall provide local technical support of all Consular systems and applications to include commercial off-the-shelf (COTS) and government off-the-shelf (GOTS) instances; maintain and administer networks and related components; and administer accounts and permissions.
- The contractor shall monitor, review and report on the maintenance and operation of hardware and software (both COTS and GOTS) at all VSS sites.
- The contractor shall support the administration and coordination of all telecommunications systems and related systems, components, hardware or software.
- The contractor shall accommodate requests to maintain existing and replacement telephony systems to ensure proper support for contact center infrastructure and operations.
- The contractor shall follow all Government procedures regarding information security and internal control processes, and support the CA Information Systems Security Officers (ISSO) within CA/CST and at the centers in the execution of that position's responsibilities as relevant to VSS operations.
- The contractor shall follow consistent guidelines and protocols to maintain conformity across the CA enterprise.
- The contractor shall maintain a centralized activity planning, management, development, and implementation capability to coordinate, communicate and report on the efforts undertaken by all technical staff and technicians. These reports shall be provided to the Government staff who oversee this activity.
- The contractor shall work closely and cooperatively with all other CA vendors involved in providing IT services to CA and staff at the center.
- The contractor shall coordinate IT operations and maintenance activities with local center Government personnel and CST personnel in Washington, DC.
- The contractor shall plan for and maintain sufficient GFE resources to avoid degradation or disruption of center operations.
- The contractor shall collect, analyze and report metrics that will help VO and CST determine the effectiveness of upgrades, system availability, costs, and return on investment for the introduction of new hardware and/or software.
- The contractor shall develop strategies to mitigate problems and seek to improve the efficiency and effectiveness of the IT support functions they provide.

Unclassified

- The contractor shall provide on-site systems administration capable of resolving common and complex issues, and support coverage during all hours of center operations.
- The contractor shall provide operations management, computer systems management, and computer operator services for the centers' hardware and software on both unclassified and classified systems in accordance with 5 FAM 871.1 ClassNet and 5 FAM 871.2 OpenNet.  The Government anticipates that necessary hardware and systems, including operational software platforms, will change throughout the duration of this contract and will provide applicable documentation for all systems in use.
- The contractor shall provide an IT Manager to serve as the alternate COMSEC custodian at each site as well as maintaining cryptographic access for use upon designation per 5 FAH-6-H-124.
- The contractor shall ensure that information technology systems meet minimum specifications to be provided by the Government, including but not limited to Federal Information Processing Standards (FIPS) and Series 800 Special Publications (SPs) published by the National Institute of Standards and Technology, U.S. Department of Commerce.
- The contractor shall manage and operate each center's LAN, LAN-based servers, MS EXCHANGE server, and links to external Government databases (e.g., at DHS).  Due to the nature of the Department's evolving IT landscape, the Government expects many locally deployed services, such as local MS Exchange, to be retired during the period of performance.
- The contractor shall assist on-site Government managers in administering their inventory control program.
- The contractor shall operate the State Messaging and Archive Retrieval Toolset (SMART) at each center.
- The contractor shall provide a robust reporting capability for responding to standard and ad-hoc requests from the Government regarding daily, weekly, and monthly production volume and processing statistics, equipment inventory and disposal disposition, and other operational reports as needed and as defined during the performance of this contract.
- The contractor shall perform a daily backup of all data maintained at the centers in accordance with Department regulations.
- The contractor shall maintain an in-house "Help Desk" capability to provide software and hardware support to its employees and to DOS personnel, and provide reports summarizing its actions in this area on request.
- The contractor shall support the transition and the orderly decommissioning of legacy systems, to include a focus on maintaining data integrity throughout the transition process.
- The contractor shall liaise with CA/CST representatives regarding the delivery and execution of information systems management, as well as the timing and implementation of system updates, enhancements, planned downtimes, and issue resolutions with other visa systems stakeholders.
- The contractor shall liaise with and establish protocols with CA/CST representatives to support the resolution of customer inquiries (i.e., such as password resets, etc.).

ii. Data share program

Unclassified

Appendix I                                                    19AQMM19C0135

- The contractor shall incorporate the IV and NIV data from CLAIMS, reconcile and review it for accuracy, and update the information on the CA systems as necessary. However, USCIS may implement one or more enhancements to their online electronic petition filing systems that would facilitate automated data transfer between USCIS and DOS systems.

iii. Information security

- The contractor shall only use the hardware and software furnished by the Government for data collection.
- The contractor shall not permit wireless networks to share a data access point with any Government system.
- The contractor shall abstain from using wireless computers at any center, in accordance with current Department and CA policies and guidance related to use of wireless networks and computers, unless authorized by the Government.
- The contractor shall not alter any original equipment configurations unless otherwise specified by the Government.
- The contractor shall not allow personal computers, media, flash drives, USB devices, or other peripherals in the centers unless authorized by the Government.
- The contractor shall not connect or attach any peripherals or contractor-owned equipment to Government furnished equipment unless authorized by the Government.
- For personal devices (e.g., cell phones) that are in no way connected to Government systems, the contractor shall coordinate with the Government staff at each center with regard to authorized usage, which may include designated limited locations or times.
- Upon request, the contractor shall make all computers, including contractor-owned equipment, available to the Government for inspection.
- The contractor shall install security software updates as provided by the USG.
- If appropriate to the network configuration, the contractor shall implement network monitoring tools to alert managers of the presence of an illegitimate system.
- Unless otherwise specified by the Government, the contractor shall not take any photographs in or of the facilities with the exception of computer "screenshots" captured and transmitted for mission-support reasons.
- The contractor shall maintain compliance with current Department and CA policies and guidance regarding personal use of unclassified Government equipment.
- The contractor shall abide by the mandatory use of firewalls, and shall maintain and enforce firewall configurations that will not allow any inbound connections and allow only those outbound connections necessary to enable GFE to transmit data files.
- The contractor shall maintain and enforce that all users of GFE shall possess their own user accounts that are restricted to only what is operationally necessary. Additionally, the contractor shall not allow accounts with administrative access to be used as general user accounts.

iv. Enterprise IT coordination and support

- The contractor shall adhere to CA/CST tracking systems where required to include Remedy (i.e. for creating and tracking incidents and work tickets), Enterprise Change Management (ECM), and Asset Management.

58

DEFLD-00003824

- The contractor shall conduct planning, installation, personnel training, support, monitoring and maintenance for hardware (server and workstation builds) and software including all relevant CA applications.
- The contractor shall respond to, troubleshoot, and resolve problems as well as communicate via Remedy.
- The contractor shall coordinate with and inform CST of contractor and third-party maintenance impacting IT-related services, to include power outages and environmental changes.
- The contractor shall coordinate with and inform CST regarding all risks to IT-related services, to include natural catastrophes (e.g., flood, fire, etc.) as well as accidental and deliberate employee acts.
- The contractor shall coordinate all hardware and software changes with ECM, to include documenting and maintaining approved standard and nonstandard configuration changes.
- The contractor shall plan for and coordinate hardware- and software-related upgrades, consolidation, and decommission/retirement.
- The contractor shall perform monthly restores to validate user data integrity.
- The contractor shall monitor and document abnormal performance of service, workstation, and services trends.
- The contractor shall document and maintain site topology configuration and changes.
- The contractor shall maintain an orderly server room environment, to include neatly labelling cables and updating layout documentation as needed.
- The contractor shall manage and maintain server/workstation compliance with antivirus, patching, and security configuration standards, as well as maintain and meet Department security requirements as scored through iPost.
- The contractor shall conduct patching and updates for operating systems (via SCCM and PAT Tools as applicable).
- The contractor shall correct vulnerabilities and maintain antivirus (Semantic Endpoint Protocol (SEP)) compliance on all required devices.
- The contractor shall maintain all hardware and software, to include defective tape drives, tapes, hard drives, servers, workstations, chip/read writers, driver license readers, barcode readers, printers, digital scanners, and other property as applicable.
- The contractor shall administer all Active Directory service/user accounts and passwords, Active Directory user privileges, and badge logons.
- The contractor shall monitor the operational environment and respond to automated altering as required.
- The contractor shall perform backups, restores, purges, and ongoing management of data, systems, software, and hardware.
- The contractor shall create, maintain, track, and communicate configurations and configuration changes regarding hardware, software, data, permissions, and other assets as applicable.
- The contractor shall develop, maintain, and make available diagrams, system configurations, and technical documentation.
- The contractor shall maintain the availability, efficiency and effectiveness of systems, software, hardware, and data, as well as provide technical support for testing and evaluations purposes.

Unclassified

DEFLD-00003825

- The contractor shall document and maintain security plans, diagrams, documentation, procedures, policies, logs, audits, audit trails and reports.
- The contractor shall participate in the development of short-term and long-term plans and strategies, IT reviews and audits, goal setting activities, idea generation and improvements to the efficiency and effectiveness of CA operations as well as participate in the development of policies and procedures.
- The contractor shall document, track, and report on the support provided to the centers, as well as report and follow-up on all reported incidents and service requests.

## Staffing Requirements

- At KCC, IT personnel shall work "spread shift" from 7:00am to 12:30am, seven (7) days a week.  At NVC, IT personnel shall work "spread shift" from 7:00am to 12:30am, Monday through Friday, five (5) days a week.  The Government shall provide advance notice of at least seven (7) calendar days should the required support schedule change (e.g., to provide complete coverage for 24x7 operations).
- All IT personnel at NVC shall be U.S. citizens and possess an active SECRET level (or higher) personnel security clearance.  IT Manager(s) and those assisting with administering ClassNet-based property shall possess an active TOP SECRET level personnel security clearance.
- All IT personnel at KCC shall be U.S. citizens and possess an active SECRET (or higher) personnel security clearance.  IT Manager(s) and those assisting with administering ClassNet-based property shall possess an active TOP SECRET level personnel security clearance.

## Additional Context for the VSS Information Systems Management Capability

Separate from requirements identified above, the following information is demonstrative of current performance and/or intended to provide supporting detail regarding the depth and breadth of activities that the Government will expect the contractor to perform.

a. General

- The end-user environment consists of PC LANs, servers, client workstations running in a Microsoft Windows environment, and backup systems.  A description of the DOS computing environment, including that present in the centers and a list of all current software and hardware that the contractor shall manage and operate is available in the reading room.
- The SMART system combines diplomatic text cables, email, and memos in a single messaging system for classified and unclassified networks.  SMART also provides collaboration tools, such as instant messaging, document management, document search and improved record keeping.
- Successor systems and/or others to be provided may be maintained by CST under a separate contract.
- Telephony systems will provide varying levels of call center functionality including the ability to monitor call statistics, route calls, and provide reporting and performance data.

b. Data share program

Unclassified

- The Visa Office data share program between USCIS and DOS is an effort to reduce redundant data entry by staff at the centers. Under the expected data share program, IV and NIV petition case data and adjudications are entered into the USCIS system called CLAIMS (Computer-Linked Application Information System). Note that USCIS plans to implement an online electronic petition filing system (ELIS) application for immigration benefit services that could enhance the current data share program. See the web site at the following link for more information on the USCIS online application process: http://www.uscis.gov/e-filing.

c. IT strategy

In support of the ongoing modernization of global visa operations, VO is interested in leveraging a variety of IT tools to enhance its digital transformation. While some solutions will more naturally be introduced by the Government, the contractor plays an important role in both coordination with CA/CST as well as incorporating each solution into standard operating procedures, training materials, and quality control activities. However, the contractor may also be in the position to take a more active role in developing and implementing such solutions at one or both of the centers. In situations where prototyping or development of new solutions may be warranted, the contractor shall work with CA, to include VO and CA/CST, to assess the design, implementation approach, and accredit solutions (as required) prior to their introduction to the production environment.

The following identifies particular aspects of center operations for which VO believes the centers would achieve increased efficiency and quality, along with notional technology-enabled solutions associated with each:

- Case Fulfillment
    - o Optical character recognition for data entry and data validation
    - o Document comparison functionality for document review
- Fraud Prevention Research and Analysis
    - o Process and content automation for fraud documentation and reporting
    - o Data analytics and research aggregation tools for fraud research and analysis
- Inquiry Management and Outreach
    - o Robust customer relationship management and knowledge management tools with reporting capabilities for all inquiry resolution tiers, process communications, and stakeholder management
    - o Cognitive virtual assistant and/or enhanced interactive voice response functionality for tier 0 inquiry resolution
    - o Natural language processing and text analytics for all inquiry resolution tiers, process communications, and stakeholder management
- Service Management and Quality
    - o Dashboards, enhanced reporting, modeling, predictive analytics, and decision support functionality for workload distribution, demand management, operations excellence, and AQL management
- The contractor shall establish and administer a program, with Government oversight, to protect, preserve, account for all GFE property, and maintain adequate property control records. This program shall include conducting periodic inventories of GFE and the

Unclassified

DEFLD-00003827

reporting of reconciliation results. As part of its regular efforts to improve and streamline the business processes of the centers, the contractor may identify potential IT changes or investments (whether contractor- or Government-furnished) for Government consideration.

d. Enterprise IT coordination and support

Over the life of this contract, the Government expects to transition the execution of some or all of the enterprise IT coordination and support requirements from the VSS contract to an enterprise IT contract under the direct administration of CA/CST. Until and during such a transition of services, the contractor will still need to collaborate and coordinate closely with technology stakeholders (onsite / remote GTMs, VO and CST headquarters staff, etc.) on the delivery of these services.

## C.4.4.3 Personnel Management

This capability comprises the competencies, activities, processes, and procedures associated with hiring, developing, and retaining a highly flexible and qualified workforce. The contractor shall be expected to implement these services in accordance with an accompanying staffing management plan that will detail applicable approaches, methodologies, and tactics for recruiting, retention, managing and measuring individuals' performance, managing union relations, and maintaining compliance with all Government vetting and learning requirements such as security clearances and mandatory annual training. Core services that the Government requires the contractor to provide in support of personnel management include:

    i. Recruiting and retention, which will enable the contractor to recruit and hire technically proficient and capable staff, as well as provide robust professional development opportunities for staff to promote retention.

    ii. Labor management, which will serve to maintain an open line of communication with union management and to practice good-faith negotiations informed by practical experience, successful past performance, and legal expertise. This service is critical for managing union relations without compromising operations and for maintaining labor category integrity throughout the life of the contract.

    iii. Performance management, which will establish and operate a performance management program for employees with clear and transparent metrics for performance.

    iv. Security clearance management, which will support efforts to initiate, verify, and maintain appropriate clearances for all employees per the security terms and conditions established in this contract. Additionally, this service should assist the contractor in planning for and managing open staffing needs that require security clearances.

## Detailed Requirements

This section captures specific requirements regarding the contractor's initial operating capability for the delivery of personnel management support.

i. General

- The contractor shall avoid any interruption in or degradation of any VSS service because of staffing shortages.

Unclassified

DEFLD-00003828

- The contractor shall comply with all applicable laws, regulations and codes including but not limited to the contractor's obligations as an employer with regard to health and safety of its employees
- The contractor shall, upon request, provide the Government with information regarding their employees, their mandatory vetting process, and the results of all required vetting.
- The contractor shall recruit and hire technically proficient and capable staff.
- The contractor shall secure, identify, and propose key personnel in a timely manner.
- The contractor shall proactively identify, plan for, and be able to respond to situations in which conditions dictate a need to rapidly increase staffing levels for certain services in a given period of time.
- The contractor shall establish approaches for creating professional development opportunities for staff.
- The contractor shall employ a robust suite of staff retention strategies.
- The contractor shall track and, at least twice annually, report on retention rates and the effectiveness of retention strategies employed.
- The contractor shall employ a variety of engagement and communication strategies to promote healthy union relations without compromising operations.
- The contractor shall maintain labor category integrity throughout the life of the contract.
- The contractor shall establish and operate a performance management program for employees with clear and transparent metrics for performance.
- The contractor shall be accountable for initiating, verifying, and maintaining appropriate clearances for all employees per the security terms and conditions established in this contract.
- The contractor shall provide supervisory personnel on location at each center during all operating hours.
- The contractor shall notify the Government when they terminate anyone's employment and upon learning when any employee voluntarily terminates his/her employment.
- The contractor shall restrict their staff from engaging in other activities directly related to visa services that result in a conflict of interest, or even a perception of conflict of interest (i.e., an employee working at a center shall not establish their own service and promote that service based on their connection to the center).
- The contractor shall restrict their staff from engaging in traditional and online media behavior related to visa services that would result in a conflict of interest, or even a perception of a conflict of interest.
- The contractor shall establish procedures to notify the Government and Site Security when an employee either has been or will be on leave for more than ninety (90) calendar days.

**Staffing Requirements**
- At a minimum, any individual supporting personnel management activities shall possess / maintain a Moderate Risk Public Trust (MRPT) determination.

**Performance Requirements**

Unclassified

DEFLD-00003829

- When the contractor learns that an individual in a key personnel position will be vacating the role, the contractor shall notify the Government immediately and secure, identify, and propose key personnel for Government review within thirty (30) calendar days.

## C.5 — KEY PERSONNEL

At a minimum, the contractor shall designate as key personnel any individual serving in the roles identified in the table below.  The contractor shall also be able to designate as key personnel any individual in addition to those required by the Government.  The contractor shall assign to this contract the following key personnel:



All of the individuals serving in the roles above shall be full-time and on-site at their respective Centers.  Additionally, the contractor shall also designate a Program Manager and Contract Administrator as key personnel.  The Program Manager shall be dedicated full-time to the VSS program but is not required to be on-site at either center.  The Contract Administrator is neither required to be on-site nor dedicated to the VSS program.  For these roles, the contractor shall assign the following key personnel:

Program Manager – [ PII ]
Contract Administrator – [ PII ]

The contractor shall maintain key staff with the qualifications and skill levels commensurate with the requirements of the performance work statement and the specific key personnel descriptions described in this Section.

## C.5.1 Key Personnel Roles

The following section provides a brief description of key personnel roles for each center.  Interim clearances are sufficient to allow individuals to perform on the contract unless otherwise stated, though the overall restrictions on interim clearances noted in the National Industrial Security Program Operating Manual (NISPOM) regarding access to Restricted Data, COMSEC, Sensitive Compartmented Information, NATO information and Special Access Program information apply.

Unclassified

DEFLD-00003830

### C.5.1.1 Program Manager

The contractor shall provide one (1) full-time Program Manager who is responsible for oversight of contract operations across both centers.  The Program Manager shall be ultimately accountable that all work under each service area is performed in accordance with contractual requirements, performance standards and AQLs, and that regular feedback on performance is provided to the Government.  The Program Manager shall possess / maintain an active TOP SECRET security clearance.

### C.5.1.2 Contract Administrator

The contractor shall provide one (1) Contract Administrator for the VSS program.  This individual shall possess expertise in acquisition regulations, be well versed in this contract's terms and conditions, and serve as the point of contact for all Government and contractor inquiries related to contract administration.  The Contract Administrator shall also coordinate with the Program Manager on all reporting and compliance requirements under the contract.  The Contract Administrator shall possess / maintain an active SECRET clearance.

### C.5.1.3 Operations Manager and Assistant Operations Managers (NVC, KCC)

The contractor shall provide at least (1) full-time, on-site operations manager and (1) assistant operations manager at each Center.  The Operations Manager shall liaise with DOS staff, have full authority to act on behalf of the contractor, and provide full control over all contract operations at each Center. The Operations Manager shall also manage and maintain involvement in the hiring of personnel, operations and quality reporting, contract management, and operations excellence.  Assistant Operations Managers shall support the Operations Manager at each Center and be capable of acting as the Operations Manager in the event of that individual's absence.  Each Operations Manager and Assistant Operations Manager shall possess / maintain an active TOP SECRET security clearance.

### C.5.1.4 FPU Manager (NVC, KCC)

The contractor shall provide at least one (1) full-time, on-site FPU manager at each Center.  This individual serves as a subject matter expert in fraud prevention and pre-adjudication support aspects of the Centers, and manages and provides feedback to FPU analysts that perform research and analysis on all visa cases.  The FPU manager shall be responsible for assisting with training, conducting research and analysis, creating written reports, and assisting DOS and other federal agencies with questions related to visa cases.  The FPU manager would work closely with training, quality control and center management to develop and document formal FPU investigations and procedures.  The FPU Manager shall also assist DOS personnel with incoming intelligence and requests by exchanging information with Embassies/Consulates, USCIS, and other U.S. government agencies.  The FPU Manager shall be available to travel for training and familiarization purposes.  Each FPU Manager shall possess / maintain at least an active SECRET security clearance.

Unclassified

### C.5.1.5 IT Manager (NVC, KCC)

The contractor shall provide one (1) full-time, on-site IT Manager at each Center.  This individual shall supervise systems administrators and other IT support staff and shall also consult on the hiring of all IT personnel, reporting, process improvement procedures, and transition to new systems as the Government implements them.  The IT Manager shall also work closely with the Operations Manager to communicate any IT support needs, persistent issues, or change requests to the Government that are needed to optimize performance.  This IT Manager shall oversee and manage local IT systems administration, activities associated with electronic receipt of petition data, on-demand and ad-hoc reporting capabilities, and daily backups of all data maintained at the centers.  The IT Manager shall also liaise with Government and contract staff regarding local IT inquiries and general software/hardware support.  The IT Manager shall also work with the Government to support the ongoing transition to new enterprise visa processing systems.  The IT Manager shall serve as the alternate COMSEC custodian at each site as well as maintaining cryptographic access for use upon designation per 5 FAH-6-H-124.  Each IT Manager shall possess / maintain an active and final TOP SECRET security clearance.

### C.5.1.6 Systems Developer (NVC, KCC)

The contractor shall provide one (1) full-time, on-site Systems Developer at each center. This individual shall be responsible for managing and maintaining current databases, as well as devising internal site-specific enhancements or future replacements to these current databases. Each Systems Developer shall possess / maintain an active SECRET security clearance.

### C.5.1.7 Training Manager (NVC, KCC)

The contractor shall provide one (1) on-site Training Manager at each Center.  This individual shall be accountable for scheduling, facilitating and coordinating activities associated with executing all training and certification efforts for contract staff.  In addition to any Government-required training, the training manager shall identify skills gaps and enhancements to promote efficient and optimal operations, on-boarding, cross-training, and other needs arising from new Government policies, security protocols, IT systems, or other changes that affect the operations at the centers.  Each Training Manager shall possess / maintain an active SECRET security clearance.

### C.5.1.8 Human Resources Manager (NVC, KCC)

The contractor shall provide one (1) full-time, on-site HR Manager at each center. This individual shall be responsible for tracking and managing staffing levels for all functions. The HR Manager shall develop a direct a formal program for onboarding and sustaining new hires, including arranging orientations and site specific expectations.  Each Human Resources Manager shall possess / maintain an active SECRET security clearance.

### C.5.1.9 Comptroller (NVC)

The contractor shall provide one (1) full time, on-site Comptroller at NVC. This individual shall be accountable for invoice compilation and submission at both centers. The Comptroller shall

Unclassified

DEFLD-00003832

have the authority to make immediate corrections to the invoice, and shall support the contractor in providing cost estimates for proposed new initiatives. The Comptroller shall work closely with the Operations Officers and CORs to ensure a high level of responsiveness to any Government concern related to invoicing matters.  The Comptroller shall possess / maintain an active SECRET security clearance.

### C.5.1.10 Administrative Assistant (KCC)

The contractor shall provide one (1) full-time, on-site Administrative Assistant at KCC. This individual shall be responsible for managing and controlling all site specific badge management and all building access requests (visitors, new hires, terminations, etc.)**.** The Administrative Assistant will also be responsible for managing and tracking all inventories, as well as communicating when supplies must be ordered or replaced.  The Administrative Assistant shall possess / maintain a valid SECRET determination.

### C.5.1.11 Safety and Security Manager (NVC)

The contractor shall provide one (1) full-time Safety and Security Manager who is responsible for the maintenance, implementation and improvement of facility safety and security programs, by means of training, inspection, citation, reporting and continual improvement through research, outreach and observation.  The Safety and Security Manager shall be responsible and accountable for safety and security program management efforts and satisfying all related program requirements.  The Safety and Security Manager shall be initially focused on and based out of the NVC, with the ability to coordinate, manage, and oversee efforts at both centers. The Safety and Security Manager shall possess / maintain an active SECRET security clearance.

### C.5.2 Language Testing

To ensure that the contractor is providing staff with the necessary level of language skills required, the contractor shall provide language test scores to the COR for those positions that are deemed language designated or those who are required to speak/read/write in a language other than English.  Language testing shall be proctored by an independent language examiner at no direct cost to the Government for new hires following start of the contract.  Qualified examiners utilize the U.S Government's Interagency Language Round Table (ILR) scale for language testing.  Contractor test scores shall be provided at the request of the Government.  The contractor may provide exam scores conducted up to one (1) year prior to the date of submission to the COR.

Contract personnel that are required to have foreign language skills are required to score a minimum of *speaking* at "General Professional Proficiency, Level 3 or higher" on the ILR scale (http://www.govtilr.org).

Unclassified

DEFLD-00003833

## C.6 — DELIVERABLES AND PERFORMANCE REQUIREMENTS

### C.6.1 Deliverables Schedule

Note:  Government may request updates in the deliverables schedule if the need arises.

| Section C Reference(s) | Deliverable | Delivery Frequency |
|---|---|---|
| **VSS Management** | | |
| C.4.4.3 | Management Plan | Due with proposal, updated and submitted for review by Government NLT annually |
| C.4.4.1; C.4.4.3 | Staffing Plan | Due with proposal, updated and submitted for review by Government NLT every six (6) months |
| C.4.4.1 | Training Plan | Due with proposal, final is due NLT 30 days after the effective date of performance for the base year of the contract, updated annually |
| C.4.4.1 | Monthly Status Report | Monthly,  Due NLT 10th of the month |
| C.4.4.1 | Management Briefing | Monthly,  Due NLT 15th of the month |
| C.4.4.1; C.6.3 | Quality Control and Performance Disincentive Plan | Entire plan due with proposal[2], final quality control portion is due NLT 30 days  after effective date of performance for the base year of the contract, updated annually |
| C.4.4.1 | Quality Control Inspections | Monthly and as stated in the Quality Control and Performance Disincentive Plan |
| C.4.1.1; C.4.1.2; C.4.1.3; C.4.2.1; C.4.4.1; C.4.4.2 | Continuity of Operations Plan | Due with proposal, final is due NLT 30 days after the effective date of performance for the base year of the contract, updated annually |
| C.4.4.1 | Employee Integrity Plan | Due with proposal, final is due NLT 30 days after the effective date of performance for the base year of the contract, updated annually |
| C.4.4.1 | Phase Out Plan | Completed within 90 days the after effective date of performance for the base year of the contract, updated annually |
| **VSS Operations** | | |

---

[2] The performance disincentive portion of the plan is considered final upon award, and no changes will be accepted without Government consent

Unclassified

DEFLD-00003834

| Section C Reference(s) | Deliverable | Delivery Frequency |
|---|---|---|
| C.4.4.1 | Procedures Manuals and Process Workflows* | Monthly |
| C.4.4.1 | Project Charters* | NLT 10 business days prior to planned project start |
| **VSS Reporting and Statistics** | | |
| C.4.1.2; C.4.4.1 | Investigation/Analysis (FPU) Statistics | Monthly |
| C.4.1.1; C.4.4.1 | DV Reports | Varies by individual report |
| C.4.2.1; C.4.2.2; C.4.4.1 | Communications Center Report | Weekly |
| C.4.3.1; C.4.3.4, C.4.3.5, C.4.4.1, C.4.4.2 | Reconciliation Reports | Weekly, periodic (refer to C.6.2.12) |
| C.4.4.1 | Training Reports | Quarterly |
| C.4.3.2 | File Storage Composition and Space Allocation Report* | Monthly reports identifying file storage composition and utilization (i.e. quantity of files by currency, quantity of files pending shipment to other agencies). |
| C.4.3.4 | Inventory and Storage Reports* | Periodic NLT 10 days after receipt of accountable property; annual inventory reporting period |
| **Safety and Security Program** | | |
| C.4.3.4 | Incident Reports* | NLT one (1) business day after each incident's occurrence/discovery. |
| C.4.3.4 | Post-Incident Report* | NLT ten (10) business days after each incident's occurrence/discovery. |

*Descriptions of these reports can be gleaned from the associated Section C reference(s)


## C.6.2. Deliverables Descriptions

The contractor shall deliver all reports to the COR electronically.  Printed reports will not be accepted unless the contractor has prior authorization from the COR for a hard copy submittal. As an alternative for some reports, the Government will consider any capability that the contractor can deliver to provide a self-service reporting/dashboard functionality that the COR, Center managers, and other Government executives can review on-demand and without contractor intervention.

Unclassified

### C.6.2.1 Management Plan

The contractor's management plan shall outline a comprehensive approach and methodology for the initiation, planning, execution, monitoring, and transition/closure of all efforts performed within the four service areas of the VSS program.  The plan shall include a description of the contractor's proposed management framework, the contractor's proposed level of involvement, expectations, and role(s) for corporate leadership, and how the plan will support the tracking of specific performance areas so as to inform center and VSS management decisions when applicable and maintaining all quality and performance objectives of the VSS program. The plan shall describe the contractor's approach for anticipating, managing, and responding to a) all categories of risk; b) planned and unplanned changes to service, quality, and performance expectations; and, c) significant fluctuations in demand for services, throughout the course of the contract. The plan shall also include describe the contractor's approach for managing and providing oversight of all activities, processes, and procedures related to information technology (IT) support operations, computer systems management/maintenance, and computer operator support services for center hardware and software.

### C.6.2.2 Staffing Plan

The contractor's staffing plan shall outline an approach and methodology for staffing both Centers, including tactics for recruiting, due diligence and vetting of employees, retention, and managing and measuring individuals' performance. The staffing plan shall define an organizational structure, how they will align expected roles and labor categories with commensurate skills and job duties, the experience and qualifications of key personnel, skill mix for each capability and service, and ratios of supervisors to staff (refer to descriptions in Section C.4.1.1, C.4.1.2, C.4.2.1, C.4.2.2.). Moreover, the contractor's plan shall describe how they will recruit, train, and retain staff for highly skilled positions in critical services, such as fraud prevention and reporting.  The contractor shall also identify specific risks to the staffing approach, and associated mitigation and monitoring strategies.  The contractor shall also list the names and descriptions of all labor categories that they include in their completed submission of Section J, Attachment G – LCAT and Price List Template.  The staffing plan shall also include a detailed staffing mix for the base year and each of the four option years with a clearly defined annual breakdown of estimated staff that aligns each FTE to a labor categories, CLIN, and location (NVC or KCC).

Furthermore, the contractor shall provide an approach to managing subcontractors. At a minimum, the description of the contractor's approach to utilizing subcontractors should include: a business strategy for identifying, vetting, selecting and supervising subcontractors to accomplish program goals and objectives, how the contractor will effectively integrate subcontractors into their operations for specific functions and short-term staffing needs, and how they will ensure subcontractors adhere to quality control and performance oversight processes.

### C.6.2.3 Training Plan

The contractor's training plan shall include a proposed training curriculum for the base year of the contract, and for all option years, and how it supports the contractor's management and technical capabilities, such as staff cross-training in critical functions.  The plan shall include all recurring trainings and ad-hoc training that shall occur throughout the year.  The plan shall

Unclassified

DEFLD-00003836

describe the contractor's approach to developing, administering, and managing a robust training program that encompasses introductory, remedial, and recurring learning efforts to maintain a well-prepared and fully-capable workforce covering both centers and all VSS functions.

### C.6.2.4 Monthly Status Report and Management Briefing

The contractor shall provide monthly status reports and regularly scheduled management briefings. On-site contract managers and staff, as appropriate, shall participate in conference calls, digital video conferences, and conferences/meetings with overseas posts, CA/VO, DOS, other U.S. Government agencies, and stakeholders as required. Contract management shall also provide formal and informal briefings to visitors upon request.

A Monthly Status Report shall be provided no later than the 10th day of the next month (or the next business day if the 10th falls on a weekend/holiday). Reports shall be delivered electronically either by email or by providing access to a Contract management web site. Monthly status updates shall include, but are not limited to:

- Detailed itemization of hours expended by position (for Labor Hour CLINs) and all other items billed to each CLIN
- Detailed itemization of the number of units processed under each FFP CLIN
- Specific activities performed at all sites (e.g., the number of investigation reports completed, number of staff trained, etc.) including impact and trend analysis
- Staffing summary, including all information required for the Government to effectively monitor center staff: current organizational charts, onboard and outbound contract staff, work location and contact information, labor category or position, training information, employment date, and date of termination, analysis of changes in the staffing numbers, details of exit surveys, monthly and cumulative retention rates
- Status of all planned or ongoing projects (e.g., related to operations excellence, project/site support, etc.)
- Summary of any outstanding unresolved issues

The Monthly Management Briefing shall be provided no later than the 15th day of the next month (or the next business day if the 15th falls on a weekend/holiday).

### C.6.2.5 Quality Control and Performance Disincentive Plan

The contractor's quality control and performance disincentive plan (QCP) shall encompass all VSS capabilities and services and addresses all aspects of quality management. The Government will align its Quality Assurance Surveillance Plan (QASP) with the contractor's final QCP to be submitted not later than thirty (30) calendar days after award. The QCP shall cover the contractor's overall approach to quality management, to include process evaluation and improvement activities that will incorporate industry leading practices in quality control and process measurement. The plan shall define methods to monitor performance and maintain quality in all customer interactions, as well as structured and repeatable quality management processes with supporting records that include checklists, inspection schedules, reports of results, and corrective actions planned or taken. The plan shall support the tracking of specific performance areas so as to inform center and VSS management decisions with regard to taking

71

DEFLD-00003837

corrective action when applicable and maintaining all quality and performance objectives of the VSS program.  The plan shall also explain how their approach incorporates internal controls designed to identify quality risk indicators.

The QCP shall also contain a performance disincentive plan to address how the contractor will track, calculate, assess compliance, and report on performance against all contract performance requirements.  The performance disincentive plan shall incorporate the Government-defined elements identified in Section C.6.3.2.  All content related to the performance disincentive plan shall be final upon award and remain unchanged in all future QCP submissions unless changes are mutually agreed upon by the contractor and the Contracting Officer.

### C.6.2.6 Quality Control Inspections
The contractor shall provide copies of materials in accordance with their inspection system as a result of quality control inspections, which may include completed checklists, summaries of results, and lists of corrective actions identified.

### C.6.2.7 Continuity of Operations Plan
The contractor's plan shall outline their approach to maintaining continuity of operations if significant problems or emergency circumstances arise, to fostering open lines of communication and elevating situations among contractor and Government managers, and to ultimately resolving such situations and resuming normal operations. The plan shall describe approaches for preventing any disruptions or delays in service, as well as mitigating risks associated with these disruptions should they occur.

The plan shall describe an approach for managing staff turnover and maintaining adequate staffing levels, including staff with significant institutional knowledge and/or strong performance records, at all times. The plan shall describe the contractor's approach for providing rapid responses and interoperability support (i.e., in the form of cross-trained staff) in the event of surges in workload or the closure of one Center due to inclement weather or other disruptions. The plan shall describe an approach for sustaining the delivery of IT services.  The plan shall also demonstrate how the Offeror's approaches will accommodate circumstances that are both short-term and persist for an extended duration of time, however, the Government is not seeking contractor-provided disaster recovery sites through this contract.

Upon contract award, the Government will provide a copy of each center's emergency action plan for the contractor to incorporate into their continuity of operations plan.

### C.6.2.8 Employee Integrity Plan
The contractor's plan shall describe their approach to mitigating process risks and detect fraud and malfeasance among their staff, to include internal controls designed to identify fraud risk indicators.  The plan shall incorporate procedures for monitoring and preventing the unauthorized use of visa case information including personally identifiable information (PII) and the unauthorized performance of tasks outside of established procedures.  The contractor's plan shall explain how they will implement and document, as appropriate, internal controls to facilitate the detection of fraud and prevention of fraud and malfeasance (external and internal),

Unclassified

DEFLD-00003838

to include non-compliance with the requirements of the Privacy Act of 1974 and with Section 222(f) of the Immigration and Nationality Act.  The plan shall also explain procedures for reporting breaches of internal control procedures.

### C.6.2.9 Phase Out Plan

The contractor shall develop and maintain a phase-out plan that includes all activities necessary for a complete and seamless transition of all VSS program assets and activities from this contract to the Government or to another service provider under a successor contract.

### C.6.2.10 Procedures Manuals

The contractor shall review the current procedures manuals and process workflows and document all changes to these procedures used in the performance of work under this contract. These procedures shall be documented in easy-to-use manuals and other suitable forms available to all staff as reference materials.  The contractor shall update these manuals and process workflows whenever changes occur.  These manuals shall be the property of DOS.  These documents, including the current version and preceding versions, appropriately indexed, shall be available to CA/VO and U.S. Government staff at the center at all times.

The contractor shall prepare and use all manuals, processing guides, reference materials, and "cheat-sheets" in a suitable, and useable electronic document format (such as a Microsoft Word) available to their staff, and the Government, in a shared electronic repository.

### C.6.2.11 DV Reports

The contractor's DV reports shall, at a minimum, include:
- The DV Demand Met Report and Report 20, which are monthly reoccurring reports
- The Manual Eye Placement (MEP) Performance Report, Initial/Final Review Dup-Outs Report, and the DV Case Creation Report, which are seasonal monthly reports

The contractor shall also respond to and provide additional reports as needed and as required by the Government during the administration of the DV program year.

### C.6.2.12 Communications Center Reports

The contractor shall provide summary and detail information regarding contact center operations that covers receipt and resolution of inquiries and correspondence, and applicant case updates that reflects information and communications sent and received.  The report shall include the types and volumes of inquiries.

### C.6.2.13 Reconciliation Reports

The contractor shall provide reconciliation reports to designated Government staff that log and tracks:

Unclassified

DEFLD-00003839

- Weekly funds received from date-of-receipt to the date-of-return to the sender.  (Section C.4.3.1)
- Periodic inventories of GFE and property control records, including identification of any potential IT changes or investments (whether contractor- or Government-furnished) for Government consideration. (Section C.4.3.4, C.4.3.5, C.4.4.1, C.4.4.2)

## C.6.2.14 Training Reports

The contractor's training reports shall, at a minimum, include:

- Complete list of trainings by category held during the previous reporting period.
- Locations where the training sessions were held.
- Number and names of attendees for each training session.
- Cumulative total of students attending training sessions.
- Program dollars spent on training sessions.
- Training evaluation - submitted from both the trainer(s) and the attendees.
- Success rate of the training, including how many of the contract staff who attended the trainings took the final exam and the pass rate (if applicable).

## C.6.3 Performance Requirements

Baseline performance and accuracy thresholds for all processing activities and results are provided below in Section C.6.3.3 and in Section J, Attachment H – Timeliness and Quality Acceptance Criteria, which includes additional details on contract performance requirements such as listing critical and non-critical error fields.

## C.6.3.1 Lost Documents

Regarding lost documents, the contractor shall not lose or misplace any applicant documents (e.g., applicant passports, official records or supporting documents whether physical or electronic file) while in the possession of any Contractor service provider.  As the Government expects that not all instances of lost documents will receive complaints or be found through regular inspections, the Government expects zero defects reported per month, regardless of document type.  The lost document count is defined as the number of applicant documents (e.g. applicant passports, official records or supporting documents whether physical or electronic file) which are lost and/or misplaced while in the possession of any Contractor service provider.

Additionally, the following specifications apply to the lost document performance requirement:

- A document shall be deemed lost and counted as a defect for performance measurement purposes if the associated review period by the last unit responsible for the case has passed and if 15 calendar days have passed since the original finding or complaint.
- While the Government expects that not all instances of lost documents will receive complaints or be found through regular inspections, the contractor shall maintain a quality level of zero defects per month, regardless of document type.
- Examples of defects under this category include but are not limited to:

Unclassified

DEFLD-00003840

- o Misplaced petition and a Bio-data sheet is created as a substitute when sending a case file to post for interview.
- o Post finds petition/mail inadvertently included in other petition or case file and alerts NVC.
- o Applicant complains and can provide proof mail was delivered to NVC.
- o Post sends CAT-I or DS-156 files to KCC for processing, with proof of delivery, and files cannot be located.
- o Forwarding documents to NARA for storage that are non-required as detailed within FAM guidance
- The Government requests that the Contractor continue to alert the Government when documents are lost and to identify cases appropriately in the system when documents or cases are deemed misplaced or lost (e.g. entering a "missing memo created" note in a case if the file is sent to Post without the petition).
- The Lost Document defect count will exclude documents where disposition was in question at the inception of this contract.
- The Lost Document defect count will exclude documents received or sent from the Government (including any third-party quality assurance contractor).
- The Lost Document defect count will exclude documents received from USCIS for multiple petitioners/applicants interspersed within one petition.  The Lost Document defect count does NOT exclude two adjacent petitions with their own supporting documents placed within one case file.
- The Lost Document defect count will exclude documents (I-129 petitions) that USCIS incorrectly labels with the wrong case number.
- The Lost Document defect count does NOT exclude documents (I-129 petitions) that USCIS ships together but the Contractor fails to separate properly before scanning and uploading into PIMS.

## C.6.3.2 Performance Disincentive Plan

The contractor's performance disincentive plan shall increase the likelihood of high quality performance in alignment with the performance work statement and the following requirements:

- Regarding quality relative to visa cases, a single type of error is only counted once per case even if there are multiple instances of the same type of error.  For example, if 100 IV petitions have been processed and 97 are error-free, one has a critical error, one has a non-critical error, and one has 3 non-critical errors, the critical error rate is 1%, and the non-critical error rate is 2%.
- The contractor's plan shall indicate how performance data will be collected, validated, and reported to the Government to substantiate requests for disincentive payment.
- Disincentives shall be significant enough to motivate the contractor to consistently maintain acceptable performance.
- The disincentive plan shall be easy to maintain, administer, and update as needed.
- The disincentive plan shall include an escalating system for tracking Acceptable Quality Level (AQL) compliance across the entire scope of the AQLs.  The Contractor shall focus on both quality and quantity of performance requirements met (overall AQL compliance across the scope as well as specific AQL compliance within each service delivery area).

Unclassified

19AQMM19C0135

- The disincentive plan shall include, separately, a compound disincentive structure for repeated non-compliance (i.e., service delivery area which is out of AQL compliance for two or more months in a row).
- The disincentive plan shall incorporate the critical performance metrics and disincentives as outlined in Section E.5.

### C.6.3.3 Summary of Performance Requirements

The following table provides a summary of performance requirements identified in the PWS (Section C.4) that include a timeliness and/or quality component. All performance requirements not listed below and either identified elsewhere in the RFP and/or those without either a timeliness or quality component still apply to performance under the contract.

| Related Section C – PWS Reference | Related CLIN | Timeliness Standard | Quality Standard |
|---|---|---|---|
| C.4.1.1 – Case Fulfillment; C.4.1.2 – Fraud Prevention Research and Analysis; C.4.2.1 – Inquiry Management; C.4.2.2 – Outreach; C.4.3.1 – Intake; C.4.3.2 – Paper Handling; C.4.3.3 – Distribution; C.6.3.1 – Lost Documents | IV Intake, IV Fulfillment, DV Fulfillment, NIV Fulfillment, Fraud Prevention Unit | The contractor shall report all lost or potentially lost documents (i.e., applicant passports, official records or supporting documents whether physical or electronic file) upon discovery; Documents in the possession of any Contractor service provider shall be considered lost if sought and subsequently irretrievable for at least fifteen (15) calendar days. | Zero defects per month, regardless of document type. |
| C.4.1.1 – Case Fulfillment | IV Fulfillment | The contractor shall complete standard processing (i.e., data entry and data verification services) for immigrant visa petitions not more than ten (10) business days from receipt. | 99% accuracy for case progression critical data fields; 97% accuracy for customer service critical fields |
| C.4.1.1 – Case Fulfillment | IV Fulfillment | The contractor shall complete standard processing (i.e., data entry and data validation services) for adoption-based petitions not more than three (3) business days from receipt. | 99% accuracy for case progression critical data fields; 97% accuracy for customer service critical fields |
| C.4.1.1 – Case Fulfillment | IV Fulfillment | The contractor shall transfer to Post all cases expedited for CSPA and CCA Age-Out not | N/A |

Unclassified

DEFLD-00003842

| Related Section C – PWS Reference | Related CLIN | Timeliness Standard | Quality Standard |
|---|---|---|---|
| | | more than three (3) business days from receipt. | |
| C.4.1.1 – Case Fulfillment | IV Fulfillment | The contractor shall transfer to Post all other cases expedited to Post not more than six (6) business days from receipt. | 99% accuracy for case progression critical data fields; 97% accuracy for customer service critical fields |
| C.4.1.1 – Case Fulfillment | IV Fulfillment | The contractor shall retrieve and update cases that meet the Dates for Filing Applications or Final Action Dates as listed in the Visa Bulletin ("Global Pulls") from storage and complete the processing of each petition in no more than ten (10) business days. | 99% accuracy for case progression critical data fields; 97% accuracy for customer service critical fields |
| C.4.1.1 – Case Fulfillment | IV Fulfillment | The contractor shall complete document review processing activities and routing requests in not more than ten (10) business days. | 95% accuracy for case progression critical data fields; 99% accuracy for customer service critical fields |
| C.4.1.1 – Case Fulfillment | DV Fulfillment | The contractor shall complete processing for DV cases and DV adjustment of status communications not more than ten (10) business days from receipt. | 99% accuracy for critical data fields, 97% accuracy for non-critical fields |
| C.4.1.1 – Case Fulfillment | DV Fulfillment | The contractor shall complete document review processing activities for DV cases in not more than ten (10) business days. | 99% of cases have data discrepancies notated and document contents accurately catalogued |
| C.4.1.1 – Case Fulfillment | NIV Fulfillment | The contractor shall complete processing for CAT-I files not more than ten (10) business days from receipt. | 99% accuracy for critical data fields, 97% accuracy for non-critical fields |
| C.4.1.1 – Case Fulfillment | NIV Fulfillment | The contractor shall complete standard processing for NIV petitions not more than three (3) business days from receipt and accelerated processing on | 99% accuracy for critical data fields, 97% accuracy for non-critical fields |

Unclassified

DEFLD-00003843

| Related Section C – PWS Reference | Related CLIN | Timeliness Standard | Quality Standard |
|---|---|---|---|
| | | petitions for visa classes O, P, U, and T, as well as designated expedited cases not more than one (1) business day from receipt. | |
| C.4.1.2 –Fraud Prevention Research and Analysis | Fraud Prevention Unit | N/A | 99% accuracy for critical data fields, 97% accuracy for non-critical fields, 99% of documents uploaded to the correct case |
| C.4.1.3 – Biometric Validation | Biometric Validation | The contractor shall complete facial recognition (FR) reviews for visa cases and routine passport cases not more than eight (8) business hours from receipt of request; and FR reviews for expedited passport cases not more than four (4) business hours from receipt of request. | 98% cases reviewed with accurate selections |
| C.4.2.1 – Inquiry Management; C.4.2.2. – Outreach | NIV Fulfillment, Post Liaison | The contractor shall provide a substantive response to all petition-based NIV-related written inquiries from Post (PIMS mailbox inquiries) not more than one (1) business day from receipt. | 95% accuracy for data fields and content attributes, 95% of responses exhibit professional and courteous customer service, 80% of first responses achieve inquiry resolution |
| C.4.2.1 – Inquiry Management; C.4.2.2 – Outreach | DV Fulfillment, Post Liaison | The contractor shall provide a substantive response to all DV-related inquiries not more than two (2) business days from receipt. | 95% accuracy for data fields and content attributes, 95% of responses exhibit professional and courteous customer service, 80% of first responses achieve inquiry resolution |
| C.4.2.1 – Inquiry Management | IV Fulfillment | The contractor shall provide a substantive response to IV- | 99% accuracy for case progression |

Unclassified

DEFLD-00003844

| Related Section C – PWS Reference | Related CLIN | Timeliness Standard | Quality Standard |
|---|---|---|---|
| | | related written inquiries (other than DV) not more than seven (7) business days from receipt. | attributes (SIV only) or 95% accuracy for case progression and customer service attributes, 95% of responses exhibit professional and courteous customer service, 80% of first responses achieve inquiry resolution |
| C.4.2.1 – Inquiry Management | NIV Fulfillment | The contractor shall provide a substantive response for NIV-related public inquiries not more than seven (7) business days from receipt. | 95% quality compliance; 80% first contact resolution |
| C.4.2.1 – Inquiry Management | IV Fulfillment, NIV Fulfillment | The contractor shall provide a substantive responses to high priority IV-related and NIV-related written inquiries not more than three (3) business days from receipt. | 99% quality compliance; 80% first contact resolution |
| C.4.2.1 – Inquiry Management | IV Fulfillment, NIV Fulfillment, DV Fulfillment | Unanswered calls terminated by the caller within one hundred twenty (120) seconds; calls answered within forty-five (45) seconds[3]; average wait times not to exceed two (2) minutes for congressionals and DV-related inquiries, and not to exceed ten (10) minutes for all other calls | 95% quality compliance; 80% first contact resolution |
| C.4.2.1 – Inquiry Management | FOIA Services | The contractor shall complete processing not more than seven (7) business days from receipt. | 99% quality compliance |
| C.4.2.2 – Outreach | Post Liaison Unit | The contractor shall complete any and all relevant outreach and/or process communications not more than five (5) business | N/A |

---

[3] Enforcement of this metric is dependent on the functionality of the Government call management software to consistently and accurately (to the Government's satisfaction) capture and calculate this measurement

Unclassified

DEFLD-00003845

Appendix I                                                                    19AQMM19C0135

| Related Section C – PWS Reference | Related CLIN | Timeliness Standard | Quality Standard |
|---|---|---|---|
| | | days from a given case reaching a process milestone or trigger for which outreach and/or process communications is a next step. | |
| C.4.2.2 – Outreach | Post Liaison Unit | The contractor shall complete appointment scheduling and case transfer for all eligible cases not more than twenty (20) calendar days from the date the Visa Bulletin is updated. | 100% quality compliance |
| C.4.2.2 – Outreach | Post Liaison Unit | Provide a substantive response to IV-related inquiries in no more than two (2) business days. | 95% quality compliance; 80% first contact resolution |
| C.4.3.1 – Intake | IV Intake, NIV Fulfillment, DV Fulfillment | The contractor shall complete intake for correspondence on the day of receipt at KCC, and not more than three (3) business days from receipt at NVC. | N/A |
| C.4.3.4 – Center Site Support[4] | Site Support Services | The contractor shall provide safety and security training to each new employee within three (3) business days after the employee's start date, and refresher training to all employees not less than annually of hire.<br><br>The contractor shall confirm receipt of property within ten (10) business days to the center Area Custodial Officer (ACO).<br><br>The contractor shall update vehicle cleaning logs within one (1) business day of completing work. | N/A |
| C.4.4.3 – Personnel Management | Any CLIN with key | The contractor shall notify the Government immediately upon learning that an individual in a | N/A |

---

[4] Site support AQLs shall not impact the Offeror's performance disincentive plan.

80

DEFLD-00003846

| Related Section C – PWS Reference | Related CLIN | Timeliness Standard | Quality Standard |
|---|---|---|---|
| | personnel support | key personnel role intends to terminate their employment.<br><br>The contractor shall provide the Government with all required information regarding pending substitutions of key personnel not more than thirty (30) calendar days from notifying the Government about the pending vacancy. | |

## C.7 INCORPORATION OF THE CONRACTOR'S PROPOSAL

(a) The Contractor shall perform this contract in accordance with its technical proposal dated August 5, 2019 and any revisions thereto submitted in response to Solicitation 19AQMM18R0428.

(b) The Contractor's technical proposal is incorporated by reference and hereby made subject to the provisions of the "ORDER OF PRECEDENCE" clause in Section I of this contract.  Under the "ORDER OF PRECEDENCE" clause, the Contractor's technical proposal shall follow "the specifications" in the order of precedence.

Unclassified

DEFLD-00003847

# SECTION E — INSPECTION AND ACCEPTANCE

## E.1  CLAUSES INCORPORATED BY REFERENCE

| FAR SOURCE | TITLE AND DATE |
|---|---|
| 52.246-2 | INSPECTION OF SUPPLIES--FIXED-PRICE (AUG 1996) |
| 52.246-4 | INSPECTION OF SERVICES--FIXED-PRICE (AUG 1996) |
| 52.246-6 | INSPECTION – TIME-AND-MATERIAL AND LABOR-HOUR (MAY 2001) |
| 52.246-16 | RESPONSIBILITY FOR SUPPLIES (APR 1984) |

## E.2     INSPECTION AND ACCEPTANCE — SERVICES (05/95)

Inspection and acceptance of the services to be provided hereunder shall be made by the Contracting Officer's Representative.

## E.3     PERFORMANCE EVALUATIONS

The Government reserves the right, at all reasonable times, and upon reasonable notice to the Contractor or Subcontractor, to inspect or otherwise evaluate the work performed, wherever the work is being performed.  If any inspection or evaluation is made by the Government on the premises of the Contractor, or a Subcontractor, the Contractor shall provide all reasonable facilities and assistance for the safety and convenience of the Government's representatives in the performance of their duties. All inspections and evaluations by the Government's representatives shall be performed in such a manner as will not unduly delay work.  The Government representatives are extended to include agents i.e., other contractors.

The Government will endeavor to conduct all audits, inspection and evaluations in accordance with the highest levels of established professional auditing practices and standards.  If a written report of such inspection or evaluation is prepared which reflects deficiencies or proposed corrective actions to be taken by the Contractor, or Subcontractor, a copy of those deficiencies and/or proposed corrective actions shall be furnished to the Contractor.  Any corrective action proposed to be taken as a result of such inspection(s) shall be discussed with the Government prior to implementation.  Reports of the Contractor's performance shall be placed in the contract file and will be subject to release to the public.  The Contractor agrees that such reports or deficiencies or proposed corrective action may be released to the public without objections by the Contractor.

## E.4     PERFORMANCE METRICS

During performance of this contract, the Contractor shall be evaluated in accordance with the overall level of compliance with the contract and the demonstrated quality and timeliness of the services provided.  Section C.6.3 Performance Requirements lists the metrics for which Contractor performance will be measured when performing work under the contract.  The

Unclassified

DEFLD-00003848

Government and the Contractor may mutually adjust these metrics and/or identify additional performance metrics at any time to ensure that the performance metrics specified in the contract reflect the requirements.

The timeliness and quality acceptance criteria related to each of the performance requirements are captured in Section J, Attachment H – Timeliness and Quality Acceptance Criteria.  As technologies and priorities evolve, the Government will revise critical and non-critical error lists as needed.

In case of a finding that is not agreed upon within the performance metrics data review and resulting disincentive calculations, dispute resolution is generally managed at the working level between the CORs/CO and the Contractor.  If that fails for some reason, FAR part 33 dispute process guidance would be implemented; reference https://www.acquisition.gov/?q=/browse/far/33.

## E.5    VISA SUPPORT SERVICES CRITICAL PERFORMANCE METRICS AND DISINCENTIVES

The Department of State will incorporate performance-based disincentives into this contract for a range of visa support services as outlined in Section C.6.3 Performance Requirements, including approval and implementation of the contractor's proposed quality control and performance disincentive plan (QCP).  This section and the QCP will be enforced from contract inception.

Disincentives will not apply for any critical performance program metric defects that occurred prior to contract inception, regardless of when they were discovered and/or reported.

The Contractor agrees, as a part of this contract, to meet the following critical performance program metrics with zero defects:

(a) **Cleared Personnel:**

The contractor is responsible for and shall ensure that each member of the contract staff possesses the appropriate security clearance or determination in accordance with the DD-254, all security clauses in the contract, and the member's job function and/or role on the contract to include personnel security clearance requirements commensurate with the roles and functions as stated in Section C.

Any instance for which the Government and/or the contractor determines that a contract employee does not possess the appropriate security clearance or determination in accordance with the contract shall count as a critical metric defect.

The contractor shall immediately report to the Government each defect they discover, in addition to documenting the incident as part of ongoing reporting requirements.

(b) **Data Security Incidents**

The contractor is responsible for and shall ensure that all actions taken by each member of the contract staff do not result in Government or applicant data being compromised or misused.

83

DEFLD-00003849

19AQMM19C0135

Any instance for which the Government and/or the contractor determines that a contract employee compromised or misused Government or applicant data shall count as a critical metric defect.  Please note that the Department of State may report incidents related to flagged records to the Government staff at either center, and that the Government staff will alert the contractor if and when this occurs.

The contractor shall provide an initial incident report to the Government within 24 hours of discovering a defect (whether by contract or Government staff), followed by a full incident report within three (3) business days.

### (c) Employee Integrity Incidents

The contractor is responsible for and shall ensure that all actions taken by each member of the contract staff are neither fraudulent or malfeasant with regard to the scope of this contract.  Actions the Government would consider as fraudulent or malfeasant would include but are not limited to falsifying official records, intentionally circumventing standard quality reviews and operating procedures, using knowledge and/or information from consular center operations for profit, or otherwise attempting to commit visa fraud.

Any instance for which the Government and/or the contractor determines that a contract employee acted in a fraudulent or malfeasant manner shall count as a critical metric defect.

The contractor shall provide an initial incident report to the Government within 24 hours of discovering a defect (whether by contract or Government staff), followed by a full incident report within three (3) business days.

### (d) Provision of Public Information

The contractor is responsible for and shall ensure that each member of the contract staff communicates, publishes, or otherwise provides accurate information to the public that the Government has already cleared, authorized, or directed the contractor to provide. Examples of situations that Government would consider adverse relative to this critical metric include but are not limited to releasing applicant information to unauthorized case parties, giving inaccurate information on a case's status, providing incorrect guidance regarding actions required to continue case processing such as the addition of a child or eligible derivative, and failing to comply with government-approved or prescribed protocols to ensure the proper handling of law enforcement sensitive information, protect the government from improper disclosure of law enforcement sensitive information, or otherwise disrupt or interfere with law enforcement actions.

Any instance for which the Government and/or the contractor determines that a contract employee provided incorrect, inaccurate, or unauthorized information shall count as a critical metric defect.  Please note that the Government may take actions to follow up and validate external complaints from stakeholders (i.e., the public, a consular section

Unclassified

DEFLD-00003850

overseas, etc.) and monitor available information sources (e.g., any contract-operated websites, printed materials, etc.) when encountering a report of a defect.

The contractor shall provide an initial incident report to the Government within 24 hours of discovering a defect (whether by contract or Government staff), followed by a full incident report within three (3) business days.

**Some key details on the Government's monitoring of these metrics:**

- The Government will employ the third-party Contractor QA team to assist with monitoring all E.5 critical metrics identified above.
- The Government may monitor trends when incidents under Section E.5 arise.  For example, if repeated incidents are reported, the Government may run system reports to find other incidents to understand the scope of the issue.
- The Government will work with the Contractor to determine remediation required (if applicable) on any incidents that occur.  If remediation is not complete before the next month's billing cycle begins, the contracting officer may continue to apply disincentives for the duration of months that the incident continues without remediation.
- If, at any performance period, the Contractor has not met any or all of these critical program metrics with zero defects, the contracting officer may apply disincentives as outlined below:
  - Tier 1 (one critical performance metric defect/month) – Deduct $10,000 from the monthly invoice.
  - Tier 2(two critical performance metric defects/month) – Deduct $30,000 from the monthly invoice.
  - Tier 3 (three or more critical performance metric defects/month) – Deduct $50,000 from the monthly invoice.

A performance reporting period is defined to be one calendar month.  E.5 penalties and performance-based disincentives will be applied based on the Contractor's monthly performance and monthly invoice.  Unless the Contractor's approved disincentive plan suggests otherwise, all disincentives will be calculated monthly and added cumulatively to a disincentive invoice which will be prepared after the mid-point and end-point of each contract period of performance, to be determined upon award.

- However, while all incidents reported or discovered will be recorded each month, any disincentive recommended to the Contracting Officer may be dependent on how intentional, negligent or accidental the occurrence is in nature and is up to the discretion of the Government.
- The Contractor may be required to provide LifeLock (identity theft protection) or similar services if determined by A/GIS/PRV.

## E.6    GOVERNMENT QUALITY ASSURANCE PLAN (QASP) SURVEILLANCE

The Government will perform quality assurance procedures to verify that performance is in accordance with the terms of the contract.  Government quality assurance will be performed routinely by the Contracting Officer's Representative in accordance with a Government-developed QASP to be issued after award.  The Government may use a third party contractor to

Unclassified

support quality assurance efforts as required.  The Contracting Officer's Representative or designated quality assurance evaluators will record all surveillance observations and will maintain a file of all inspection results.  Successive months of unsatisfactory performance for any critical performance metric may result in other appropriate action(s) by the Contracting Officer in accordance with the Inspection of Services clause, including Termination for Default. Any action taken by the Contracting Officer as a result of surveillance will be in accordance with the terms of this contract.

## E.7     METHODS OF SURVEILLANCE

The Government may use a variety of surveillance methods to evaluate the Contractor's performance.  These include, but are not limited to, random sampling of deliverables, periodic surveillance of the Contractor's quality control and performance disincentive program, audit of recurring services, and customer complaints.

Unclassified

DEFLD-00003852

# SECTION F — DELIVERIES OR PERFORMANCE

## F.1  CLAUSES INCORPORATED BY REFERENCE

FAR SOURCE            TITLE AND DATE

52.242-15             STOP-WORK ORDER (AUG 1989)

52.242-17             GOVERNMENT DELAY OF WORK (APR 1984)

52.247-55             F.O.B. POINT FOR DELIVERY OF GOVERNMENT-FURNISHED
                      PROPERTY (JUN 2003)

## F.2  PERIOD OF PERFORMANCE (05/95)

As stated in Section B.3, the effective date of the contract will coincide with either the date of contract award or the date the contractor receives the required facilities clearance.  The transition will begin upon the effective date of the contract and be included as a part of the base period.

## F.3  PLACE OF PERFORMANCE (05/95)

The primary place of performance is located at the two domestic processing facilities below:
- NVC, 31 and 32 Rochester Ave., Portsmouth, NH 03801, and;
- KCC, 3505 North Hwy 25 W, Williamsburg, KY 40769.

Domestic and international travel is also expected and will be required, and the contractor shall also participate in at least quarterly meetings with VSS program stakeholders at SA-17, located at 600 19th Street N.W., Washington, DC 20036.

Situational telework for select key personnel may be implemented on a case-by-case basis as approved in advance by the COR.  Prior to performing telework, Contractor staff must complete a situational telework agreement and request a FOB.

## F.4 TIME OF PERFORMANCE (05/95)

Currently, the standard hours of operation are from 7 a.m. to 12:30 a.m. five (5) days per week. As written in specific Staffing Requirements Sections of the PWS, the Contractor may also be required to perform work outside of the standard hours and days of operation.  As necessary, the Contractor shall coordinate with the COR to adjust hours and days of operation as necessary.

## F.5 DELIVERABLES

The Contractor shall provide deliverables as specified in Section C.6 Deliverables and Performance Requirements of the PWS.

Unclassified

DEFLD-00003853

# SECTION G — CONTRACT ADMINISTRATION DATA

## G.1  CONTRACT ADMINISTRATION DATA (07/01)

Contracting Officer: **PII**

Contract Administrator: **PII**
Telephone Number: **PII**
Email: **PII**

First Class Mailing:
U.S. Department of State
Office of Acquisition Management
A/LM/OPE/AQM/IP/TCA
P.O. Box 9115, Rosslyn Station
Arlington, Virginia  22219

Courier or Hand Delivery:
U.S. Department of State
Office of Acquisition Management
A/LM/OPE/AQM/ IP/TCA
1735 N. Lynn Street, Cub. 419A
Arlington, Virginia  22209

Contracting Officer's
Representative (COR):

**NVC COR**
Name: **PII** , NVC Deputy Director
Telephone: **PII**
Email: **PII**

**NVC ACOR**
Name: **PII** , NVC Assistant Director
Telephone: **PII**
Email: **PII**

**NVC ACOR**
Name: **PII** , NVC Operations Officer
Telephone: **PII**
Email: **PII**

**KCC COR**
Name: **PII**
Telephone: **PII**
Email: **PII**

**KCC ACOR**
Name: **PII** , Operations Officer
Telephone: **PII**
Email: **PII**

88

DEFLD-00003854

**VO/DO COR**
Name:         PII
Telephone:         PII
Email:         **PII**

**CA/CST GTM**
Name:  TBD
Telephone:  (202) 485-XXXX
Email:  X@state.gov

**CA/PPT GTM**
Name:  TBD
Telephone:  (202) 485-XXXX
Email:  X@state.gov

## G.2  DOSAR 652.232-70  PAYMENT SCHEDULE AND INVOICE SUBMISSION (FIXED-PRICE) (AUG 1999) (ACQ STANDARD FORMAT) (09/99)

(a)    *General.*   The Government shall pay the Contractor as full compensation for all work required, performed and accepted under this contract, inclusive of all costs and expenses, the firm-fixed-price stated in Section B of this contract.

(b)    RESERVED

(c)    *Invoice Submission.*  Invoices shall be submitted in an original and three copies to the office identified in Block 10 of the SF-26, Block 23 of the SF-33, or Block 18b of the SF-1449, except that invoices for services shall be submitted to the Contracting Officer's Representative (COR) at the address referenced in Section G of this contract under "CONTRACT ADMINISTRATION DATA." One copy of the invoice shall be concurrently submitted to the Contracting Officer at the address referenced in Section G of this contract under "CONTRACT ADMINISTRATION DATA."  To constitute a proper invoice, the invoice must include all items per FAR 52.232-25, "PROMPT PAYMENT."

(d)    *Contractor Remittance Address.*  Payment shall be made to the Contractor's address as specified on the cover page of this contract, unless a separate remittance address is specified below:

_____

_____

_____

Unclassified

DEFLD-00003855

19AQMM19C0135

## G.3  DEPARTMENT OF STATE INVOICE INSTRUCTIONS

Instructions for invoice payment:

Invoice submission is only via the Office of Claims' Commercial Claims Operations fax server, toll-free number: 866-483-3436, unless otherwise indicated.  Each invoice must be transmitted separately.

To constitute a proper invoice, the invoice must include the following information and/or attached documentation:

(1) Name and Address of the Contractor
(2) Dun and Bradstreet Universal Numbering System (DUNS) Number
(3) Date of invoice
(4) Unique Vendor Invoice Number
(5) Remittance Contact Information
(6) Shipping Terms, Ship to Address
(7) Payment Terms
(8) Total Quantity of Items
(9) Total Invoice Amount
(10) Requisition Number, Contract Number and Order/Award Number, with modification number, if applicable.
(11) Order line item number and information, see below line item information instructions.

The name and DUNS of the contractor on the invoice must match the information indicated on the order/award for proper payment.  IMPORTANT:  For proper payment, the invoice must detail products and/or services delivered on a line item basis in direct accordance with the corresponding order/award/contract.  Each line item must contain the following information:

(1) Description of the services rendered for each line item
(2) Line Item Quantity
(3) Line Item Unit Price
(4) Total Line Item Invoicing Amount
(5) Delivery Date
(6) Contract Line Item Number (CLIN)
(7) Order/Award Line Item Number if invoicing against a task or delivery order or Blanket Purchase Agreement (BPA)

Please note that many task or delivery orders against Department of State or GSA contracts or blanket purchase agreements may have a separate and unique line item number in addition to the umbrella Contract Line Item Number (CLIN).  The order line item number as well as the umbrella award CLIN must be referenced at each invoice line item level in such cases.

All payment to domestic claims will be disbursed by electronic funds transfer EFT.  Contractors who are registered in the Central Contractor Registration (CCR) should verify and re-confirm their financial information in the database prior to invoicing.  Contractors who wish to request a waiver of CCR or payment by check must submit their justification to their assigned contracting officer for consideration at least 30 days prior to billing.  For contractors who are granted an EFT

Unclassified

DEFLD-00003856

exception, the payment address on the invoice must match the remittance address in the contractor record cited in the award.

Additional correspondence should be addressed to:

| | |
|---|---|
| Name: | U.S. Department of State |
| | Global Financial Services |
| | Attn: Office of Claims (RM/GFS/F/C) |
| | Charleston Financial Service Center |
| | |
| Mailing Address: | Post Office Box 150008 |
| | Charleston, SC 29415-5008 |
| | |
| Telephone Numbers: | Voice 843-202-3761 |
| | Fax 843-746-0749 |
| | |
| Person to Contact: | **PII**  Office of Claims |
| Email: | **PII** |
| Phone: | **PII** |

To request Payment Status on a Past Due Invoice contact:  Office of Claims Customer Service

| | |
|---|---|
| Email: | ███████████ |
| Phone: | 877-704-9473 Toll Free |

The contractor shall incorporate Section J, Attachment J – Contract Line Item Number and Invoicing Supplement into their invoicing approach.  This attachment provides additional guidance and representative examples with regard to invoicing and use of funds in accordance with the CLIN structure as defined in Section J, Attachment F – Pricing Tables.

Unclassified

DEFLD-00003857

# SECTION H — SPECIAL CONTRACT REQUIREMENTS

## H.1     GOVERNMENT-FURNISHED EQUIPMENT AND SPACE (ON-SITE) (05/95)

For Contractor personnel performing work on Government premises, the Government shall provide: on-site office space, furniture, telephone service, and any other necessary supplies and equipment.

## H.2     GOVERNMENT-FURNISHED PROPERTY (05/95)

Notwithstanding any term or condition of this contract to the contrary, the Government will provide only that property set forth below for use in the performance of this contract.

|         Description         |         Quantity         |         Date         |
|-----------------------------|--------------------------|----------------------|

To be provided upon contract award

## H.3     INSURANCE REQUIREMENTS (05/95)

In accordance with FAR 52.228-5 "INSURANCE--WORK ON A GOVERNMENT INSTALLATION," the Contractor shall, at no additional expense to this contract, provide and maintain, in addition to any other insurance coverage required elsewhere in this contract, the following types of insurance in the amounts specified. Before commencing work under this contract, the Contractor shall certify to the Contracting Officer in writing that at least the kinds and minimum amounts of insurance required below have been obtained.

(a)     Workers' Compensation and Employer's Liability--The Contractor is required to comply with applicable Federal and State workers' compensation and occupational disease statutes. If occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy, except when contract operations are so commingled with a Contractor's commercial operations that it would not be practical to require this coverage. Employer's liability coverage of at least $100,000 is required, except in States with exclusive or monopolistic funds that do not permit worker's compensation to be written by private carriers.

(b)     General Liability--The Contractor shall provide bodily injury liability insurance coverage written on the comprehensive form policy of at least $500,000 per occurrence.

(c)     Automobile Liability--The Contractor shall provide automobile liability insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with performing the contract. Policies covering automobiles operated in the United States shall provide coverage of at least $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage. The amount of liability coverage on other policies shall be commensurate with any legal requirements of the locality and sufficient to meet normal and customary claims.

(d)     Aircraft Public and Passenger Liability--When aircraft are used in connection with performing the contract, the Contractor shall provide aircraft public and passenger liability insurance. Coverage shall be at least $200,000 per occurrence for property damage. Coverage of

Unclassified

DEFLD-00003858

passenger liability bodily injury shall be at least $200,000 multiplied by the number of seats or passengers, whichever is greater.

(e)     Vessel Liability--When contract performance involves use of vessels, the Contractor shall provide vessel collision liability and protection and indemnity liability insurance.

## H.4     KEY PERSONNEL (02/96)

The Contractor shall assign to this contract the key personnel identified in Section C.5 Key Personnel.

The Contractor agrees that a partial basis for award of this contract is the list of key personnel proposed.  Accordingly, the Contractor agrees to assign to this contract those key persons whose resumes were submitted with the proposal necessary to fulfill the requirements of the contract.  No substitution shall be made without prior notification to and concurrence of the Contracting Officer. During the first ninety days of performance, the Contractor shall make no substitutions of key personnel unless the substitution is necessitated by illness, death, or termination of employment without approval of the Government.

Without Government approval, the contractor shall not be permitted to substitute key personnel for at least the first ninety (90) days of contract performance unless the substitution is necessitated by illness, death, or termination of employment.  Additionally, no substitution shall be made less than forty-five (45) calendar days after the contractor provides notification in writing to the Government with regard to the intended substitution.  Specifically, when seeking to substitute key personnel, the contractor shall provide the Contracting Officer and/or Contracting Officer's Representative with the proposed individual's resume, a description of qualifications and skill levels aligned to the position, an explanation of the circumstances necessitating the substitution, and any other information requested by the Government to enable sufficient evaluation that the contractor is maintaining the same high quality of key personnel that provided the partial basis for award.  When the contractor learns that an individual in a key personnel position will be vacating the role, the contractor shall notify the Government immediately and proceed to secure, identify, and propose key personnel for Government review within thirty (30) calendar days.  The Government reserves the right to approve all key personnel.  These conditions shall apply equally to Government-designated and contractor-designated key personnel.

## H.5     NONPAYMENT FOR UNAUTHORIZED WORK (05/95)

No payments will be made for any unauthorized supplies or services, or for any unauthorized changes to the work specified herein.  This includes any services performed by the Contractor of his own volition or at the request of an individual other than a duly appointed Contracting Officer. Only a duly appointed Contracting Officer is authorized to change the specifications, terms, and/or conditions of this contract.

Unclassified

DEFLD-00003859

## H.6    ORGANIZATIONAL CONFLICT OF INTEREST - GENERAL (02/96)

(a)    The Contractor warrants that, to the best of its knowledge and belief, there are no relevant facts or circumstances which would give rise to an organizational conflict of interest, as defined in FAR Subpart 9.5, or that the Contractor has disclosed all such relevant information.

(b)    The Contractor agrees that if an actual or potential organizational conflict of interest is discovered after award, the Contractor will make a full disclosure in writing to the Contracting Officer. This disclosure shall include a description of actions which the Contractor has taken or proposes to take to avoid or mitigate the actual or potential conflict.

(c)    If the Contractor was aware of a potential organizational conflict of interest prior to award or discovered an actual or potential conflict after award and did not disclose or misrepresented relevant information to the Contracting Officer, the Government may terminate the contract for default.

(d)    The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts.

## H.7    SAFEGUARDING OF INFORMATION (05/95)

The Contractor and its employees shall exercise the utmost discretion in regard to all matters relating to their duties and functions. They shall not communicate to any person any information known to them by reason of their performance of services under this contract which has not been made public, except in the necessary performance of their duties or upon written authorization of the Contracting Officer. All documents and records (including photographs) generated during the performance of work under this contract shall be for the sole use of and become the exclusive property of the U.S. Government. Furthermore, no article, book, pamphlet, recording, broadcast, speech, television appearance, film or photograph concerning any aspect of work performed under this contract shall be published or disseminated through any media without the prior written authorization of the Contracting Officer. These obligations do not cease upon the expiration or termination of this contract. The Contractor shall include the substance of this provision in all contracts of employment and in all subcontracts hereunder.

## H.8    SECURITY REQUIREMENTS (09/99)

(a)    A facility security clearance at the Top Secret level is required for contract performance in accordance with the DD Form 254, Department of Defense Contract Security Classification Specification, attached to this contract.

(b)    At a minimum, all Contractor personnel involved in any manner of support for this contract shall possess / maintain a favorable Moderate Risk Public Trust determination.

(c)    Since it will be necessary for some Contractor personnel to have access to classified material and/or to enter into areas requiring a security clearance, each Contractor employee requiring such access must have an individual security clearance commensurate with the required level of access prior to contract performance. Individual clearances shall be maintained for the duration of employment under this contract, or until access requirements change.

Unclassified

DEFLD-00003860

(d)      The Contractor shall obtain a Department of State building pass for all employees performing under this contract who require frequent and continuing access to Department of State facilities in accordance with DOSAR 652.204-70 "IDENTIFICATION/BUILDING PASS."

(e)      Performance of this contract shall be in accordance with the attached DD Form 254, Department of Defense Contract Security Classification Specification and FAR 52.204-2 "SECURITY REQUIREMENTS." (See Section, Attachment D – DD254)

(f)      Classified material received or generated in the performance of this contract shall be safeguarded and disposed of in accordance with the National Industrial Security Program Operating Manual (DOD 5220.22-M).

## H.9     REMOVAL FROM DUTY

The DOS may direct the Contractor to remove any employee immediately from the worksite(s) should it be determined that the person is unfit for the job.  A determination of unfitness may be made from, but not be limited to, incidents involving the most immediately identifiable types of misconduct or delinquency as set forth below:

- Falsification or unlawful concealment, removal, mutilation or destruction of any official document or records, or concealment of material facts by willful omissions from official documents or records.
- Disorderly conduct, use of abusive or offensive language, quarreling, intimidation by words or actions, or fighting.  Also, participation in disruptive activities which interfere with the normal and efficient operations of the Government.
- Theft, vandalism, immoral conduct, or any other criminal actions.
- Selling, consuming, or being under the influence of intoxicants, drugs, or substances which produce similar effects.
- Improper use of official authority or credentials.
- Unauthorized use of communications equipment or Government property.
- Violations of security procedures or regulations.
- Unauthorized release or disclosure of information protected by the Privacy Act, Section 222(f) of the Immigration and Nationality Act or any other statute, regulation or guideline concerning management and disclosure of visa and immigration records or any other information covered by Section H.12 of this Contract.

The Contracting Officer, based on information from the COR will make the determinations regarding the removal of any employee from worksite(s).  Specific reasons for removal will be provided to the Contractor in writing.

The Contractor at no additional expense to the Government shall replace the individual(s) with the required expertise to perform the services under the contract.  If the Contractor is unable to replace the individual(s) with the required expertise the Government may contract to a firm that meets the Government's requirements and invoice the defaulting contractor.

## H.10    SMOKE-FREE WORKPLACE NOTICE (05/95)

(a)      The Department of State has been designated a smoke-free workplace.

Unclassified

(b)     *Definitions.*  "Smoking" means a lighted cigar, cigarette, pipe or other tobacco product. "Smoking Areas" means those designated exterior spaces where the smoking of tobacco products is permitted.

(c)     *Applicability.*  The Smoke-Free Workplace policy applies to all occupants of the Main State Complex; as well as all Department of State occupied space in other domestic buildings, whether owned, rented or leased, and to all Department of State owned, rented, or leased vehicles.

(d)     *Policy.*  It is the policy of the Department of State to promote a healthy environment. Accordingly, the Department has adopted a policy prohibiting smoking in the interior of all domestic buildings and facilities effective August 1, 1993.

## H.11   TECHNICAL DIRECTION (05/95)

(a)     Performance of the work hereunder shall be subject to technical instructions, whether oral or written, issued by the Contracting Officer's Representative(s) specified in SECTION G of this contract.  As used herein, technical instructions are defined to include the following:

       (1)     Directions to the Contractor which suggest pursuit of certain lines of inquiry, change work emphasis, fill in details or otherwise serve to assist in the Contractor's accomplishment of the Statement of Work.

       (2)     Guidance to the Contractor which assists in the interpretation of drawings, specifications or technical portions of work description.

(b)     Technical instructions must be within the general scope of work stated in the contract. Technical instructions may not be used to:  (1) assign additional work under the contract; (2) direct a change as defined in the "Changes" clause of this contract; (3) increase or decrease the contract price or estimated contract amount (including fee), as applicable, the level of effort, or the time required for contract performance; or (4) change any of the terms, conditions or specifications of the contract.

(c)     If, in the opinion of the Contractor, any technical instruction calls for effort outside the scope of the contract or is inconsistent with this requirement, the Contractor shall notify the Contracting Officer in writing within ten working days after the receipt of any such instruction. The Contractor shall not proceed with the work affected by the technical instruction unless and until the Contractor is notified by the Contracting Officer that the technical instruction is within the scope of this contract.

(d)     Nothing in the foregoing paragraph shall be construed to excuse the Contractor from performing that portion of the contractual work statement which is not affected by the disputed technical instruction.

## H.12   RESTRICTIONS AGAINST DISCLOSURE

(a)     Subject to the provisions of paragraph (c) below, the Contractor agrees, in the performance of this contract, to keep all information which is obtained or otherwise unavailable to the general public, in the strictest of confidence. The Contractor acquires neither possessory nor proprietary interests in such information.  The Contractor agrees not to publish, reproduce, or otherwise divulge such information in whole or in part, in any manner or form, at any time, during or

Unclassified

DEFLD-00003862

following contract performance, no to authorize or permit others to do so.  The Contractor agrees to take such reasonable measures as are necessary to restrict access to such information to those employees needing such information to perform the work provided herein, i.e., on a "need to know basis.  The Contractor agrees to immediately notify the Contracting Officer's Representative, in the event that he or she determines or has reason to suspect a breach of any of these requirements or restrictions, and to provide written notification as soon as possible.

(b)      The Contractor agrees to include the above clause or equivalent language in any agreement or subcontract hereunder.

(c)      The Contractor agrees not to disclose any information concerning the work under this contract to any persons or entities unless prior written approval is obtained from the Contracting Officer.

## H.13  CONTRACTOR COMMITMENTS, WARRANTIES AND REPRESENTATIONS (05/95)

Any written commitment by the Contractor within the scope of this contract shall be binding upon the Contractor.  Failure of the Contractor to fulfill any such commitment shall render the Contractor liable for liquidated or other damages due to the Government under the terms of this contract.  For the purpose of this clause, a written commitment by the Contractor is limited to the proposal submitted by the Contractor, and to specific written modifications to the proposal. Written commitments by the Contractor are further defined as including (1) any warranty or representation made by the Contractor in a proposal as to hardware or software performance; total systems performance; and other physical, design, or functional characteristics of equipment, software package or system, or installation date;  (2) any warranty or representation made by the Contractor concerning the characteristics or items described in (1) above, made in any publications, drawings, or specifications accompanying or referred to in a proposal; and (3) any modification of or affirmation or representation as to the above which is made by the Contractor in or during the course of negotiations, whether or not incorporated into a formal amendment to the proposal.

## H.14   CONTRACTOR RESPONSIBILITY

The Contractor, not the Government, shall exercise supervision and control over the Contractor's personnel.  The Contractor is responsible to the Government.

The Contractor shall be responsible for the safety of its employees and for any injury or damage to them.  The Contractor shall be responsible at its own expense for loss and/or damage to Government property or personnel resulting from Contractor fault or negligence or from the fault or negligence of any of its personnel.

## H.15  CONTRACTOR RELATIONSHIPS

The Contractor shall cooperate with other Contractors or Government personnel responsible for other components of the facilities to assure their continued operation.  Difficulties arising in these relationships shall be immediately reported to the COR.

Unclassified

DEFLD-00003863

Appendix I                                                   19AQMM19C0135

## H.16  CONTRACTOR IDENTIFICATION

Contract performance may require contractor personnel to attend meetings with government personnel and the public, work within government offices, and/or utilize government email.

 Contractor personnel must take the following actions to identify themselves as non-federal employees:

 1)  Use an email signature block that shows name, the office being supported and company affiliation (e.g. "John Smith, Office of Human Resources, ACME Corporation Support Contractor");

 2)  Clearly identify themselves and their contractor affiliation in meetings;

 3)  Identify their contractor affiliation in Departmental e-mail and phone listings whenever contractor personnel are included in those listings; and

 4)  Contractor personnel may not utilize Department of State logos or indicia on business cards.

Unclassified

DEFLD-00003864

# SECTION J – LIST OF ATTACHMENTS

## J.1   List of Attachments

| | |
|---|---|
| Attachment A | Constraints and Mandatory Program Requirements |
| Attachment B | Current State Snapshot |
| Attachment C | Requirements for the Protection of NCIC Criminal History Information (III) as Law Enforcement Sensitive (LES) |
| Attachment D | DD254, Department of Defense Contract Security Classification Specification |
| Attachment E | Service Contract Act Wage Determinations No. 2017-0676, Rev. 3; 2015-4013, Rev. 12; 2015-4695, Rev. 14 |
| Attachment F | Pricing Tables |
| Attachment G | LCAT and Price List Template |
| Attachment H | Timeliness and Quality Acceptance Criteria |
| Attachment I | Criminal Justice Information Services (CJIS) |
| Attachment J | Contract Line Item Number and Invoicing Supplement |

Unclassified

DEFLD-00003865