IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>– against –<br><br>ANTONY BLINKEN, *et al.*,<br><br>Defendants. | Case No. 18-cv-01388-TSC-MAU |

## JOINT STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFF JOHN DOE CHARLIE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Civil Rule 16.6, Plaintiff John Doe Charlie and Defendants, by and through their undersigned counsel, hereby jointly stipulate and agree that the claims of Plaintiff John Doe Charlie in the above-captioned matter are dismissed with prejudice, with each party to bear their own costs and fees. This stipulation does not dismiss the claims of any other named plaintiff or any claim of the certified class.

Dated: June 16, 2023

*/s/ Kimberly Grano*
Kimberly Grano (D.D.C. Bar No. NY0512)
Deepa Alagesan (D.D.C. Bar No. NY0261)
Alexandra Zaretsky (D.D.C. Bar No. NY0434)
Mariko Hirose (D.D.C. Bar No. NY0262)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor

Dated: June 16, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation,
District Court Section

New York, New York 10004
Telephone: (646) 946-7453
kgrano@refugeerights.org
dalagesan@refugeerights.org
azaretsky@refugeerights.org
mhirose@refugeerights.org

Melissa S. Keaney (D.D.C. Bar No. CA00064)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
P.O. Box 2291
Fair Oaks, California 95628
Telephone: (916) 546-6125
mkeaney@refugeerights.org

*/s/ Rebecca Kerr*
Rebecca Kerr (D.D.C. Bar No. NY0267)
Linda H. Martin (D.D.C. Bar No. NY0210)
David Y. Livshiz (D.D.C. Bar No. NY0269)
Wang Jae Rhee (admitted *pro hac vice*)
J. Mia Tsui (D.D.C. Bar No. CA00167)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
linda.martin@freshfields.com
david.livshiz@freshfields.com
rebecca.kerr@freshfields.com
wangjae.rhee@freshfields.com
mia.tsui@freshfields.com

Justin C. Simeone (D.D.C. Bar No. 252751)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, D.C. 20005
Telephone: (202) 777-4543
justin.simeone@freshfields.com

*Attorneys for Plaintiffs and Class Counsel*

YAMILETH G. DAVILA
Assistant Director

STEVEN A. PLATT
Senior Litigation Counsel

RUTH ANN MUELLER
SEAN L. KING
Trial Attorneys

*/s/ David J. Byerley*
DAVID J. BYERLEY
D.C. Bar No. 1618599
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
202-532-4523
david.byerley@usdoj.gov

*Attorneys for Defendants*