IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>                        Plaintiffs,<br><br>    – against –<br><br>ANTONY BLINKEN, *et al.*,<br><br>                        Defendants. | Case No. 18-cv-01388-TSC-MAU |

**DEFENDANTS' UNOPPOSED MOTION FOR CONSOLIDATION PURSUANT TO
RULE 42(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 40.5(d), Defendants respectfully request that this Court consolidate *Escandari v. Blinken*, *et al.,* No. 1:23-cv-02779 (TSC) (D.D.C.) with this case: the certified class action in *Allies v. Blinken, et al.,* No. 1:18-cv-01388-TSC-MAU (D.D.C.). Plaintiff in *Escandari* meets the definition of a class member in *Allies,* which is a mandatory Rule 23(b)(2) certified class, and the suit involves the same legal and factual issues as at issue in *Allies*. The Court has granted similar unopposed motions to consolidate individual plaintiffs who met the definition of a class member in *Allies*. *See* ECF No. 183, Minute Order (Nov. 1, 2022), Minute Order (May 3, 2023). Moreover, the *Allies* Parties previously filed a Joint Status Report apprising the Court that consolidation of such cases would have no effect on the instant litigation going forward. ECF No. 186. To avoid interference by another court with the class-wide relief that this Court has already ordered, the Court should consolidate *Escandari* with *Allies*.

Plaintiff's counsel in *Escandari* informed Defendants that he does not oppose this Motion. Pursuant to Local Rule 7(m), Defendants requested views from class counsel on October 17, 2023, who informed Defendants that Plaintiffs do not agree with all of Defendants' arguments in support of the motion, but do not oppose consolidation.

## CONCLUSION

For the foregoing reasons, the Court should grant Defendants' Unopposed Motion for Consolidation and consolidate *Escandari v. Blinken*, *et al.,* No. 1:23-cv-02779 (TSC) (D.D.C.) with this case.

Dated: October 18, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

SEAN L. KING
RUTH ANN MUELLER
Trial Attorney

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation,
District Court Section

*/s/David J. Byerley*
DAVID J. BYERLEY
D.C. Bar. No. 1618599
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box. 868, Washington, DC 20044
202-532-4523
david.byerley@usdoj.gov

YAMILETH G. DAVILA
Acting Deputy Director

STEVEN A. PLATT
Senior Litigation Counsel

*Attorneys for Defendants*