**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED**, <br><br> Plaintiffs, <br><br> v. <br><br> **MICHAEL R. POMPEO**, *et al.*, <br><br> Defendants. | Civil Action No. 18-01388 (TSC) (MAU) |

**ORDER**

For the reasons set forth therein, Plaintiffs' Consent Motion to Amend the Class

Certification Order (ECF No. 247) is GRANTED.  It is hereby ORDERED that the court's ORDER

certifying this case to proceed as a class action pursuant to Rules 23(a) and 23(b)(2) of the Federal

Rules of Civil Procedure (ECF No. 89) is amended, so that the Plaintiff Class shall consist of:

> all people who have (1) applied for an Afghan or Iraqi SIV pursuant to the Afghan
> Allies Protection Act of 2009, Pub. L. No. 111-8, 123 Stat. 807 ("AAPA"), or the
> Refugee Crisis in Iraq Act of 2007, Pub. L. No. 110-181, 122 Stat. 395 ("RCIA"),
> by submitting an application for Chief of Mission ("COM") approval, and (2)
> whose applications have been awaiting government action for longer than 9 months
> on or before November 30, 2022.

It is further ORDERED that the Joint Stipulation and Motion to Dismiss Counts Four and

Five of Plaintiffs' First Amended Complaint (ECF No. 248) is GRANTED.  Counts Four and Five

both sought to compel "Defendants to appoint SIV coordinators."  First Amended Compl. ¶¶ 87,

92, ECF No. 23.  Count Four demanded relief under 5 U.S.C. §§ 702 and 706(1) and Count Five

sought a writ of mandamus pursuant to 28 U.S.C. § 1362.  *Id.*  Defendants have designated the

Deputy Chief of Mission at Embassy Doha's Afghan Affairs Unit and the U.S. Embassy Baghdad's Consul General as SIV coordinators.  Joint Stipulation and Mot. to Dismiss at 2–3, ECF No. 248.  Therefore, the court finds that Counts Four and Five are moot as to all class members. *See Kremens v. Bartley*, 431 U.S. 119, 129 (1977).  Counts Four and Five of Plaintiffs' First Amended Complaint (ECF No. 23) are DISMISSED as MOOT.

Date: October 4, 2024

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge