**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>ANTHONY BLINKEN, *et al.*,<br><br>   *Defendants*. | Civil Action No. 18-cv-1388-TSC-MAU |

**ORDER ADOPTING REVISED ADJUDICATION PLAN**

On November 11, 2022, the District Court issued an Order that granted in part and denied in part Defendants' Motion for Relief from Judgment. *See* ECF No. 191. The District Court allowed Defendants to propose a revised adjudication plan.

On December 1, 2022, the District Court referred this matter to this Court "for the development of a new adjudication plan and limited discovery related to that plan." Minute Order (Dec. 1, 2022). This Court thereafter oversaw limited discovery related to the plan.

On January 23, 2023, Defendants appealed the District Court's November 11, 2022 Order (ECF No. 191).

On February 2, 2023, Defendants filed a Proposed Revised Adjudication Plan ("Revised Plan"). *See* ECF No. 207. On March 9, 2023, Plaintiffs filed their Objections. *See* ECF No. 217.

On March 18, 2024, pending the D.C. Circuit's decision on Defendants' appeal, the District Court stayed the case. *See* Minute Order (Mar. 18, 2024).

1

On June 7, 2024, the D.C. Circuit affirmed the District Court's November 11, 2022 decision. *See Afghan and Iraqi Allies et al. v. Blinken et al.*, 103 F.4th 807 (D.C. Cir. 2024).

On July 29, 2024, the District Court lifted the stay. *See* Minute Order (July 29, 2024).

On August 12, 2024, this Court ordered Defendants to file clarifications to their Revised Plan and set a briefing schedule. *See* Minute Order (Aug. 12, 2024).

On October 10, 2024, this Court held a hearing regarding Defendants' Revised Plan and its clarifications (ECF Nos. 207 and 243) and heard oral argument from counsel for both Parties. The Court resolved all objections. The Court ordered the Parties to submit a Joint Proposed Order with a Final Adjudication Plan incorporating the Court's rulings.

On October 24, 2024, Defendants filed a Motion for Clarification and Short Extension (ECF No. 258). Defendants requested clarification as to the procedure by which they may file objections to this Court's rulings with regards to the Final Adjudication Plan.

Upon consideration of the Parties' written and oral arguments, and for the reasons stated on the record at the October 10, 2024 hearing, it is hereby,

**ORDERED** that the Court adopts the Joint Proposed Revised Adjudication Plan (ECF No. 254-1) as the Final Adjudication Plan. The Final Adjudication Plan is attached as Exhibit 1 to this Order. It is further,

**ORDERED** that, to the extent either Party objects to this Court's October 10, 2024 rulings, objections shall be filed no later than November 18, 2024. The filing of oppositions and replies shall be governed by LCvR 7(b) and (d). Defendant's Motion (ECF No. 258) is DISMISSED AS MOOT.

**SO ORDERED.**

2

Date: November 4, 2024

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge