AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Afghan and Iraqi Allies | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-01388-TSC-MAU |
| U.S. Department of State, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Department of State, et. al. (Defendants) .

Date: 12/05/2024

/s/ Jaime Scott
*Attorney's signature*

Jaime Scott, DC Bar #90027182
*Printed name and bar number*

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Address*

Jaime.A.Scott@usdoj.gov
*E-mail address*

(202) 305-3620
*Telephone number*

(202) 305-7000
*FAX number*