UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> **MARCO A. RUBIO**, *et al.*, <br><br> Defendants. | Civil Action No. 18-1388 (TSC) (MAU) |

## ORDER

On September 20, 2019, the court granted in part and denied in part Plaintiffs' motion for summary judgment, and ordered the parties to develop a plan for promptly processing and adjudicating Class Members' SIV applications. *See* Order at 1–2, ECF No. 76. On June 14, 2020, the court approved and adopted the parties' joint proposed adjudication plan (the "2020 Plan"). ECF No. 113. On October 19, 2021, the parties entered into a joint stipulation to stay Defendants obligations under the 2020 Plan, ECF No. 144, amended on November 23, 2021, ECF No. 147, which the court entered, *nunc pro tunc*, effective October 19, 2021, Dec. 20, 2021 Min. Order.

On November 30, 2022, the court granted in part and denied in part Defendants' Motion for Relief from Judgment, and ordered Defendants to propose a revised adjudication plan. ECF No. 191. On December 1, 2022, the court referred this matter to a magistrate judge "for the development of a new adjudication plan." Dec. 1, 2022 Min. Order. On March 18, 2024, the court stayed further proceedings, pending the D.C. Circuit's resolution of Defendants' appeal of the

court's November 30, 2022 Order. Mar. 18, 2024 Min. Order. On June 7, 2024, the D.C. Circuit affirmed the court's November 30, 2022 Order. *See Afghan & Iraqi Allies v. Blinken*, 103 F.4th 807 (D.C. Cir. 2024). On July 29, 2024, the court lifted the stay. July 29, 2024 Min. Order.

On November 4, 2024, following briefing and a hearing, Magistrate Judge Upadhyaya adopted a Revised Adjudication Plan. ECF No. 260. On November 18, 2024, Defendants filed objections to the Revised Adjudication Plan pursuant to Federal Rule of Civil Procedure 72(a). ECF No. 261.

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 271, the court GRANTS in part and DENIES in part Defendants' Objections, ECF No. 261, to the Revised Adjudication Plan, ECF No. 260. It is further,

ORDERED, that the court ADOPTS in part and MODIFIES in part the rulings and Order of the Magistrate Judge, ECF No. 260. Accordingly, the court APPROVES the Revised Adjudication Plan, attached as Exhibit 1 to this Order.

Date: June 5, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge