IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>      Plaintiffs,<br><br> – against –<br><br>MARCO A. RUBIO, *et al.*,<br><br>      Defendants. | Case No. 18-cv-01388-TSC-MAU |

## NOTICE OF APPEAL

Notice is hereby given that Defendants appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Memorandum Opinion of June 5, 2025 (ECF No. 271), and Order of June 5, 2025 (ECF No. 272, 272-1).

\*\*\*

1

Dated: July 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

RUTH ANN MUELLER
Senior Litigation Counsel

DAVID J. BYERLEY
RICHARD G. INGEBRETSEN
Trial Attorneys

*/s/ Jaime A. Scott*
JAIME A. SCOTT (DC Bar #90027182)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box. 868, Washington, DC 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

*Attorneys for Defendants*