**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED, <br><br>       Plaintiffs, <br><br>   – against – <br><br> MARCO A. RUBIO, *et al.*, <br><br>       Defendants. | Case No. 18-cv-01388-TSC-MAU |

## DEFENDANTS' NOTICE OF CHANGE OF MATERIAL FACTS

Defendants, by and through their undersigned counsel, file this notice of change of material facts regarding the issuance of Special Immigrant Visas ("SIVs"), Chief of Mission ("COM") decisions, and I-360s.

As of November 27, 2025, the Department of State (the "Department") is reviewing its security vetting of Afghan nationals with Afghan passports who are seeking a nonimmigrant or immigrant visas and validating its screening protocols for such applicants, including those related to ensuring an applicant's identity and eligibility for a visa under U.S. law. This includes applicants for Afghan SIVs. During this time, no visas will be issued to such applicants. Additionally, as of December 1, 2025, the Afghan Special Immigrant Visa Unit within the Department has paused the issuance of decisions on applications for COM approval.

As of November 27, 2025, U.S. Citizenship and Immigration Services has issued a hold on processing I-360s filed by Afghan petitioners.

Defendants will continue to update this Court and Plaintiffs in a timely manner on any further changes in material facts with respect to SIV processing.

Dated: December 2, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Acting Director
Office of Immigration Litigation

RUTH ANN MUELLER
DAVID J. BYERLEY
Senior Litigation Counsel

RICHARD G. INGEBRETSEN
JOSHUA A. CLEM
Trial Attorneys

/s/ Jaime A. Scott
JAIME A. SCOTT
D.C. Cir. Bar No. 66335
Trial Attorney
U.S. Department of Justice,
Civil Division
Office of Immigration Litigation
P.O. Box. 868, Washington, DC 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

*Attorneys for Defendants*

2