IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>                          Plaintiffs,<br><br>– against –<br><br>MARCO A. RUBIO, *et al.*,<br><br>                          Defendants. | Case No. 18-cv-01388-TSC-MAU |

**DECLARATION OF KIMBERLY GRANO IN SUPPORT OF
PLAINTIFFS' MOTION FOR STATUS CONFERENCE AND TO ENFORCE THE
REVISED ADJUDICATION PLAN**

Pursuant to 28 U.S.C. § 1746, I, Kimberly Grano, declare the following:

1. I am an attorney at the International Refugee Assistance Project, counsel to Plaintiffs and the certified class in the above-captioned action. I am licensed by the States of New York and California and am admitted to practice before this Court.

2. I respectfully submit this declaration in support of Plaintiffs' Motion for Status Conference and to Enforce the Revised Adjudication Plan. I make this declaration based on my personal knowledge and documents I have reviewed.

**The Parties' Communications Regarding Defendants' Progress Report**

3. I have full knowledge of the parties' correspondence concerning Defendants' Progress Report for the period of June 5, 2025 to September 3, 2025, ECF No. 290 ("Progress Report").

4. On October 7, 2025, my co-counsel Pedro Sepulveda sent a letter to Defense counsel via

       email concerning deficiencies Plaintiffs identified in the Progress Report. A true and correct copy of Plaintiffs' October 7, 2025 letter is attached as **Exhibit 1**.

5. On October 28, 2025, counsel for Defendants sent a letter to counsel for Plaintiffs responding, in part, to Plaintiffs' October 7, 2025 letter. A true and correct copy of Defendants' October 28, 2025 letter is attached as **Exhibit 2**.

6. On October 29, 2025, counsel for Defendants and counsel for Plaintiffs met and conferred regarding the performance deficiencies raised in Plaintiffs' October 7, 2025 letter. Defense counsel stated that due to the lapse in appropriations, they were not able to immediately comment on many of Plaintiffs' questions.

7. On October 30, 2025, I sent a letter to Defense counsel via email containing follow-up questions related to the deficiencies Plaintiffs identified in the Progress Report. A true and correct copy of Plaintiffs' October 30, 2025 letter is attached as **Exhibit 3**.

8. As of December 5, 2025, Defendants have not provided a substantive response to Plaintiffs' October 30, 2025 letter.

**The Parties' Communications Regarding the Suspension of Afghan SIV Processing**

9. On December 2, 2025, I sent an email to Defense counsel regarding the publicly announced suspension of visa issuance and benefits adjudications for Afghan nationals. The email expressed Plaintiffs' concern that such suspensions are inconsistent with Defendants' obligations under the Revised Adjudication Plan and posed several questions about the impact of the suspensions on class members.

10. Counsel for Defendants emailed a substantive response to counsel for Plaintiffs, including myself, on December 4, 2025, referring Plaintiffs to Defendants' December 2, 2025 Notice of Change of Material Facts and responding to Plaintiffs' questions.

11.     A true and correct copy of the parties' email correspondence from December 2, 2025 to December 4, 2025 is attached as **Exhibit 4**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of December, 2025 in New York, New York.

                                              /s/ Kimberly Grano
                                       Kimberly Grano (D.D.C. Bar No. NY0512)