# EXHIBIT 4



Pedro Sepulveda <psepulveda@refugeerights.org>

## Allies v. Rubio - Inquiry regarding suspension of class members' SIV application processing

**Scott, Jaime A (CIV)** <Jaime.A.Scott@usdoj.gov>　　　　　　　　　　　　　　Thu, Dec 4, 2025 at 9:22 AM
To: Kimberly Grano <kgrano@refugeerights.org>
Cc: Pedro Sepulveda <psepulveda@refugeerights.org>, Lupe Aguirre <laguirre@refugeerights.org>, Ghita Schwarz <gschwarz@refugeerights.org>, Rebecca Kerr <Rebecca.Kerr@freshfields.com>, Wang Jae Rhee <wangjae.rhee@freshfields.com>, "SIMEONE, Justin" <justin.simeone@freshfields.com>, Mia Tsui <Mia.Tsui@freshfields.com>, Carla Yoon <carla.yoon@freshfields.com>, "SINGH, Gurpreet" <gurpreet.singh@freshfields.com>, "LEWIS, Liz" <Liz.Lewis@freshfields.com>, "CHEN, Nichole" <Nichole.Chen@freshfields.com>, "Clem, Joshua (CIV)" <Joshua.Clem2@usdoj.gov>, "Byerley, David (CIV)" <David.Byerley@usdoj.gov>, "Mueller, Ruth A. (CIV)" <Ruth.A.Mueller@usdoj.gov>, "Ingebretsen, Richard (CIV)" <Richard.Ingebretsen@usdoj.gov>, "Reno, Catherine M (CIV)" <Catherine.M.Reno@usdoj.gov>

Good morning,

Please refer to the Notice filed on December 2 as well as the below responses for all current information on the pause in Afghan SIV processing. Defendants will continue to update Plaintiffs and the Court on any further changes to material facts.

- Is the State Department's processing of class members' COM applications, or scheduling/holding of class members interviews, halted? If so, for how long?

**RESPONSE:** All COM processing has been paused. There is no information on when the pause will be lifted at this time. The State Department has not canceled any interviews for Afghan SIVs.

- Is USCIS's processing of class members' I-360 petitions halted? If so, for how long?

**RESPONSE:** There is a hold on processing all I-360s filed by Afghan petitioners. This hold will remain in effect until lifted by the USCIS Director through a subsequent memorandum.

- Is the State Department halting the issuance of visas to class members? If so, for how long?

**RESPONSE**: The State Department is not currently issuing visas to Afghan nationals using Afghan passports to apply for immigrant visas. This includes class members. At this time, there is no information on when this will be lifted.

- Is the State Department spoiling already-approved visas for class members?

**RESPONSE**: The State Department is spoiling visas that were printed for applicants who are Afghan nationals who used an Afghan passport to apply for the visa, but that were not handed back to the applicant. This includes class members.

- Are individuals who already have SIVs in hand permitted to travel to the United States?

    **RESPONSE:** A visa does not guarantee entry into the United States. The Department of Homeland Security (DHS), U.S. Customs and Border Protection (CBP) officials at the port-of-entry have authority to permit or deny admission to the United States.

- Are there other ways in which the recent government announcements have impacted Defendants' compliance with their obligations under the Revised Adjudication Plan?

**RESPONSE:**  Defendants will keep Plaintiffs and the Court informed about any further changes in material facts.

**Jaime A. Scott**

Trial Attorney

U.S. Department of Justice, Civil Division

Office of Immigration Litigation

(202) 305-3620 | Jaime.A.Scott@usdoj.gov

---

**From:** Scott, Jaime A (CIV)
**Sent:** Tuesday, December 2, 2025 12:27 PM
**To:** 'Kimberly Grano' <kgrano@refugeerights.org>
**Cc:** 'Pedro Sepulveda' <psepulveda@refugeerights.org>; 'Lupe Aguirre' <laguirre@refugeerights.org>; 'Ghita Schwarz' <gschwarz@refugeerights.org>; 'Rebecca Kerr' <Rebecca.Kerr@freshfields.com>; 'Wang Jae Rhee' <wangjae.rhee@freshfields.com>; 'SIMEONE, Justin' <justin.simeone@freshfields.com>; 'Mia Tsui' <Mia.Tsui@freshfields.com>; 'Carla Yoon' <carla.yoon@freshfields.com>; 'SINGH, Gurpreet' <gurpreet.singh@freshfields.com>; 'LEWIS, Liz' <Liz.Lewis@freshfields.com>; 'CHEN, Nichole' <Nichole.Chen@freshfields.com>; Clem, Joshua (CIV) <Joshua.Clem2@usdoj.gov>; Byerley, David (CIV) <David.Byerley@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>; Ingebretsen, Richard (CIV) <Richard.Ingebretsen@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>
**Subject:** RE: [EXTERNAL] Allies v. Rubio - Inquiry regarding suspension of class members' SIV application processing

Good afternoon,

Attached is our filing detailing all information we have as of this morning. We will respond to your further questions as soon as possible.

**Jaime A. Scott**

Trial Attorney

U.S. Department of Justice, Civil Division

Office of Immigration Litigation

(202) 305-3620 | Jaime.A.Scott@usdoj.gov

---

**From:** Scott, Jaime A (CIV)
**Sent:** Tuesday, December 2, 2025 9:03 AM
**To:** 'Kimberly Grano' <kgrano@refugeerights.org>
**Cc:** Pedro Sepulveda <psepulveda@refugeerights.org>; Lupe Aguirre <laguirre@refugeerights.org>; Ghita Schwarz <gschwarz@refugeerights.org>; Rebecca Kerr <Rebecca.Kerr@freshfields.com>; Wang Jae Rhee <wangjae.rhee@freshfields.com>; SIMEONE, Justin <justin.simeone@freshfields.com>; Mia Tsui <Mia.Tsui@freshfields.com>; Carla Yoon <carla.yoon@freshfields.com>; SINGH, Gurpreet <gurpreet.singh@freshfields.com>; LEWIS, Liz <Liz.Lewis@freshfields.com>; CHEN, Nichole <Nichole.Chen@freshfields.com>; Clem, Joshua (CIV) <Joshua.Clem2@usdoj.gov>; Byerley, David (CIV) <David.Byerley@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>; Ingebretsen, Richard (CIV) <Richard.Ingebretsen@usdoj.gov>; Reno, Catherine M (CIV) <Catherine.M.Reno@usdoj.gov>

**Subject:** RE: [EXTERNAL] Allies v. Rubio - Inquiry regarding suspension of class members' SIV application processing

Good morning,

We are confirming receipt and are discussing the below with the client agencies.

Best,

**Jaime A. Scott**

Trial Attorney

U.S. Department of Justice, Civil Division

Office of Immigration Litigation

(202) 305-3620 | Jaime.A.Scott@usdoj.gov

---

**From:** Kimberly Grano <kgrano@refugeerights.org>
**Sent:** Tuesday, December 2, 2025 8:51 AM
**To:** Scott, Jaime A (CIV) <Jaime.A.Scott@usdoj.gov>; Mueller, Ruth A. (CIV) <Ruth.A.Mueller@usdoj.gov>; Clem, Joshua (CIV) <Joshua.Clem2@usdoj.gov>; Byerley, David (CIV) <David.Byerley@usdoj.gov>; Ingebretsen, Richard (CIV) <Richard.Ingebretsen@usdoj.gov>
**Cc:** Pedro Sepulveda <psepulveda@refugeerights.org>; Lupe Aguirre <laguirre@refugeerights.org>; Ghita Schwarz <gschwarz@refugeerights.org>; Rebecca Kerr <Rebecca.Kerr@freshfields.com>; Wang Jae Rhee <wangjae.rhee@freshfields.com>; SIMEONE, Justin <justin.simeone@freshfields.com>; Mia Tsui <Mia.Tsui@freshfields.com>; Carla Yoon <carla.yoon@freshfields.com>; SINGH, Gurpreet <gurpreet.singh@freshfields.com>; LEWIS, Liz <Liz.Lewis@freshfields.com>; CHEN, Nichole <Nichole.Chen@freshfields.com>
**Subject:** [EXTERNAL] Allies v. Rubio - Inquiry regarding suspension of class members' SIV application processing

Dear counsel,

We write to inquire whether DOS/USCIS have suspended processing of class members' SIV applications in light of the government's announcements last week that it has halted visa issuance for and processing of all benefits requests relating to Afghan nationals. Plaintiffs are concerned that such suspensions are inconsistent with Defendants' court-ordered obligation to process class members' unreasonably delayed SIV applications under the Revised Adjudication Plan. Specifically, Plaintiffs ask the following:·

- Is the State Department's processing of class members' COM applications, or scheduling/holding of class members interviews, halted? If so, for how long?
- Is USCIS's processing of class members' I-360 petitions halted? If so, for how long?
- Is the State Department halting the issuance of visas to class members? If so, for how long?
- Is the State Department spoiling already-approved visas for class members?
- Are individuals who already have SIVs in hand permitted to travel to the United States?
- Are there other ways in which the recent government announcements have impacted Defendants' compliance with their obligations under the Revised Adjudication Plan?

We request Defendants' responses to these questions no later than Wednesday, December 3.

Best,

Kimberly

--

**Kimberly Grano** *she/her/hers*
Staff Attorney - U.S. Litigation

International Refugee Assistance Project
One Battery Park Plaza
33rd Floor IRAP
New York, NY 10004
**T** 646.946.7453
**E** kgrano@refugeerights.org
www.refugeerights.org

This message and its attachments are sent by a law office and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding, or saving this email and any attachments. Please notify the sender immediately if you believe that you are not the intended recipient.