IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>                Plaintiffs,<br><br>– against –<br><br>MARCO A. RUBIO, *et al.*,<br><br>                Defendants. | Case No. 18-cv-01388-TSC-MAU |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR STATUS CONFERENCE AND TO ENFORCE THE REVISED ADJUDICATION PLAN

Upon consideration of Plaintiffs' Motion for Status Conference and to Enforce the Revised Adjudication Plan, it is hereby ORDERED that Plaintiffs' motion is GRANTED. The Court ORDERS that:

1. The parties shall appear for a status conference on [DATE]. At the status conference, Defendants shall be prepared to explain how they will comply with the Revised Adjudication Plan in light of the suspension of aspects of Afghan SIV processing announced in ECF No. 292, and to explain steps they will take to meet the timing benchmarks at Steps 4, 9, and 11 of the Afghan SIV Plan, and Step 12 of the Iraqi SIV Plan.

2. Defendants shall, by [DATE], file a corrected progress report that, at Step 11 of the Afghan SIV Plan and Step 12 of the Iraqi SIV Plan: (1) excludes individuals who are not pending in government-controlled administrative processing, and (2) includes

2

Defendants' compliance with the performance standard for cases in forms of government-controlled administrative processing other than national security vetting.

**IT IS SO ORDERED.**

                                                                                                                 _____

                                                                                                                 TANYA S. CHUTKAN
                                                                                                                 United States District Judge

Dated: _____