IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>     Plaintiffs,<br><br> – against –<br><br>MARCO RUBIO, et al.,<br><br>     Defendants. | Case No. 1:18-cv-01388-TSC |

### DECLARATION OF ANDREA MCDONALD

1. I am an Adjudications Officer within the Adjudication Division of the Service Center Operations Directorate (SCOPS), U.S. Citizenship and Immigration Services ("USCIS"), U.S. Department of Homeland Security ("DHS"). I have served as the SCOPS' portfolio manager for the Special Immigrant Visa ("SIV") Program since 2018. In this capacity, I manage and advocate for the operational needs of the SIV program on behalf of USCIS, SCOPS on both interagency and intra-agency levels. I make this declaration based on my personal knowledge and my review of official documents and records maintained by USCIS. If called to testify, I could and would do so competently.

2. Following the shooting of the National Guardsmen in DC on November 26, 2025, and in the wake of the foiling of a planned terrorist attack by an Afghan national on Election day 2024, USCIS determined that a comprehensive re-review, potential interview, and re-interview of all aliens from high-risk countries of concern who entered the United States on or after January 20, 2021 is necessary. See the 12/2/25 USCIS PM *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries*.

3. To that end, on November 27, 2025, USCIS issued a hold on all decisions for applications and petitions involving nationals of Afghanistan. This hold applies to USCIS Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant from Afghan petitioners.

4. Currently, two (2) *Allies v. Rubio* class members are being impacted by the hold.

5. I declare under the penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct to the best of my knowledge.

Executed:
Date:

By: _____ANDREA K MCDONALD_____

Digitally signed by ANDREA K MCDONALD
Date: 2025.12.15 09:37:02 -05'00'

Andrea McDonald