IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>                Plaintiffs,<br><br>            – against –<br><br>MARCO A. RUBIO, *et al.*,<br><br>                Defendants. | Case No. 18-cv-01388-TSC |

## DECLARATION OF S. PAUL KAPUR

I, S. Paul Kapur, hereby submit this declaration under penalty of perjury:

(1)     I am employed by the U.S. Department of State as Assistant Secretary of State for South and Central Asian Affairs. I was sworn in on October 22, 2025. I make this declaration based upon information provided to me in the course of my official duties.

(2)     The Afghanistan Special Immigrant Visa Unit (ASIV) was created in 2016 within the Executive Office of the Bureaus of Near Eastern and South and Central Asian Affairs (NEA-SCA/EX) to oversee Chief of Mission (COM) review for Embassy Kabul under the Afghan SIV process. ASIV was formed to enhance consistency and maintain case worker expertise regarding the statutory requirements for COM approval, as well as to reduce the staffing footprint within Mission Afghanistan. ASIV supports the COM or his/her designee by reviewing application materials and applicant data, verifying the authenticity of submitted documents, analyzing documentation against statutory eligibility criteria for COM approval, and preparing

Declaration of S. Paul Kapur
*Afghan and Iraqi Allies v. Rubio, et al.*, No. 18-cv-01388-TSC (D.D.C.)

recommendations on whether cases should be approved or not approved by the COM or his/her designee.

(3)   ASIV's staff consists of both U.S. government direct-hire employees and contractors, all of whom receive comprehensive training to review applicant data, verify employment letters and letters of recommendation for authenticity, and assess applicants' eligibility based on statutory requirements. Each new staff member undergoes 90-120 days of training. Because there are several steps to the COM review process and staff members must demonstrate mastery of the previous step before they receive training on subsequent steps, it often takes six months or more for new staff members to become fully trained on the overall COM review process. The extended training timeline for new staff, designed to enhance security throughout the process, affected the Department's ability to meet the established performance standard since the adoption of the Revised Adjudication Plan on June 5, 2025.

(4)   Staffing fluctuations also affected the Department's ability to meet the established performance standard. ASIV expanded its staff from about 40 individuals in August 2021 to roughly 140 by summer 2024. However, since May 2025, COM processing has slowed as a result of a 30 percent reduction in ASIV staffing pursuant to the State Department's reorganization and hiring freeze. ASIV's personnel contracts were de-scoped, staff who departed or retired were not replaced, and temporary Foreign Service positions were eliminated. As of December 12, 2025, ASIV employs 106 staff, ten of whom work part-time and 18 of whom ASIV onboarded over the last several months. ASIV has ten permanent, direct-hire positions, six of which are encumbered by Foreign Service Officers who rotate out every two years.

(5)   In response to a congressional mandate, the Department began processing COM cases within priority tiers in Fiscal Year (FY) 2020. Among the class members, 76 percent have cases in the lowest priority tiers. As a result, non-class member cases in higher-priority tiers that were submitted more recently may be processed before class member cases in lower-priority tiers. This has affected the Department's ability to meet the established performance standard.

(6)   In July and August 2021, Afghan SIV demand increased significantly. In those two months, the Department received approximately 900,000 emails related to approximately 100,000 new applications for COM approval. Between February 2022 and March 2023, nearly 90,000 cases were referred to ASIV for COM review. Because of the large volume of cases received in such a short period of time, just-in-

Case 1:18-cv-01388-TSC   Document 295-2   Filed 12/15/25   Page 3 of 5

Declaration of S. Paul Kapur
*Afghan and Iraqi Allies v. Rubio, et al.*, No. 18-cv-01388-TSC (D.D.C.)

time case processing became impossible; this surge in demand outpaced ASIV's ability to onboard new staff and implement secure processing efficiencies. The resulting backlog of cases at each stage of the COM process contributed to the Department's inability to meet the established performance standard even as ASIV engaged in efforts to enhance processing security and efficiency. Presently, only ten percent of class member cases have been pending for fewer than 120 days.

(7) Furthermore, the complexity of casework that ASIV receives prevents completion of COM review within the established performance standard without negatively impacting applicants. A significant number of COM applicants claim qualifying work with multiple employers, submit multiple letters of recommendation and non-uniform supporting documentation, and have applied multiple times. ASIV reviews and verifies all documentation submitted in current and any previous cases for each applicant. Some applications take additional time to review because credible evidence of employment is not readily available. Company mergers and acquisitions, as well as a lack of records for even large companies that previously operated in Afghanistan, further complicate COM review. ASIV worked closely with interagency partners to develop employer verification programs to review thousands of cases in which the alien claimed what appeared to be qualifying U.S. government employment but was unable to provide the necessary supporting documentation. These interagency processes require additional time and resources to research records and contact contracting companies to establish qualifying employment, contributing to the Department's inability to meet the established performance standard.

(8) ASIV devotes significant effort to reviewing submitted documents for evidence of legitimacy by researching and cross-referencing U.S. government contracts and other identity databases. The Department works closely with law enforcement to identify fraud trends to prevent misuse of the Afghan SIV process and ensure only those who qualify under the Afghan Allies Protection Act (AAPA) receive COM approval. Since information regarding fraud trends and patterns is dynamic, ASIV staff perform this comprehensive review at each step of the COM process.

(9) ASIV continues to utilize advanced analytics and automation to improve the efficiency of the COM review process and recordkeeping, while enhancing accuracy, decision-making, and most importantly, strengthening national security. These enhancements allow ASIV to sort, assign, and initially assess cases without diverting personnel from case processing. As a result of these initiatives, in Fiscal Year (FY) 2025, ASIV rendered decisions on 44,380 COM cases—a 10 percent increase over

Declaration of S. Paul Kapur
*Afghan and Iraqi Allies v. Rubio, et al.*, No. 18-cv-01388-TSC (D.D.C.)

FY 2024 and a 70 percent increase compared to FY 2023. Since June 5, 2025, ASIV has issued decisions in 16,417 COM cases. Of these, 5,539 cases were class members. ASIV has also been exploring additional technological solutions, such as Natural Language Processing (NLP) and Optical Character Recognition (OCR) to review documents and emails submitted by applicants, employers, and supervisors, and generative artificial intelligence to summarize correspondence and review case notes, among other tasks.

(10) In addition, ASIV has dedicated resources to identifying, tracking, and completing COM review for the longest-pending cases while respecting the priority processing tiers that were implemented in response to a congressional mandate. This has increased the completion rate for these cases, including the cases of 17,233 class members. In the last year, the number of cases that have been pending COM review for two or more years has dropped by more than three-fold.[1]

(11) At the same time, ASIV must scrupulously ensure that only applicants who meet the eligibility criteria set forth under the AAPA receive COM approval, which serves to protect the national security of the United States. Each stage in the COM process is designed to ensure that only those who qualify under the AAPA receive COM approval. This process includes verification of letters of employment and recommendation, which can take time, but is essential to maintaining the integrity of the SIV process and safeguarding national security.

(12) Following the arrest of an Afghan national for the brutal November 26, 2025, attack on two National Guard members in Washington, D.C., the Department of State paused COM processing beyond the initial receipt of COM applications, with indefinite effect. This pause will allow the Department to thoroughly review internal procedures to ensure it takes appropriate actions to safeguard U.S. national security.

(13) As of December 3, 2025, there are 7,619 applications for COM approval from class members pending review. There are also applications from non-class members in higher priority tiers that may be reviewed before class members' applications.

(14) National security is the Department's highest priority in reviewing applications for COM approval. Increasing output to process all pending cases within 120 days is infeasible and inconsistent with the Department's responsibility to carefully review

---

[1] As noted in a communication from the Department of Justice dated December 4, 2025, all COM processing has been paused, including for class members.

4

Case 1:18-cv-01388-TSC   Document 295-2   Filed 12/15/25   Page 5 of 5

Declaration of S. Paul Kapur
*Afghan and Iraqi Allies v. Rubio, et al.*, No. 18-cv-01388-TSC (D.D.C.)

COM applications by verifying the authenticity of documents and the claimed qualifying employment, and conducting fraud reviews, all of which are required to ensure the integrity of the overall Afghan SIV process.

Dated: December 15, 2025

_____
S. Paul Kapur
Assistant Secretary of State for
South and Central Asian Affairs
U.S. Department of State