IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHER SIMILARLY SITUATED,<br><br>                      Plaintiffs,<br><br>v.<br><br>MARCO A. RUBIO, *et al.*,<br><br>                      Defendants. | Case No. 1:18-cv-01388-TSC-MAU<br><br>Judge Tanya S. Chutkan<br>Magistrate Judge Moxila A. Upadhyaya |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CROSS MOTION FOR STAY**

Upon consideration of Defendants' Cross Motion for Stay, it is hereby:

ORDERED that Defendants' Motion is GRANTED. Defendants' obligations under the Revised Adjudication Plan, including the December 23 progress report, are STAYED pending further order of the Court.

**IT IS SO ORDERED.**

 

                                                                                                                                                                                                   _____
                                                                                                                                                                                                   HON. TANYA S. CHUTKAN
                                                                                                                                                                                                   United States District Judge

Dated: _____