**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> – against – <br><br> MARCO RUBIO, et al., <br><br> Defendants. | Case No. 1:18-cv-01388-TSC |

<u>**DECLARATION OF ANDREA MCDONALD**</u>

1. I am an Adjudications Officer within the Adjudication Division of the Service Center Operations Directorate (SCOPS), U.S. Citizenship and Immigration Services ("USCIS"), U.S. Department of Homeland Security ("DHS"). I have served as the SCOPS' portfolio manager for the Special Immigrant Visa ("SIV") Program since 2018. In this capacity, I manage and advocate for the operational needs of the SIV program on behalf of USCIS, SCOPS on both interagency and intra-agency levels. I make this declaration based on my personal knowledge and my review of official documents and records maintained by USCIS. If called to testify, I could and would do so competently.

2. Following the shooting of the National Guardsmen in DC on November 26, 2025, and in the wake of the foiling of a planned terrorist attack by an Afghan national on Election day 2024, USCIS determined that a comprehensive re-review, potential interview, and re-interview of all aliens from high-risk countries of concern who entered the United States on or after January 20, 2021 was necessary. See the 12/2/25 USCIS PM *Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries*.

3. To that end, on November 27, 2025, USCIS issued a hold on all final decisions for applications and petitions involving nationals of Afghanistan. This hold applies to USCIS Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant from Afghan petitioners ("SIV petitions").

4. Processing of SIV petitions has continued without interruption. The hold resulted in the implementation of additional national security and vetting screening prior to proceeding to final

adjudication, as well as the requirement for concurrence across USCIS program offices before final adjudication. Upon completion of the additional national security and vetting screenings, program offices seek and obtain concurrence to complete the eligibility adjudication and issue a final decision.

5. Of the four (4) I-360s that were impacted by additional screening and concurrence requirements, one (1) received concurrence on 2/18/26 and an approval issued on 2/25/26; one (1) was submitted for concurrence on 2/23/26 and is pending; one (1) was submitted for concurrence on 3/10/26 and is pending; and one (1) is being held for national security concerns.

6. USCIS continues to comply with the timing requirements of the Revised Adjudication Plan.

7. I declare under the penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct to the best of my knowledge.

Executed:
Date:

By:        _____

Andrea McDonald