**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>      Plaintiffs,<br><br>      v.<br><br>MARCO A. RUBIO, *et al.*,<br><br>      Defendants. | Case No. 18-cv-01388-TSC-MAU |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice under Local Civil Rule 83.6(b) that Trial Attorney Richard G. Ingebretsen, U.S. Department of Justice, Office of Immigration Litigation, hereby withdraws his appearance as counsel on behalf of Defendants, Marco A. Rubio, et al. in this matter. Defendants continue to be represented by other counsel of record.

Dated: April 2, 2026

Respectfully submitted,

*/s/ Richard Ingebretsen*
RICHARD G. INGEBRETSEN
(DC# 1736200)
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-4848;
Fax: (202) 305-7000
richard.ingebretsen@usdoj.gov

*Attorney for Defendants*