**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

AFGHAN AND IRAQI ALLIES UNDER
SERIOUS THREAT BECAUSE OF THEIR
FAITHFUL SERVICE TO THE UNITED
STATES, ON THEIR OWN AND ON BEHALF
OF OTHERS SIMILARLY SITUATED,

                    Plaintiffs,

        – against –

MARCO A. RUBIO, *et al.*,

                    Defendants.

Case No. 18-cv-01388-TSC-MAU

Judge Tanya S. Chutkan

---

**PLAINTIFFS' NOTICE OF ERRATA**

Plaintiffs respectfully submit this notice of errata to Plaintiffs' Proposed Order, ECF No. 316-1, filed with the Parties' Joint Status Report on April 30, 2026 ("JSR"), ECF No. 316. Due to an editing error, Plaintiffs inadvertently omitted a part of their Proposed Order containing Plaintiffs' proposed interim metrics for the Chief of Mission approval step. The proposed metrics are the same as those Plaintiffs proposed in the JSR. *See* JSR at 5. Upon realizing the error, Plaintiffs provided to Defendants the corrected version of the Proposed Order, which adds Plaintiffs' proposed interim metrics but makes no other changes. The corrected version is filed as an attachment to this notice, and the proposed interim metrics appear under the second bullet therein.

1

Dated: May 8, 2026

Respectfully submitted,

Kimberly Grano (D.D.C. Bar No. NY0512)
Pedro Sepulveda (D.D.C. Bar No. NY0637)
Guadalupe V. Aguirre (D.D.C. Bar No. NY0665)
Ghita Schwarz (D.D.C. Bar No. NY0663)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 946-7453
kgrano@refugeerights.org
psepulveda@refugeerights.org
laguirre@refugeerights.org
gschwarz@refugeerights.org

Rebecca Kerr (D.D.C. Bar No. NY0267)
David Y. Livshiz (D.D.C. Bar No. NY0269)
Wang Jae Rhee (admitted pro hac vice)
FRESHFIELDS US LLP
3 World Trade Center,
175 Greenwich Street, 51st Floor
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
rebecca.kerr@freshfields.com
david.livshiz@freshfields.com
wangjae.rhee@freshfields.com

/s/ *Justin C. Simeone*
Justin C. Simeone (D.D.C. Bar No. 252751)
Carla Sung Ah Yoon (admitted pro hac vice)
FRESHFIELDS US LLP
700 13th Street, NW, 10th Floor
Washington, D.C. 20005
Telephone: (202) 777-4543
justin.simeone@freshfields.com
carla.yoon@freshfields.com

J. Mia Tsui (D.D.C. Bar No. CA00167)
FRESHFIELDS US LLP

2

855 Main St, Third Floor,
Redwood City, CA 94063
Telephone: (650) 618-9250
mia.tsui@freshfields.com
*Attorneys for Plaintiffs and Class Counsel*