**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AFGHAN AND IRAQI ALLIES UNDER SERIOUS
THREAT BECAUSE OF THEIR FAITHFUL SERVICE
TO THE UNITED STATES, ON THEIR OWN AND ON
BEHALF OF OTHERS SIMILARLY SITUATED,

                    Plaintiffs,

        – against –

MARCO A. RUBIO, *et al.*,

                    Defendants.

Case No. 18-cv-01388-TSC-MAU

**[PROPOSED] ORDER**

After determining that Defendants have failed to meet their obligations under the Revised Adjudication Plan, *see* Opinion and Order, ECF No. 309, and upon hearing the parties at status conferences on February 24, 2026, April 1, 2026, and May 7, 2026, the Court has determined that additional measures are necessary to enforce the Revised Adjudication Plan.

The Court hereby **ORDERS** the following:

- On or before the date of the June 2026 Progress Report, Defendants shall identify the total number of Afghan class members that are pending at Step 4 of the Afghan Revised Adjudication Plan beyond the 120-day plan benchmark as of June 1 ("overdue class member cases");

- During each monthly period following June 1, 2026, and until Defendants achieve compliance with the Revised Adjudication Plan or the Court otherwise orders, the Court will set interim benchmarks for Defendants to meet:

1

- o    In June 2026, Defendants will process the COM applications/ reapplications or appeals of at least 1,000 overdue class member cases;

- o    In July 2026, Defendants will process the COM applications/ reapplications or appeals of at least 2,000 overdue class member cases;

- o    In August 2026, Defendants will process the COM applications/ reapplications or appeals of at least 3,000 overdue class member cases;

- o    In September 2026 and each monthly period thereafter until the backlog of overdue class member cases is eliminated or the Court orders otherwise, Defendants will process the COM applications/ reapplications or appeals of at least 4,000 overdue class member cases.

- One week after the end of each monthly period, starting July 7, 2026, Defendants shall file a notice stating how many overdue class member cases they processed during the monthly period. Should Defendants fail to meet the interim benchmark, they shall explain why and what concrete, forward-looking efforts the agency will make to meet the interim benchmark. Within ten days of Defendants' filing or at another time mutually agreed upon by the parties, the parties shall meet and confer regarding any concerns regarding Defendants' compliance with the interim benchmark.

- A subsequent status conference to address Defendants' efforts to comply with the interim benchmarks will be held on _____, 2026. If Defendants meet the interim benchmark, the status conference may be vacated.

The Court further **CLARIFIES** that Afghan class members who complete a visa interview, but are issued refusal notices on the basis of Presidential Proclamation 10998's

2

suspension of entry of Afghan nationals and are not granted a national interest waiver, remain pending at Step 10 of the Revised Adjudication Plan. Pursuant to Step 10, Defendants are required to initiate any government-controlled administrative processing after receipt of all necessary information or documentation once the suspension of entry is no longer in effect.

**IT IS SO ORDERED.**

Dated: _____                                      _____

                                                             United States District Judge