**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES,** *on their own and on behalf of others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> **MARCO RUBIO**, *et al.*, <br><br> Defendants. | No. 18-cv-1388 |

## <u>ORDER</u>

Defendants have woefully failed to meet their obligations under the Revised Adjudication Plan. *See* Opinion & Order, ECF No. 309.   To bring Defendants into compliance, and for the reasons stated on the record at the status conference on May 8, 2026, the court has determined that the following enforcement measures are necessary and appropriate:

On or before the due date for the June 2026 Progress Report, Defendants shall provide to Plaintiffs the total number of Afghan class members who have been pending at Step 4 of the Afghan Revised Adjudication Plan for 120 days or more.

Defendants shall endeavor to meet the following interim processing benchmarks for Step 4 of the Afghan Revised Adjudication Plan:

- In June 2026, Defendants shall endeavor to process the Chief of Mission applications, reapplications, or appeals of at least 1,000 class members.

- In July 2026, Defendants shall endeavor to process the Chief of Mission applications, reapplications, or appeals of at least 2,000 class members.

- In August 2026, Defendants shall endeavor to process the Chief of Mission applications, reapplications, or appeals of at least 3,000 class members.

- In September 2026, Defendants shall endeavor to process the Chief of Mission applications, reapplications, or appeals of at least 3,000 class members.

- In October 2026 and each month thereafter until the backlog of overdue class member applications is eliminated, Defendants shall endeavor to process the Chief of Mission applications, reapplications, or appeals of at least 4,000 class members.

Beginning in July 2026, Defendants shall file, each month, a notice on the docket stating how many class member Chief of Mission applications, reapplications, and appeals they processed during the prior month.  This notice shall be filed no later than one week after the end of the prior month.  If Defendants fail to meet the interim benchmark, they shall explain why and identify the concrete steps that they will take to comply with the interim benchmark.  Within ten days of Defendants' monthly notice or at another time mutually agreed upon by the parties, the parties shall meet and confer regarding Defendants' compliance with the interim benchmark.

The parties shall continue to meet and confer regarding language to be included in visa interview scheduling emails sent to class members to warn class members about the effects of Presidential Proclamation 10,998 on their visa applications.  The parties shall endeavor in good faith to reach an agreement and to finalize language that is neither dense nor inaccessible.  By May 15, 2025, the parties shall submit a Joint Status Report updating the court on their agreed upon language or, failing an agreement, their respective proposals.  If the parties fail to reach an agreement, they shall also include in their Joint Status Report their respective positions on whether this court is permitted to order such notice under Federal Rule of Civil Procedure 23,

and whether such notice constitutes enforcement or expansion of this court's orders under appeal.

By August 28, 2026, the parties shall submit another Joint Status Report updating the court on the status of Defendants' compliance with the Revised Adjudication Plan.

It is **SO ORDERED**.


Date: May 8, 2026


*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge