**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

AFGHAN AND IRAQI ALLIES UNDER
SERIOUS THREAT BECAUSE OF THEIR
FAITHFUL SERVICE TO THE UNITED
STATES, ON THEIR OWN AND ON BEHALF
OF OTHERS SIMILARLY SITUATED,

                       Plaintiffs,

      – against –

MARCO A. RUBIO, *et al.*,

                       Defendants.

Case No. 18-cv-01388-TSC-MAU

Judge Tanya S. Chutkan

---

## DEFENDANTS' NOTICE OF LODGING CHIEF-OF-MISSION MONTHLY REPORT

Pursuant to this Court's May 8, 2026, Order (Dkt. No. 318), Defendants, through their undersigned counsel, file this notice of lodging of Defendants' required monthly report "stating how many class member Chief of Mission applications, reapplications, and appeals they processed during the prior month."

Defendants report that:

The Department of State ("the Department") issued Chief of Mission ("COM") decisions in 916 first-time applications, reapplications, and appeals from June 1, 2026, through June 30, 2026.

The Department proffers that it was unable to process cases at any stage of COM review, including issuance of COM decisions, on June 25 and 26 due to unanticipated Department-wide systems outages, which will have continuing consequences for the issuance of decisions into July.

Since systems necessary for COM processing were fully restored on June 26, 2026, the Afghan Special Immigrant Visa Unit has undertaken to continue COM processing as quickly and efficiently as possible.

Dated: July 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

RUTH ANN MUELLER
DAVID J. BYERLEY
Senior Litigation Counsel

LARISSA K. JOHNSON
Trial Attorney

*/s/ Jaime A. Scott*
JAIME A. SCOTT (DC Bar #90027182)
Trial Attorney
U.S. Department of Justice, Civil
Division Office of Immigration
Litigation
P.O. Box. 868, Washington, DC 20044
(202) 305-3620
Jaime.A.Scott@usdoj.gov

*Attorneys for Defendants*