**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AFGHAN AND IRAQI ALLIES UNDER
SERIOUS THREAT BECAUSE OF THEIR
FAITHFUL SERVICE TO THE UNITED
STATES, ON THEIR OWN AND ON BEHALF
OF OTHERS SIMILARLY SITUATED,

       Plaintiffs,

  – against –

MARCO A. RUBIO, *et al.*,

       Defendants.

Case No. 18-cv-01388-TSC-MAU

Judge Tanya S. Chutkan

**DEFENDANTS' NOTICE OF LODGING CHIEF-OF-MISSION MONTHLY REPORT**

Pursuant to this Court's May 8, 2026, Order (Dkt. No. 318), Defendants, through their undersigned counsel, file this notice of lodging of Defendants' required monthly report "stating how many class member Chief of Mission applications, reapplications, and appeals they processed during the prior month."

Defendants report that:

The Department of State ("the Department") issued Chief of Mission ("COM") decisions in 811 first-time applications, reapplications, and appeals filed by class members from July 1, 2026, through July 31, 2026.

As previously indicated, while the Department expects the number of class member cases in which the Afghan Special Immigrant Visa Unit (ASIV) is capable of issuing decisions per month to generally increase over time, the precise metric will be correlated to the successful progression

of recently onboarded staff through ASIV's robust training program over a 12- to 13-month period. In July, the need for experienced staff to train recently onboarded staff contributed to a month-on-month decrease in COM decisions. As the recently onboarded staff progress through the stages of training, they are now working on more complicated cases that require more time to process, and more intensive training, at each step.

As a concrete step to comply with the Court's interim benchmarks, the Department is seeking 20 Foreign Service Officers on temporary assignments of up to two years to further supplement ASIV's staffing. The Department has backfilled the positions of three contractors who offboarded after having been hired between April and June. The addition of 20 Foreign Service Offices would bring ASIV's total staffing to 165-180 staff members by late autumn 2026, if all of the positions are filled.

Into the month of July, ASIV continued to find inaccurate or non-updated language in agendas due to systems anomalies occurring during or resulting from the June 25-26 systems outages, *see* Defendants' July 7, 2026, Notice of Lodging Chief-of-Mission Monthly Report, (Dkt. No. 325), which necessitated the removal of those cases from agendas for additional review and revision. The Department has now issued COM decision letters in all cases from the June 25 and June 26 agendas.

Dated: August 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

RUTH ANN MUELLER
DAVID J. BYERLEY

Senior Litigation Counsel

JAIME A. SCOTT
Trial Attorney

*/s/ Larissa K. Johnson*
Larissa K. Johnson (DC Bar #90034719)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box. 868, Washington, DC 20044
(202) 598-9126
Larissa.K.Johnson@usdoj.gov

*Attorneys for Defendants*