**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,

Plaintiffs,

– against –

MARCO RUBIO, et al.,

Defendants.

Case No. 18-cv-01388-TSC

**NOTICE OF WITHDRAWAL OF COUNSEL**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.6(b), Justin C. Simeone hereby respectfully withdraws his appearance as counsel for Plaintiffs Afghan and Iraqi Allies Under Serious Threat Because of Their Faithful Service to the United States, on their Own and on Behalf of Others Similarly Situated ("Plaintiffs") in the above-captioned case. David Y. Livshiz of Freshfields US LLP, along with other Co-Counsel, all whom have already noticed appearances, will continue to represent Plaintiffs.

Dated: August 20, 2026
Washington, DC

Respectfully submitted,

*/s/ Justin C. Simeone*
Justin C. Simeone
D.D.C. Bar No. 252751
FRESHFIELDS US LLP
700 13th Street NW, 10th Floor
Washington, DC 20005
Telephone: 202-777-4500
Email: justin.simeone@freshfields.com