**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>– against –<br><br>MARCO A. RUBIO, *et al.*,<br><br>Defendants. | Case No. 18-cv-01388-TSC-MAU<br><br>Judge Tanya S. Chutkan |

**<u>DEFENDANTS' NOTICE OF LODGING CHIEF-OF-MISSION MONTHLY REPORT</u>**

Pursuant to this Court's May 8, 2026, Order (Dkt. No. 318), Defendants, through their undersigned counsel, file this notice of lodging of Defendants' required monthly report "stating how many class member Chief of Mission applications, reapplications, and appeals they processed during the prior month."

Defendants report that:

> The Department of State ("the Department") issued Chief of Mission ("COM") decisions in 1,624 first-time applications, reapplications, and appeals filed by class members from October 1, 2026, through October 31, 2026.

As previously indicated, while the Department expects the number of class member cases in which ASIV is capable of issuing decisions per month to generally increase over time, the precise metric will be correlated to the successful progression of recently onboarded staff through

ASIV's robust training program over a 12- to 13-month period. As the recently onboarded staff progress through the stages of training, they continue to work on more complicated cases that require more time to process, and more intensive training, at each step. Notably, because more straightforward and simple cases could be handled more quickly and have generally already been adjudicated in past years, the cases that remain are generally more complex than those handled in the past and thus take more time to review.

As a concrete step to comply with the Court's interim benchmarks, the Department onboarded an additional 10 contractors in October and is on track to onboard an additional eight contractors by mid-December. The Department also continues to seek 20 Foreign Service Officers on temporary assignments of up to two years to further supplement ASIV's staffing. As of November 2, five Foreign Service Officers have onboarded in temporary assignments and another is scheduled to onboard on November 16. The addition of 20 Foreign Service Officers would bring ASIV's total staffing to 190 staff members, if all of the positions are filled.

***

Dated: November 9, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

RUTH ANN MUELLER
DAVID J. BYERLEY
Senior Litigation Counsel

LARISSA K. JOHNSON
Trial Attorney

*/s/ Jaime A. Scott*
JAIME A. SCOTT (DC Bar #90027182)
Trial Attorney
U.S. Department of Justice, Civil
Division Office of Immigration
Litigation
P.O. Box. 868, Washington, DC 20044
(202) 305-3620
Jaime.A.Scott@usdoj.gov

*Attorneys for Defendants*