**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>– against –<br><br>MARCO A. RUBIO, *et al.*,<br><br>Defendants. | Case No. 18-cv-01388-TSC-MAU<br><br>Judge Tanya S. Chutkan |

**DEFENDANTS' NOTICE**

Defendants, through their undersigned counsel, respectfully submit this notice informing the Court of inadvertent incorrect information provided in the August, September, October, and November Chief-of-Mission (COM) Reports, as well as in the August 28, 2026, Joint Status Report and October 23, 2026 Joint Status Report, regarding the approved length of Foreign Service Officer assignments. *See* Dkt. Nos. 326, 329, 331, 332, 33. Defendants also submit this notice to correct any communication with class counsel affected by this inadvertent incorrect information.

In the August COM Report, Defendants shared that "the Department is seeking 20 Foreign Service Officers on temporary assignments of up to two years to further supplement ASIV's staffing." Dkt. No. 326 at 2. Defendants continued to share this information in the September, October, and November COM Reports. Dkt. Nos. 329, 331, 333. In the August 28, 2026, Joint Status Report, this information was discussed in Plaintiffs' position, and in Ex. 1. *See* Dkt. Nos. 328 at 5, 328-1 at 3. In the October 23, 2026 Joint Status Report, this information was also

discussed in Plaintiffs' position and in the attached "Defs.' Oct. 20, 2026 Letter." *See* Dkt. Nos. 332 at 6, 332-1 at 2, 8.

On November 20, 2026, undersigned counsel learned of a misunderstanding by ASIV on the approved length of the Foreign Service Officer temporary assignments discussed in the above filings and communications. The assignments are approved for one year, with the possibility, but not guarantee, of extension. Thus, Defendants hereby correct all submissions that the temporary assignments are "up to two years." Defendants have no changes to the above filings and related communications not corrected by this Notice.

Dated: November 20, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Assistant Attorney General

ANTHONY P. NICASTRO
Director
Office of Immigration Litigation

RUTH ANN MUELLER
DAVID J. BYERLEY
Senior Litigation Counsel

LARISSA K. JOHNSON
Trial Attorney

*/s/ Jaime A. Scott*
JAIME A. SCOTT (DC Bar #90027182)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box. 868, Washington, DC 20044
Telephone: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

*Attorneys for Defendants*