**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>– against –<br><br>MARCO A. RUBIO, *et al.*,<br><br>Defendants. | Case No. 18-cv-01388-TSC-MAU |

**CONSENT MOTION TO WITHDRAW APPEARANCE OF KIMBERLY GRANO**

Pursuant to Local Civil Rule 83.6(c), I, Kimberly Grano, respectfully move to withdraw my appearance as counsel for Plaintiffs in this matter, as I will be leaving my employment with the International Refugee Assistance Project. Plaintiffs will continue to be represented by other attorneys from the International Refugee Assistance Project and Freshfields US LLP. Pursuant to Local Civil Rule 7(m), I conferred with counsel for Defendants, who provided Defendants' consent to this motion. A proposed order is attached.

Dated: November 24, 2026

Respectfully submitted,

/s/ Kimberly Grano

Kimberly Grano (D.D.C. Bar No. NY0512)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (646) 946-7453
kgrano@refugeerights.org