**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AFGHAN AND IRAQI ALLIES UNDER SERIOUS THREAT BECAUSE OF THEIR FAITHFUL SERVICE TO THE UNITED STATES, ON THEIR OWN AND ON BEHALF OF OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>– against –<br><br>MARCO A. RUBIO, *et al.*,<br><br>Defendants. | Case No. 18-cv-01388-TSC-MAU |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

Upon consideration of the consent motion by Kimberly Grano to withdraw her appearance as counsel, it is ORDERED that the motion is GRANTED. Accordingly, Kimberly Grano is hereby withdrawn as counsel for Plaintiffs.

SO ORDERED.

______________, 2026

______________________________
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE